**IN THE UNITED STATES DISTRICT COURT FOR**
**THE MIDDLE DISTRICT OF ALABAMA**

RECEIVED

2006 APR 11  A 10: 15

Jeffery B. Sanford #143572 )
Full name and prison number )
of plaintiff(s) )
)
 )
v. )
 )
Lee County Detention Center )
 )
_____ )
 )
_____ )
 )
_____ )
 )
 )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

CIVIL ACTION NO. 3:06cv327-MHT
(To be supplied by Clerk of
U.S. District Court)

I.  **PREVIOUS LAWSUITS**
    A.  Have you begun other lawsuits in state or federal court
        dealing with the same or similar facts involved in this
        action?  YES ( ✓ )  NO (   )

    B.  Have you begun other lawsuits in state or federal court
        relating to your imprisonment?  YES ( ✓ )  NO (   )

    C.  If your answer to A or B is yes, describe each lawsuit
        in the space below.  (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) Jeffery B. Sanford #143572

            _____

            Defendant(s) Lee County Detention Center

            _____

        2.  Court (if federal court, name the district; if
            state court, name the county) Lee County,
            Middle District of Ala

SCANNED
WL 4/12/06

3.   Docket number HAS NOT BEEN GIVEN

4.   Name of judge to whom case was assigned _____
     NOT YET NOTIFIED FROM COMPLAINT

5.   Disposition (for example:  Was the case dismissed?
     Was it appealed?  Is it still pending?) YES,
     DISPOSITION IS STILL PENDING

6.   Approximate date of filing lawsuit APRIL 2006

7.   Approximate date of disposition N/A

II.  PLACE OF PRESENT CONFINEMENT LEE COUNTY DETENTION CENTER
     F-BLOCK / 4 CELL

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED LEE COUNTY
DETENTION CENTER

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR
     CONSTITUTIONAL RIGHTS.
           NAME                              ADDRESS

1.   LEE COUNTY DETENTION CENTER   2311 GATEWAY DR

2.   SHERIFF JAY JONES             OPELIKA, AL 36801

3.   M.R. JARRY TOLBERT

4.   L.T. COREY WELCH

5.   KITCHEN OFFICER / STEWART SCRALL

6.   _____

IV.  THE DATE UPON WHICH SAID VIOLATION OCCURRED _____
     1) MARCH 25, 2006   2) APRIL 2006

V.   STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION
     THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: INADEQUATE MEAL ACCORDING TO
STANDARD 5, AMERICAN DIETETIC ASSOCIATION, IN
WHICH HAS RESULT IN MY TOOTH BEING CHIPPED, BECAUSE

2

**STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND.   (State as best you can the time, place and manner and person involved.)**

THE MAIN COURSE, WHICH WAS REPLACEMENT FOR NO MEAT MEAL; BLACK-EYE PEAS WERE NOT COOKED. ALSO, MARCH 26 — APRIL 3, 2006 NO BREAKFAST MEAT. BEANS WERE SHOWN TO CPL PARQUETTE - NOTCOOKED (ALL SERVING SIZE'S OF MEAL PROPORTION'S ARE WRONG)

**GROUND TWO:** IMPROPER VENTILATION IN CELLS, CAUSING MYSELF TO SUFFER BREATHING PROBLEMS.

**SUPPORTING FACTS:** STUFFINESS, FLOORS SWEATING, OFFICERS ALSO ADMITTED ON SEVERAL TIMES THAT THE VENTILATION SYSTEMS "HAS NOT BEEN RIGHT FOR YEARS".

**GROUND THREE:** FORCED TO STAY IN CELL WHERE THERE IS LEAD PAINT. ALSO, PAINT PEALING ON FLOORS, TABLES & CEILING.

**SUPPORTING FACTS:** I HAVE SENT CHIPS OF LEAD PAINT OUT TO BE TESTED. VERY VISABLE IN MOST CELLS. MILDEW IN SPOTS, RUST ON TABLES, CHIP SPOT ON BARS, DOORS, ETC.

3

VI.  STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU.
MAKE NO LEGAL ARGUMENT.    CITE NO CASES OR STATUTES.

1. THAT LEE COUNTY DETENTION CENTER BE CLOSED.

2. $100,000 AWARD TO SELF ( JEFFERY B. SANFORD )
FOR PAIN & SUFFERING, AS WELL AS FUTURE HEALTH
PROBLEMS CAUSED DO TO CONFINEMENT IN THIS UNHEALTHY
INVOIRIOMENT, AND TO PAY FOR DENTAL TREATMENT.
                                                        143572

**Signature of plaintiff(s)**

I declare under penalty of perjury that the foregoing is true
and correct.

EXECUTED on   3 day of APRIL, 2006  .
              **(Date)**

                                                        143572

**Signature of plaintiff(s)**

4