AFTER ASKING SEVERAL STAFF MEMBERS FROM HEU TO GET PAPERS NOTARIZE, ALL THE OFFICER'S FROM C01 TO CPL, SGT'S & ETC. I WAS DENIED, BECAUSE OF THE CONTENT AND NATURE OF DOCUMENT

SIGNED _Jeffry B. D_____   DATE 4-6-06

WITNESSED BY _David Trotter, Sr._   DATE 4/6/06