IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

| | | |
|---|---|---|
| JEFFERY B. SANFORD | * | |
| Plaintiff, | * | |
| v. | * | 3:06-CV-327-MHT |
| LEE COUNTY DETENTION CENTER, *et al.*, | * | |
| | * | |
| Defendants. | | |

_____

**ORDER**

It appears from a review of the docket in this matter that service has not been effected on Defendants. Accordingly it is ORDERED that:

1. The Clerk FURNISH defendants with a copy of the court's April 17, 2006 order of procedure as well as a copy of the complaint and all attachments by certified mail;

2. On or before July 5, 2006 Defendants shall FILE their answer and written report to the complaint in compliance with the provisions contained in the court's April 17, 2006 order of procedure.

Done, this 24th day of May 2006.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE