IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| JEFFERY B. SANFORD, #143575 | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | |
| v. | ) | 3:06-CV-0327-MHT |
| | ) | WO |
| LEE COUNTY DETENTION CENTER, *et al.*, | ) | |
| | ) | |
|    Defendants. | ) | |

**ORDER**

On April 17, 2006, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge which is hereby ADOPTED, it is

   ORDERED that:

   1. Plaintiff's complaint against the Lee County Detention Center is DISMISSED with prejudice prior to service of process pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B) (i);

   2. The Lee County Detention Center is DISMISSED as a party to this action;

   3. This case, with respect to the remaining defendants, is referred back to the Magistrate Judge for appropriate proceedings.

Done this the 30th day of May, 2006.

                                          /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE