| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  *Amanda Meador*    ☐ Agent  ☐ Addressee<br>B. Received by ( Printed Name )    C. Date of Delivery<br>Amanda Meadows    5-26-05 |
| 1. Article Addressed to:<br><br>Corey Welch, Lt.<br>Lee County Detention Ctr.<br>2311 Gateway Dr.<br>Opelika, AL 36801<br>3:06cv327-MHT | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>7/5/06, Order, Cmp, OP<br><br>3. Service Type<br>☒ Certified Mail    ☐ Express Mail<br>☐ Registered    ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)    ☐ Yes |
| 2. Article Number (Transfer from service label) | 7005 1820 0002 3461 1963 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540