IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

JEFFERY B. SANFORD           *

    Plaintiff,               *

    v.                       *       3:06-CV-327-MHT

LEE COUNTY DETENTION         *
CENTER, *et al.*,
                             *
    Defendants.

_____

## ORDER

It appears that service has not been perfected on Defendant Scrawl. If a person has not been served, he or she is not a party to this lawsuit except in very unusual circumstances. Consequently, in order to maintain litigation against Defendant Scrawl, Plaintiff must furnish the clerk's office with a correct address for this individual. Accordingly, it is

ORDERED that:

1. On or before June 14, 2006 Plaintiff shall furnish the clerk's office with the correct address for Defendant Scrawl. Plaintiff is advised that the court will not continue to monitor this case to ensure that the defendant he wishes to sue has been served. This is Plaintiff's responsibility;

2. Plaintiff is cautioned that if he fails to comply with this order, Defendant Scrawl

will not be served, he will not be a party to this cause of action, and this case will proceed only against those defendants on whom service is perfected.  *See* Rule 4(m), *Federal Rules of Civil Procedure*.

    Done, this 5th day of June 2006.

                    **/s/ Delores R. Boyd**
                    DELORES R. BOYD
                    UNITED STATES MAGISTRATE JUDGE