**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **JEFFERY B. SANFORD,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 3:06-cv-00327-MHT-DRB** |
| | ) | |
| **JAY JONES, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |

**DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE THEIR SPECIAL REPORT AND ANSWER**

COME NOW Sheriff Jay Jones, Major Cary Torbert, and Lieutenant Corey Welch, Defendants in the above-styled cause, and move this Court to grant them an extension of time of 28 days in which to file in which to file their Special Report and Answer which are currently due on July 5, 2006. As grounds for this Motion, the Defendants state as follows:

1. On May 24, 2006, this Court ordered the Defendants to file their Answer and Special Report by July 5, 2006.

2. Defendants are in need of additional time to obtain additional documentation in order to fully investigate the Plaintiff's claims and provide the Court with a meaningful Special Report.

3. Defendants have not previously filed a request for an extension of time to file their Special Report and Answer.

4. The Plaintiff will not be prejudiced by this extension.

WHEREFORE Defendants Sheriff Jay Jones, Major Cary Torbert, Jr., and Lt. Corey Welch request this Court to grant them an extension of time to file their Special Report and Answer on or before August 2, 2006.

Respectfully submitted this 28th day of June, 2006.

**s/Amanda Kay Morgan**
AMANDA KAY MORGAN Bar No. ALL079
Attorney for Defendants Sheriff Jay Jones, Major Cary Torbert, and Lieutenant Corey Welch
WEBB & ELEY, P.C.
7475 Halcyon Pointe Drive (36117)
Post Office Box 240909
Montgomery, Alabama 36124
Telephone: (334) 262-1850
Fax: (334) 262-1889
E-mail: amorgan@webbeley.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 28th day of June, 2006, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I have mailed a true and correct copy of the foregoing by United States Mail, postage prepaid, to the following non-CM/ECF participant:

Jeffery B. Sanford
AIS # 143572
Lee County Detention Center
P.O. Box 2407
Opelika, AL 36801

**s/Amanda Kay Morgan**
OF COUNSEL