IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

| | |
|---|---|
| JEFFERY B. SANFORD | * |
| Plaintiff, | * |
| v. | *   3:06-CV-327-MHT |
| SHERIFF JAY JONES, *et al.*, | * |
| Defendants. | * |

_____

**ORDER ON MOTION**

Upon consideration of Defendants' Motion for Extension of Time, and for good cause, it is ORDERED that:

1. Defendants' Motion for Extension of Time (Doc. No. 11) is GRANTED; and

2. Defendants are GRANTED an extension from July 5, 2006 to August 2, 2006 to file their answer and written report.

Done, this 29th day of June 2006.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE