IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED

2006 JUL 27 A 9: 48

JEFFERY B. SANFORD
    PLAINTIFF,

    V.

JAY JONES, et al.
    DEFENDANTS.

CIVIL ACTION, NO. 3:06-CV-00327
MHT-DRB

## PLAINTIFF'S MOTION FOR FREEDOM OF REPRISAL AND REDRESS FROM DEFENDANTS'

COMES NOW JEFFERY B. SANFORD, PLAINTIFF IN THE ABOVE-STYLED CAUSE, AND MOVES THIS COURT TO ORDER THAT ANY AND ALL REPRISAL AND REDRESS CEASE, ALONG WITH CRUEL AND UNUSUAL PUNISHMENTS BECAUSE PLAINTIFF HAS EXERCISE HIS RIGHTS TO THE COURTS.

AS GROUNDS FOR THIS MOTION, THE PLAINTIFF STATE AS FOLLOWS:

1.) I, HAVE BEEN PLACED IN SEGREGATION UNIT ON JULY 14, 2006 WITHOUT DISCIPLINARY ACTION

2.) PLAINTIFF HAS BEEN DENIED PROPER HOUSING FOR COUNTY INMATES WITH MINIMUM CUSTODY.

3.) PLAINTIFF HAS NOT BEEN CLASSIFIED FOR VARIOUS WORK-RELEASE PROGRAMS AS AFFORDED TO OTHER INMATES WITH MINIMUM CUSTODY.

4.) BECAUSE OF LOCK-UP/SEG. UNIT, PLAINTIFF DOES NOT RECIEVE RECREATION, PHONE PRIVILAGES AND CANTEEN LIMITATIONS AS AFFORDED TO OTHER COUNTY INMATES, AS WELL AS RIGHT TO PARTICIPATE WITH RELIGOUS PROGRAMS, AND CONTACT VISITATION.

WHEREFORE, PLAINTIFF JEFFERY B. SANFORD REQUEST FROM THE COURT TO ORDER:

A.) THAT PLAINTIFF BE FREE FROM ARBITRARY ACTION OF STAFF AT LEE COUNTY DENTION CENTER. HANRAHAN V. LANE 747 F 2ND 1137.

B.) PLAINTIFF HAS A RIGHT TO EXPECT LEE COUNTY DETENTION CENTER TO FOLLOW ITS OWN CLASSIFICATION POLICIES.
ANDERSON V. SMITH 697 F 2ND 239

C.) TO RESTORE ALL PRIVILAGES THAT ARE AFFORDED TO ALL OTHER COUNTY INMATES WHO HAVE NO DISCIPLINARY.
HUDSON V. PALMER 104 S. CT 3194   744 F 2ND

SINCERELY AND RESPECTFULLY
JEFFERY B. SANFORD # 143572
143572
JULY 24, 2006

UNABLE AND HAVE BEEN DENIED RIGHT NOTARY SERVICE.
WITNESS X                          SIGN   7-24-06
                        DATE