# Exhibit A
# Inmate File of Jeffery Bernard Sanford
# Inmate Booking Sheet dated March 13, 2006

3/13/2006      07:27:28          INMATE BOOKING SHEET                    PAGE    1
===========================================================================================

BOOKING NO: 060001328

INMATE NAME: SANFORD JEFFERY BERNARD
        ALIAS:                                          RACE: B      SEX: M
        ALIAS:                                          HT: 6'01"   HAIR: BLK
      ADDRESS: ~~213 RODDEN CT #510~~                   WT: 255     EYES: BRO
    CITY/ST/ZIP: OPELIKA, AL 36801               COMPLEX:
    HOME PHONE: ~~000-745-0525~~                       SSN: ~~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~~
          DOB: ~~00/00/1965~~   AGE:   40              DL ST: AL      DLN: ~~0000000~~
    PLCE BIRTH: INDIANAPOLLIS                           SID:
        STATE: IN                                       LOCID: 3823
    M. STATUS:

| STATE OF ALABAMA UNIFIED JUDICIAL SYSTEM LEE COUNTY FORM CC-30 | COMMITTAL TO CUSTODY | CASE NUMBER *CC 06 037* |
|---|---|---|
| | | ID    YR    Case No. |

*State of Alabama*
_____
           PLAINTIFF,

           VS.

*Jeffrey Sanford*,
_____
           DEFENDANT.

IN THE _*Circuit*_ COURT OF

LEE COUNTY, ALABAMA

CASE NO. _*CC 06-037*_

The defendant, _*Jeffrey Sanford*_ is

hereby committed to the custody of the Sheriff of Lee County, Alabama for:

_*Theft of Property 2nd   1 year split*_

Defendant's bond is hereby set at $_____.

DONE this the __*9th*__ day of _*June*_ , *06*.

Release date
6.9.07

_____
                    JUDGE

IMPOUND LOT:
    REMARKS:
    REMARKS:
===========================================================================================
I HAVE READ THE ABOVE ACCOUNTING OF MY PERSONAL INFORMATION, MEDICAL
INFORMATION, MONEY, AND OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.

INMATE: X_____          DATE: 3/13/06   TIME: 7:27

BOOK OFFICER:_____      DATE:_____    TIME:_____

```
                            ..  COUNTY SHERIFF'S OFFICE
)3/13/2006     07:27:28          INMATE BOOKING SHEET                    PAGE    2
===================================================================================
3OOKING NO: 060001328     INMATE NAME: SANFORD JEFFERY BERNARD
===================================================================================
            COURT: CIRCUIT          ATTORNEY ON REC:
            JUDGE: DENSON                      PHONE: 000-000-0000
          REMARKS:
          REMARKS:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

    BOOK DATE: 03/13/2006  BOOK TIME: 07:23  BOOK TYPE: NORMAL

   ARREST DATE: 03/13/2006             BOOKING OFFICER: DOWDELL S
   ARREST DEPT: LCSO                   CELL ASSIGNMENT: F4
 RRST OFFICER: MARTINEZ                     MEAL CODE: 01   LEE COUNTY
PROJ. RLSDATE: 00/00/0000                    FACILITY: 01   COUNTY JAIL
  SEARCH OFFCR: CPL.COWHICK           CLASSIFICATION:
   TYPE SEARCH: DRESSED OUT              WORK RELEASE: N
 NTOX RESULTS: SOBER

        HOLDS: N
       AGENCY:                  REASON:
       AGENCY:                  REASON:
       AGENCY:                  REASON:
       AGENCY:                  REASON:

        NOTES:
        NOTES:
        NOTES:
```

```
                         L.. COUNTY SHERIFF'S OFFICE
03/13/2006    07:27:28        INMATE CHARGE SHEET                 PAGE    3
=========================================================================
BOOKING NO: 060001328      INMATE NAME: SANFORD JEFFERY BERNARD
=========================================================================
   CHARGE NO:  1  DISPOSITION: OPEN              HOLD: N

ALA STATUTE: CC2006-000037.00      # OF COUNTS:    1
    OFFENSE: FTA(THEFT 2ND)          WARRANT #:
     CASE #: CC2006-000037.00
    BOND AMT: 0  3000                       FINE:        $0.00
    BAIL AMT: 0
 INIT APPEAR: 00/00/0000        SENTENCE DATE: 00/00/0000
 RELEASE DTE: 00/00/0000
 ARREST DATE: 03/13/2006         ARST AGENCY: LCSO
 ARST OFFICR: MARTINEZ              COUNTY: LEE
       COURT: CIRCUIT                JUDGE: DENSON
 DEF ATTORNY:                  DIST ATTORNEY:
    COMMENTS:
    COMMENTS:
    COMMENTS:
-------------------------------------------------------------------------
```

*Handwritten annotations:* 1 YR  6.9-06  Same

3-14-06 Same Theft II    Release    3000    Bondsman Process

Case is the same one he has the year