# Exhibit C
# Conviction Report dated June 9, 2006

```
ACR359                        ALABAMA JUDICIAL DATA CENTER
                                     LEE COUNTY
                                 TRANSCRIPT OF RECORD
                                  CONVICTION REPORT
                                                    CC 2006 000037.00 01
                                                    HON. JACOB A. WALKER III
------------------------------------------------------------------------------
| CIRCUIT COURT OF LEE COUNTY                      COURT ORI: 043015 J       |
|----------------------------------------------------------------------------|
| STATE OF ALABAMA        VS.                      DC NO: GJ 2005 001246.00  |
| SANFORD JEFFREY            ALIAS:                G J:   38                 |
|                            ALIAS:                SSN:   310809095          |
| OPELIKA  AL   36801                              SID:   000000000          |
|                                                  AIS:                      |
|----------------------------------------------------------------------------|
| DOB:              SEX: M    HT: 6 01    WT: 255    HAIR: BLK   EYE: BRO    |
| RACE: ( )W (X)B ( )O  COMPLEXION: _____  AGE: ____  FEATURES: ____         |
|----------------------------------------------------------------------------|
| DATE OFFENSE: 00/00/0000  ARREST DATE: 11/18/2005  ARREST ORI: 0430100     |
|----------------------------------------------------------------------------|
| CHARGES @ CONV       CITES         CT CL COURT ACTION       CA DATE        |
| THEFT OF PROP 2ND    13A-008-004   01 C  GUILTY PLEA        06/09/2006     |
|                                    00                       00/00/0000     |
|                                    00                       00/00/0000     |
|----------------------------------------------------------------------------|
| JUDGE: HON. JACOB A. WALKER III      PROSECUTOR: ABBETT NICK               |
|----------------------------------------------------------------------------|
| PROBATION APPLIED   GRANTED  DATE     REARRESTED DATE    REVOKED   DATE    |
| (X)Y( )N  06092006  ( )Y( )N _____   ( )Y( )N _____   ( )Y( )N _____       |
|----------------------------------------------------------------------------|
| 15-18-8, CODE OF ALA 1975    IMPOSED    SUSPENDED    TOTAL    JAIL CREDIT  |
|   (X)Y ( )N  CONFINEMENT:   01 00 000   09 00 000  10 00 000   00 00 000   |
|              PROBATION   :  04 00 000              04 00 000               |
| DATE SENTENCED: 06/09/2006   SENTENCE BEGINS: 06/09/2006                   |
|----------------------------------------------------------------------------|
| PROVISIONS              COSTS/RESTITUTION       DUE          ORDERED       |
|                                                                            |
|  HABITUAL OFDR          RESTITUTION             $0.00          $0.00       |
|  SPLIT SENTENC          ATTORNEY FEE          $500.00        $500.00       |
|  JAIL                   CRIME VICTIMS         $100.00        $100.00       |
|                         COST                  $274.00        $274.00       |
|                         FINE                    $0.00          $0.00       |
|                         MUNICIPAL FEES          $0.00          $0.00       |
|                         DRUG FEES               $0.00          $0.00       |
|                         ADDTL DEFENDANT         $0.00          $0.00       |
|                         DA FEES                 $0.00          $0.00       |
|                         COLLECTION ACCT         $0.00          $0.00       |
|                         JAIL FEES               $0.00          $0.00       |
|                                                                            |
|                         TOTAL                 $874.00        $874.00       |
|----------------------------------------------------------------------------|
| APPEAL DATE      SUSPENDED         AFFIRMED            REARREST            |
| ( )Y( )N _____   ( )Y( )N _____   ( )Y( )N _____   ( )Y( )N _____          |
|----------------------------------------------------------------------------|
| REMARKS:                      THIS IS TO CERTIFY THAT THE                  |
|                               ABOVE INFORMATION WAS EXTRACTED              |
|                               FROM OFFICIAL COURT RECORDS                  |
|                               AND IS TRUE AND CORRECT.                     |
|                                                                            |
|                                                                            |
|                                      _Corinne T. Hurst_ (signature)        |
|                                       CORINNE T. HURST                     |
|                                                                            |
|                                       06/13/2006                           |
------------------------------------------------------------------------------
OPERATOR: LEW
PREPARED: 06/13/2006
```

*(handwritten)* Release date 6-9-07