# Exhibit F
# Inmate File of Jeffery Bernard Sanford

# INMATE REQUEST SLIP

Name JEFFERY B. SANFORD                    Date 7-7-06

**LOCATION** D-6

- [ ] Telephone Call
- [ ] Doctor
- [ ] Dentist
- [ ] Time Sheet
- [ ] Special Visit
- [ ] Personal Problem
- [ ] Other

Briefly Outline Your Request.  <u>Give To Jailer</u>

IT HAS BECOME VERY OBVIOUS THAT MY NAME
IS BEING "BLACK-BALLED" IN LEE COUNTY DETENTION
CENTER, IN WHICH MY CONSTITUTIONAL RIGHTS
OF DUE PROCESS TO PARTICIPATE IN COMMUNITY
WORK STATUS OF OTHER TRUSTEE PRIVILEGES
AFFORDED TO MANY OTHER INMATES WITH COUNTY
TIME; ALSO SINCE I'M NOT HOUSED IN AN AREA
APPROPRIATE TO MY CLASSIFICATION LEVEL, THEN CAN ↗

<u>Do Not Write Below This Line</u> - For Reply Only

It is your behavior towards the staff
at the Dention Center that prohibit me
from placing you on trustee at this time,
I need to see a change in your behavior
before I consider giving you the priviledge
of being a trustee          Lt. C Welch

Approved _____  Denied ✓ _____  Collect Call 7-7-06

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To
Those The Request is Directed.

- [ ] Lieutenant
- [ ] Chief Deputy
- [ ] Sheriff

Date 7-7-06    Time Received 0655

CORRECTION OFFICER _____

FORM: LCS-038 (6/99)

YOU PLEASE ALLOW ME TO BE MOVED TO E-WING
SO THAT I CAN GET ME A CELL TO DO MY TIME
AS POSITIVE AS POSSIBLE, AND YOU WILL NOT
HAVE TO WORRY ABOUT ALL THESE "HERESIES"
PERTAINING TO MY NAME. ALSO I REALLY DON'T
LIKE BEING PLAYED WITH OR LIED ON BY INMATES,
AND I WILL NOT PLAY WITH THESE CRIMINALS
AS CHILDREN!

```
BR716-3                 ALA  MA DEPARTMENT OF CORRECTI  S        INST:   241
                        IN ATE SUMMARY AS OF 06/21/20          CODE: CIADM
```

****************************************************************

IS: 00143572A   INMATE: SANFORD, JEFFREY                RACE: B  SEX: M

NST: 241 - LEE                      DORM:  J0  JAIL CR:  00Y 00M 00D

DB: ____65  SSN: ____95

LIAS: BERNARD, JEFFERY B              ALIAS: SANFORD, BERNARD

LIAS: SANFORD, J B                    ALIAS: SANFORD, J BERNARY

LIAS: SANFORD, JEFF                   ALIAS: SANFORD, JEFFERY

DM DT: 06/09/2006 DEAD TIME: 00Y 00M 00D

DM TYP: NEW COMMITMENT - SPLIT SENTENC    STAT: NEW COMMITMENT - SPLIT SENTENC

URRENT CUST: 0TW-5   CURRENT CUST DT: 06/09/2006  PAROLE REVIEW DATE: - NONE -

ECURITY LEVEL: NO CLASSIFICATION RECORD FOUND

ERVING UNDER ACT446 LAW IN CLASS IV          CURRENT CLASS DATE:   06/09/2006
NMATE IS EARNING : STRAIGHT TIME

```
OUNTY      SENT DT  CASE NO. CRIME                      JL-CR     TERM
EE         06/09/06 ND6D0037 THEFT OF PROPERTY II       0000  001Y 00M 00D CS
                    4YRS PROBATION
           ATTORNEY FEES : $000500   HABITUAL OFFENDER : Y
           COURT COSTS   : $0000274  FINES : $0000000  RESTITUTION : $0000100

TOTAL TERM    MIN REL DT    GOOD TIME BAL    GOOD TIME REV    LONG DATE
01Y 00M 00D   06/08/2007    00DY 00M 00D     00DY 00M 00D     06/08/2007
```

NMATE LITERAL:
****************************************************************

ETAINER WARRANTS SUMMARY
   INMATE CURRENTLY HAS NO DETAINER WARRANT RECORDS
****************************************************************

SCAPEE-PAROLE SUMMARY

AROLED FRM  001:07/24/89 RVK:10/05/92 DELIQ:05/06/91 RECAP:08/06/92 RTN:09/10/92

ONTINUED    202:01/25/91 RVK:00/00/00 DELIQ:00/00/00 RECAP:08/06/92 RTN:08/06/92

AROLED FRM  001:11/22/93 RVK:00/00/00 DELIQ:05/01/95 RECAP:03/30/95 RTN:05/18/95

EINSTATED   050:07/06/95 RVK:06/17/98 DELIQ:08/11/97 RECAP:03/10/98 RTN:06/03/98

AROLED FRM  050:09/09/02 RVK:09/03/03 DELIQ:07/21/03 RECAP:07/18/03 RTN:07/21/03

CONTINUED ON NEXT PAGE

```
                              A.  AMA DEPARTMENT OF CORRECT  NS           INST:   241
CBR716-3                      1  ATE SUMMARY AS OF 06/21/2006             CODE: CIADM


**************************      CONTINUATION      **************************

AIS: 00143572A    INMATE: SANFORD, JEFFREY                    RACE: B   SEX: M
**************************************************************************

ESCAPEE-PAROLE SUMMARY

    INMATE CURRENTLY HAS NO PROBATION 754 RECORDS

    INMATE HAS NO ESCAPES FROM ADOC SINCE DBSCIS RECORDING B
**************************************************************************

DISCIPLINARY/CITATION SUMMARY

    INMATE CURRENTLY HAS NO DISCIPLINARY/CITATION RECORDS
```

Lee County Detention Ce___r
# INMATE REQUEST SLIP

D16

**LOCATION**

Name _Jeffery B, Sanford_     Date _6-30-06_

☐ Telephone Call     ☐ Doctor     ☐ Dentist     ☐ Time Sheet

☐ Special Visit     ☐ Personal Problem     ☑ Other

Briefly Outline Your Request.  <u>Give To Jailer</u>

REQUEST TO GO TO LAW LIBRARY
PLEASE. I'VE MISSED THE LAST THREE
TIMES.

<u>Do Not Write Below This Line</u> - For Reply Only

Law LiB     7-1-06

cpl Lyles

Approved _____     Denied _____     Collect Call_____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To
Those The Request is Directed.

☐ Lieutenant     ☐ Chief Deputy     ☐ Sheriff

Date _____     Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038  (6/99)

Jeffery B. Sanford F-6

Request for Law Library

6-22-06

Went to Law Library on 6/25/06
(8:40 hours)

Approved

Lee County Detention Center
# INMATE REQUEST SLIP

F-6
_____
**LOCATION**

Name _JEFFERY B. SANFORD_____ Date _6.19.06_

☐ Telephone Call        ☐ Doctor        ☐ Dentist        ☐ Time Sheet

☐ Special Visit        ☐ Personal Problem        ☒ Other

Briefly Outline Your Request.  <u>Give To Jailer</u>

I HAVE RECIEVED A 10 SPLIT 1YR COUNTY
AND WOULD LIKE TO BE MOVE TO WORK -
RELEASE OR TRUSTEE FIRST. PLEASE CONSIDER

<u>Do Not Write Below This Line</u> - For Reply Only

Denied At This Time

Approved _____ Denied _____ Collect Call_____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To
Those The Request is Directed.

☑ Lieutenant        ☐ Chief Deputy        ☐ Sheriff

Date _____ Time Received _____

CORRECTION OFFICER ___Sgt. Jones_____

FORM: LCS-038  (6/99)

Request for
Law Library

Jeffery Sanford
F-4   4-24-06
#041851616   Sgt Threat



REQUEST    4-20-06

JEFFERY SANFORD

REQUEST TO GO TO

LIBRARY PLEASE

Taken 4-20-06

THANK YOU

# INMATE REQUEST SLIP

LOCATION F4

Name JEFFERY B SANFORD    Date 4-28-06

☐ Telephone Call    ☐ Doctor    ☐ Dentist    ☐ Time Sheet

☐ Special Visit    ☐ Personal Problem    ☐ Other

Briefly Outline Your Request.  <u>Give To Jailer</u>

REQUEST TO GO TO LIBRARY OF LAW
FOR RESEARCH ON CASE

<u>Do Not Write Below This Line</u> - For Reply Only

Approved _____    Denied _____    Collect Call _____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request is Directed.

☐ Lieutenant    ☐ Chief Deputy    ☐ Sheriff

Date 04/29/06    Time Received 1839

CORRECTION OFFICER SGT Threat

FORM: LCS-038  (6/99)

# INDIVIDUAL'S PERSONAL EFFECTS

### In Possession Of

## SHERIFF'S OFFICE, LEE COUNTY

NAME _Sanford Jeffery_

SEARCHED BY _____

TIME _____    DATE _10-22-04_

MONEY $ _.00 ¢_

(Jacket)

ARTICLES BY NAME _Pants, Shirt, Shoes, Doc ID_
_letters_

The above listing is all my personal effects turned in to Sheriff's Office at the time of booking.

Signature _[signature]_

Please Call _____

---

## PROPERTY RECEIPT

I hereby acknowledge receipt of the articles named above.

On this date _10/22/04_

Signature _[signature]_

Form: LCS-ENV-03 (4/95) DARCO

## INSTRUCTIONS FOR USE

1) USE BALLPOINT PEN TO COMPLETE ALL INFORMATION BEFORE LOADING BAG.
2) TEAR WHERE INDICATED AND RETAIN RECEIPT.
3) PLACE BAG ON FLAT SURFACE. REMOVE LINER TO EXPOSE ADHESIVE, SMOOTHLY PRESS ALONG THE MOUTH OF BAG TO SEAL IT SECURELY.



## PROPERTY ENVELOPE

INMATE'S NAME _Sanford, Jeffery_

ICN NO. _____

CC NO. _____

DATE _7-09-05_

CORRECTION OFFICER _Ofc Cooper_

SHIELD NO. _43D-22_

| FOR CASHIER USE ONLY | |
|---|---|
| INSTITUTION | DATE REC. |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Money $ _3.18_ _____ Food Stamps $ _____

| Quantity | Property | Quantity | Property | Quantity | Property |
|---|---|---|---|---|---|
| 1 | Wallet | ____ | Watch | ____ | Comb |
| ____ | Purse | ____ | Rings | ____ | Personal Papers |
| 1 | Lighter | ____ | Pr.Earrings | ____ | Eyeglasses |
| ____ | Keys | ____ | Bracelet/Wrist Chain | ____ | Belt |
| ____ | Pr.Shoelaces | ____ | Necklace/Neck Chain | ____ | |

Other _____

I ACKNOWLEDGE THE SURRENDER OF THE PROPERTY LISTED.

SIGNATURE OF INMATE _____    DATE _7-09-05_

PROPERTY RECEIVED FROM INMATE BY:
NAME OF EMPLOYEE AND ID# _Ofc Cooper/43D-22_

SIGNATURE OF EMPLOYEE _Ofc Cooper_ (PRINT) (ID #)    DATE _7-9-05_

I, _____ ACKNOWLEDGE THE RETURN OF MY PROPERTY

SIGNATURE OF INMATE/ DESIGNEE

ON _7-9-05_

...STIVE. REMOVE LINER TO EXPOSE ADHESIVE, ...RESS ALONG THE MOUTH ...AG TO SEAL IT SECURELY.

PRO... ENVELOPE

...USE ONLY

| INMATE'S NAME | Sanford, Jerry | ...ITION | DATE REC. |
|---|---|---|---|
| ICN NO. | | | |
| CC NO. | | | |
| DATE | 17 NOV 05 | | |
| CORRECTION OFFICER | Dowdell | | |
| SHIELD NO. | 43D41 | | |

Money $ __13__    Food Stamps $ _____

| Quantity | Property | Quantity | Property | Quantity | Property |
|---|---|---|---|---|---|
| | Purse | | Watch | | Comb |
| | Lighter | | Rings | | Personal Papers |
| | Keys | | Earrings | | Eyeglasses |
| | Pr.Shoelaces | | Bracelet/Wrist Chain | ✓ | Belt |
| | | | Necklace/Neck Chain | | |

...her __Blue Tabagon__

I ACKNOWLEDGE THE SURRENDER OF THE PROPERTY LISTED.

X _____    17 NOV 05
SIGNATURE OF INMATE                DATE

PROPERTY RECEIVED FROM INMATE BY:
NAME OF EMPLOYEE AND ID#  __Dowdell  43D41__

SIGNATURE OF EMPLOYEE  __Dowdell__  (ID #)  17 NOV 05
                                              DATE

_____ ACKNOWLEDGE THE RETURN OF MY PROPERTY
SIGNATURE OF INMATE/ DESIGNEE

ON _____

PROPERTY RETURNED TO INMATE/DESIGNEE BY:
NAME OF EMPLOYEE AND ID#  __DR. Cooper  H3D-22__
                            (PRINT)          (ID #)
SIGNATURE OF EMPLOYEE  __D Cooper__  11-20-0_



ront

# LEE COUNTY SHERIFF'S DEPARTMENT
## REGULATIONS RECEIPT
### (Form #7)

Date: _13 Mar 06_                    Time: _0735_

     I, _Jeffery Sanford_ _____, have received copy

number _____ of the Rules and Regulations governing inmates in the Lee County Jail which

I am/am not (mark one out) able to read. I understand that while in this institution I will abide

by these Rules and Regulations.

     I will return the copy of the Rules and Regulations upon my release from jail. I also

understand that I will be responsible for the loss or any damage of the Inmate Rules and

Regulations Handbook and will be charged $2 for its replacement. I also understand that if I

fail to pay for the replacement of the lost or damaged handbook I will have additional criminal

charges filed against me for destruction of county property.

Years of School _____          Inmate's Signature _____

_____

_____ has today received copy number _____ of the Lee

County Sheriff's Department Rules and Regulations for Inmates.

[ ]   Said inmate stated to me that he was able to read the Rules and Regulations.

[ ]   Said inmate stated that he was not able to read the Rules and Regulations and I explained
the orientation rules to him.

_____
Jailer's Signature

Date: _13 Mar 06_ Time: _7:37_

FILL
TO HERE

# PROPERTY ENVELOPE

INMATE'S
NAME _Sanford, Jeffery_

ICN NO. _____

CC NO. _____

DATE _21-06_

CORRECTION
OFFICER _Blan_

SHIELD NO. _____

| FOR CASHIER USE ONLY | |
|---|---|
| INSTITUTION | DATE REC. |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Money $ _____ — Food Stamps $ _____

| Quantity | Property | Quantity | Property | Quantity | Property |
|---|---|---|---|---|---|
| 1 | Wallet | | Watch | | Comb |
| | Purse | | Rings | | Personal Papers |
| | Lighter | | Pr.Earrings | | Eyeglasses |
| | Keys | | Bracelet/Wrist Chain | 1 | Belt |
| | Pr.Shoelaces | | Necklace/Neck Chain | | |

Other _Hat, jacket, Durag, Papers_

I ACKNOWLEDGE THE SURRENDER OF THE PROPERTY LISTED.

_____      _____
SIGNATURE OF INMATE                              DATE

PROPERTY RECEIVED FROM INMATE BY:
NAME OF EMPLOYEE AND ID# _____
                          (PRINT)              (ID #)

SIGNATURE OF EMPLOYEE _____      _____
                                                                        DATE

I, _____ ACKNOWLEDGE THE RETURN OF MY PROPERTY
   SIGNATURE OF INMATE/DESIGNEE

ON _____

PROPERTY RETURNED TO INMATE/DESIGNEE BY
NAME OF EMPLOYEE AND ID# _Dobb, 7A_
                          (PRINT)              (ID #)
SIGNATURE OF EMPLOYEE _____ _2/22/06_
                                                                        DATE

IN THE CIRCUIT COURT OF LEE COUNTY, ALABAMA

State of Alabama, ex rel.
Barbara Ann Sanford,                     *    CIVIL ACTION NO.
    Plaintiff,                           *    41 DR1996-492.0
                                         *
VS.                                      *    DHR #30347
                                         *
Jeffery B. Sanford,                      *
    Defendant.                           *

## ORDER FOR FAILURE TO APPEAR WRIT

This case came for hearing on a review on the 21st day of November, 2005. Hon. Margaret A. Mayfield, Assistant District Attorney, appeared for the State. The defendant signed an acknowledgment in court on August 22, 2005 for this hearing. The defendant failed to appear for Court. There are arrearages of $2,741.90 plus interest of $2,128.01 as of November 17, 2005.

**IT IS THEREFORE THE ORDER OF THIS COURT** that a Writ of arrest for failure to appear and failure to comply with the Order of this Court shall be executed on the defendant, , Jeffery B. Sanford, at **212 Roden Court # 510, Opelika, AL 36801** by the Lee County Sheriff's Office or any Law Enforcement Officer of the State of Alabama. The defendant shall be held in the Lee County Jail until such time as a receipt is presented for payment of a purge amount of $500.00 towards the outstanding arrearages.

**This WRIT of Arrest shall be entered on the National Crime Information Center system within fourteen (14) days of this Order.**

Done this the _9th_ day of December, 2005.

                                   JACOB A. WALKER, III    Circuit Judge

Social Security # 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    Birthdate 12/30/1965 — black male

## COPY:  Lee County Sheriff's Department
## Attention:  Warrant Clerk

FILED

DEC 13 2005

IN OFFICE
CORINNE T. HURST
CIRCUIT CLERK

## LEE COUNTY SHERIFF'S DEPARTMENT
## SPECIAL REPORT

Subject: Sanford, Jeffery                    Opelika, Ala., LCDC

To the Sheriff of Lee County:

I report the following Hoarding Lortab during pill Call which occurred at 0830 o'clock

this 4/8/06 M., at LCDC

Below give full-particulars, together with name of principals and witnesses and their address.

During pill Call With Officer Sims I I/m Sandford, Jeffery Complaining about teeth pain. Informs him He (Sanford) Saw our Dentist Dr. King Friday & have Lortab.

Gave I/m (Sandford) Meds He (Sandford) Continue talking, When ask Open hand have Lortab pill Between fingers. Informs I/m of Section 10.Y Inmate Rules & Regulation Book.

Reported by Nurse Stewart Lpn

Address _____ LEE COUNTY DETENTION CENTER _____ Phone _____

Complaint Received by _____ NURSING _____ How _____

Assigned to _____ PO BOX 2407

OPELIKA, AL 36803-2407

Form: LCS-026 (7/97) DARCO

LEE COUNTY SHERIFF'S DEPARTMENT
SPECIAL REPORT

Subject _I/m Jeffery Sanford_ Opelika, AL _____ 4/17/06 _____

To the Sheriff of Lee County:

I report the following _I/m Sanford trying to send a letter_
_to a female Inmate in C-8_ which occurred at _4:30_ o'clock

this _A_ M. at _Lee County Detention Center_

Below give full-particulars, together with name of principals and witness and their address

At Approximatley 4:30 a.m. I, ofc. Wiltsie,
was picking up mail in cell F4. When I picked
up the letters I saw a stamp through the
envelope. When I looked closer there was another
envelope inside, the address on the envelope inside
was addressed to: Trinisha Avery
                    P.o. Box 2407
                    Opelika, AL 36801

I took the letter and gave it to Sgt Threat.
The return address on the top envelope was from:

                    Jeffery Sanford
                    P.o. Box 2407
                    Opelika, AL 36801

When I got to Central I/m Jeffery Sanford called
over the intercom stating he wanted his stamps
back from the letters to reuse. He was told
by Sgt Threat that he would not get the
stamps or the letters back.

                    Nothing Further

Reported by_____

Address_____ Phone_____

Complaint received by _____ How _____

Assigned to _____

LEE COUNTY DETENTION CENTER
DISCIPLINARY REPORT
(Form #28)

Inmate _Sanford, Jeffery Bernard_    Custody _Maximum_    Number _3823_
        Last    First    Middle

Assignment _cell F-4_ is being charged by _OFC Wittsie_

With rule violation _14.2 B-18 unauthorized contact between Inmates_

on or about _4/17/06_    199___, Time _4:30_ (a.m)/p.m. Location _cell F-4_

Circumstances are as follows: _I/m Sanford attempted to mail a letter_
_to a female in CB by putting it inside of another_
_envelope to be mailed back in._

MAJOR _X_

MINOR _____

SERIOUS _____    _OFC Will-Witt_
                 Signature of Arresting Officer

Notifying Officer: _Sgt. Scruggs_    Time & Date notified: _15:25  4-17-06_

Inmate's Signature _____    Witnesses desired: NO _____  If YES, (List) _____

Circumstances Investigated By: _____

Hearing date _____    Time _____    Plea ( ) Guilty (X) Not Guilty

If guilty, inmate must affix signature _____

Committee Findings & Reasons: _Guilty Due To Testimony And Evidence_

Committee Recomendations: _Guilty: 10 Days Lock Down Loss of visitation_
_and Store._

Witnesses: _____    _Sgt. J. Still 4304_
                                Signature of Chairman
           _____    _James Scruggin 43020_
                                Signature, Member
           _____    _OFC 43031_
                                Signature, Member

Copy delivered to inmate: Date _5-3-06_  Time _3:20_  Inmate's Signature _____

Action - Date _____    Appeal - Date (attach copy) _____

Approved _____    Approved _____

Disapproved _____    Denied _____

Other (Specify) _____    Other (Specify) _____

# LEE COUNTY SHERIFF'S DEPARTMENT
## NOTIFICATION OF CHARGES
### (Form #29)

*TO:* Jeffery Sanford          *DATE:* 4/17/06

*YOU ARE HEREBY NOTIFIED THAT IT IS ALLEGED THAT YOU HAVE COMMITTED THE FOLLOWING RULE VIOLATIONS:*

14.2 B-18 unauthorized contact between Inmates

*YOU HAVE BEEN CHARGED WITH THESE RULE VIOLATIONS BY OFFICER(S):*

OFC. Wiltsie

*THE FACTS ON WHICH THESE CHARGES ARE BASED ARE:*

Im Sanford attempted to mail a letter to a female inmate in cell C8 by putting the letter inside of another envelope, so it could be mailed back into the facility

*THE MAXIMUM PENALTY FOR THE VIOLATION(S) IS:*

10 Days lock down loss of all priviledges except clergy, media and attorney

*YOU HAVE THE OPTION OF REQUESTING A DISCIPLINARY HEARING FOR THE ABOVE CHARGE(S) OR ACCEPTING DISCIPLINARY ACTION WITHOUT A HEARING. SHOULD YOU DESIRE A DISCIPLINARY HEARING, YOU MUST REQUEST THE HEARING IN WRITING ON THE INMATE REQUEST FORM ATTACHED TO THIS NOTIFICATION WITHIN EIGHT (8) HOURS AFTER RECEIVING THIS NOTIFICATION.*

15:25  4/17/06
*DATE & TIME OF NOTIFICATION*

OFC. Wiltsie
*OFFICER MAKING REPORT*

The arresting officer was asked to read his/her statement (Exhibit A) and at the conclusion the chairperson asked if he/she had anything further to add to his/her statement.

The chairperson then announced that the board would go into closed session to deliberate on the findings. All persons except those constituting the membership of the board were excused.

The board in closed session and written ballot found Inmate ___Jeffrey Sanford___ ___Guilty___ .

Inmate ___Jeffrey Sanford___ and the arresting officer were called before the board and the verdict was announced. Inmate ___Jeffrey Sanford___ was then asked if he had any matter to submit in extenuation and mitigation and he stated, "___I did not violate Any Rule In The I/m Hand Book, Mail Process, or Any Rule of I/m Hand Book___ ."

The board went into closed session on the sentence. The board recommended the following:

___10 Days Lockdown - 10 Days loss of Store And Visitation Excluding Visits from Clergy___

The sentence was announced to Inmate ___Jeffrey Sanford___ . The chairperson explained the appeal process to Inmate ___Jeffrey Sanford___ .

Arresting Officer Recommendation:

___10 Days lock Down, loss of Store And Visitation___

___Mail was open In Pres. of Inmate Sanford. Mail was not Priviloged mail___

# LEE COUNTY SHERIFF'S DEPARTMENT
## SYNOPSIS OF MAJOR/MINOR DISCIPLINARY HEARING
### (Form #30)

ALL THOSE INVOLVED IN THE CASE WERE SWORN IN BY THE CHAIRPERSON.

The Lee County Jail Disciplinary Board convened at _____0515_____ on ____4-21-06____, to

hear the evidence in the case involving Inmate __Jeffrey Sanford__, #_____.

The board consisted of Chairperson _Sgt. Parquille, ____ and Member _Ofc Aaron, Ofc Scruggins_

The accused and Arresting Officer _Ofc Wiltshie_ were brought before the board.

The chairperson explained to _Jeffrey Sanford_ that he was charged with violating Rule

# __H, 2 B-18__ of Inmate Handbook (revised August 1988).

__Jeffrey Sanford__ was further advised that on _____4-17-06_____ at

_____15:25_____ he was served with "Notice of Disciplinary Hearing" and given a copy of the notice.

The chairperson explained that according to due process requirements, he must be given at least 24 hours notice

of the date that the hearing will take place. Furthermore, that the hearing must be given within seven (7)

calendar days of the time his custody changed and that he is to be given the opportunity to request any

witnesses on his behalf. The chairperson asked _Jeffrey Sanford_ if he understood due

process and he replied, "__Yes_____

_____."

The chairperson explained to _Jeffrey Sanford_ that he was charged with violation

of Rule # __14.2 B-18__, _Unauthorized Contact Between Inmates_.

The chairperson asked _Jeffrey Sanford_ if he understood the charges against

him and he replied, "__No -- Dont understand_____

_____."

__Jeffrey Sanford__ was then asked how he pled to the charge and he stated,

"_Not Guilty_____."

Lee County Detention Center
# INMATE REQUEST SLIP

ANY SHIFT SUP.                    E-6-H
                                 **LOCATION**

Name JEFFERY B. SANFORD    Date MAY 10, 06

☐ Telephone Call      ☐ Doctor         ☐ Dentist        ☐ Time Sheet

☐ Special Visit       ☒ Personal Problem                ☐ Other

Briefly Outline Your Request. <u>Give To Jailer</u>

I HAVE NOT CAUSED NO PROBLEMS IN
THE CELLS, I DON'T BE ACTING A FOOL
WITH INMATES OR OFFICERS, I DON'T
BE FIGHTING OR ~~ARGUHN~~ ARGURING
WITH FOLKS. I KEEP MY AREA CLEAN.
I DON'T DEAL WITH TOO MUCH CONTR-
ABAND. I TRY TO STAY CLEAN AS MUCH
AS POSSIBLE. I HAVE SERVED MORE

                                            OVER

<u>Do Not Write Below This Line</u> - For Reply Only

Inmate Moved to cell 1-6.

                                            C305
                                            5-11-06

Approved _____ Denied _____ Collect Call_____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To
Those The Request is Directed.

☐ Lieutenant          ☐ Chief Deputy              ☐ Sheriff

Date _____ Time Received _____

CORRECTION OFFICER _____

                                            FORM: LCS-038  (6/99)

THAN HALF OF MY DAYS IN SEG,
AND HAVE'NT CAUSED ANY PROBLEMS
IN SEG.

THE ONLY CONFLICT I'M EXPERIEN-
-CING IN LEE COUNTY DETENTION
CENTER IS OLD ISSUE THAT WAS
BOUGHT UP BY OFFICER WILTSIE.
                          (1998)
I'M WILLING TO MAKE PEACE WITH
THIS GUY AND HIS PADRES, BECAUSE
I MUST FOCUS ON FIGHTING MY
CASE COMING UP MAY 23, 2006.

I WOULD LIKE TO BE RELEASED
EARLY ALSO, BECAUSE I'M MISSING
THE N.B.A PLAY-OFFS.

        PLEASE CONSIDER AN
EARLY RELEASE FROM SEG A.S.A.P.
        THANK YOU

Lee County Detention Center
# INMATE REQUEST SLIP

F-6
**LOCATION**

Name JEFFERY B. SANFORD          Date 5-12-06

☐ Telephone Call        ☐ Doctor          ☐ Dentist          ☐ Time Sheet

☐ Special Visit         ☐ Personal Problem          ☒ Other

Briefly Outline Your Request.  Give To Jailer

REQUEST TO GO TO LAW LIBRARY.

Do Not Write Below This Line - For Reply Only

TAKEN ON 5/14/2006
"RED NIGHTS"

Approved ___✗_____ Denied _____ Collect Call_____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To
Those The Request is Directed.

☐ Lieutenant              ☐ Chief Deputy              ☐ Sheriff

Date _____   Time Received _____

CORRECTION OFFICER _AARON 43D31_

FORM: LCS-038 (6/99)

## PLEASE **PRINT** CLEARLY

*Reviewed*
*7-22-03*
*CT*

## INMATE VISITOR INFORMATION

All information **MUST** be **COMPLETE** and **MUST** be **LEGIBLE**. Information which is
incomplete or not legible will result in that person not being listed on your visitation card.
**All visitors must have a photo I.D. to get in.** Children under 12 years of age cannot vistit.

### ONE PERSON PERSON PER LINE

Newly arrived inmates are not eligible for vistiation during their first seven days at the Lee
County Detention Center in order to allow time for a background check to be conducted
on the visitors listed below. <u>Visitation is a privilege and may be restricted or withdrawn
at anytime.</u>

Inmate Name ___JEFFERY  SANFORD___     Cell # ___F-3___

### Visitor #1

Name ___BARBARA  SANFORD___     Relationship ___WIFE___

Address ___212  RODEN  CT, #510___  City ___OPELIKA___  State ___AL___

Phone # ___745-0325___

### Visitor #2

Name ___GLORIA  BALLARD  BUSH___     Relationship ___SISTER___

Address ___1015  YORK  AVE. # 11___  City ___OPELIKA___  State ___AL___

Phone # ___741-7888___

### Visitor #3

Name ___JEFFERY  SANFORD  JR.___     Relationship ___SON___

Address ___212  RODEN  CT, # 510___  City ___OPELIKA___  State ___AL___

Phone # ___745-0325___

### Visitor #4

Name ___JOANNE  DURR  FOREMAN___     Relationship ___AUNT___

Address ___COUNTY  Rd  724, LEE  Rd,___  City ___OPELIKA___  State ___AL___

Phone # ___864-0973___

FORM C-80
20040915-438

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
RECEIPT OF RELEASED CONVICT

DATE: 09/15/2004

CBR201

---

INSTITUTION: DRAPER CORRECTIONAL CENTER

DATE RELEASED: OCT 23, 2004

NAME: SANFORD, JEFFREY BERNARD

SERIAL NUMBER: 00143572

COUNTY COMMITTED FROM: LEE

DATE COMMITTED: MAR 28, 1986

HOW RELEASED: EOS ON SHORT TIME

REMARKS:
RESTITUTION OWED/COURT COSTS:      $813.00 CONTACT CIRCUIT COURT CLERK

---

RECEIVED FROM WARDEN: *James Delonch*                    DOLLARS:

IN FULL PAYMENT OF AMOUNTS AS SET OUT BELOW:

DISCHARGE MONEY:     00 YR.    00 MO.    $      .00     *forwarding Address*

BUS FARE TO:                                       $

1 DAY TRAVEL - - - - - - - - - - - $

1 OUTFIT CLOTHING- - - - - - - - - $

    TOTAL - - - - - - - - - - - $        *PMOD $1.06*

            SIGNED

          WITNESS

          WITNESS

    DETAINER/WARRANT
    RECEIPT SIGNATURE

---

* NOTE: ALL SIGNATURES MUST BE MADE IN INK. *

DATE: JUL 24, 2003 NAME: SANFORD, JEFFREY BERNARD          SERIAL NUMBER: 00143572
      ********    OFFENSES FOR WHICH THIS FUGITIVE WAS CONVICTED    ********
==================================================================================

| <><><>    OFFENSE    <><><> | SENTENCE DATE | SENTENCE TERM | SENTENCING COUNTY | CS/CC |
|---|---|---|---|---|
| ROBBERY I | 03/28/1986 | 17/00/00 | LEE | CS |
| THEFT OF PROPERTY II | 08/25/1992 | 5/00/00 | LEE | CC |

* * * * * * * * * END   P A G E  2  * * * * * * * * * *

PLEASE PRINT CLEARLY

ETJ
7-18-03

## INMATE VISITOR INFORMATION

All information MUST be COMPLETE and MUST be LEGIBLE. Information which is incomplete or not legible will result in that person not being listed on your visitation card. All visitors must have a photo I.D. to get in. Children under 12 years of age cannot vistit.
## ONE PERSON PERSON PER LINE
Newly arrived inmates are not eligible for vistiation during their first seven days at the Lee County Detention Center in order to allow time for a background check to be conducted on the visitors listed below. Visitation is a privilege and may be restricted or withdrawn at anytime.

Inmate Name  SANFORD, JEFFERY          Cell #  F-3

### Visitor #1

Name  BARBARA SANFORD          Relationship  WIFE

Address  212 RODEN Ct. #510  City  OPELIKA  State  AL

Phone #  334-745-0325

### Visitor #2

Name  GLORIA BALLARD RUSH    Relationship  Sister

Address  1015 YORK AVE # 111  City  OPELIKA  State  AL

Phone #

### Visitor #3

Name                          Relationship

Address                      City           State

Phone #

### Visitor #4

Name                          Relationship

Address                      City           State

Phone #

# LEE COUNTY SHERIFF'S DEPARTMENT
# INMATE PERSONAL PROPERTY RECEIPT AND RELEASE FORM

### Receipt
(Form #3)

| Name of Inmate: Jeffery Sanford | Inmate File #: |
|---|---|

| | | | | | | CURRENCY | $ |
|---|---|---|---|---|---|---|---|
| Ammunition | Cigarettes | ID Cards | Necklace | Tie-Neck | | | |
| Bag-Hand | Clothing | Jewelry | Package | Tie-Tack/Clip | | CHANGE | $ |
| Beer | Coat | Junk | Papers | Tobacco | | | |
| Belt | Comb | Key(s) | Pen-Pencil | Toilet Articles | | CHECKS | $ |
| Billfold | Drivers License | Knife | Purse - Coin | Tools | | | |
| Boots/Shoes | Ear Rings | Liquor | Purse - Lady | Watch | | FOREIGN | $ |
| Books | Flashlight | Lighter | Purse - Man | Weapon | | MONEY | |
| Boxes | Glasses | Luggage | Radio/TV | Whiskey | | TOTAL | $ |
| Briefcase | Gloves | Medicine | Razor | Wine | | | |
| Camera | Groceries | Money Clip | Ring(s) | | | REMARKS: | |
| Candy | Groc. in Ref. | Musical Inst. | Suitcase | | | | |
| Checkbook | Hat - Cap | Nail Clip | Sweater | | | | |

Other items of property not classified above: (include storage location if other than below)

*All Property*

I certify that the above is a correct list of items removed from my possession at the time I was placed in jail.

PRISONER'S SIGNATURE

I hereby acknowledge the receipt of the above arrested individual and his/her itemized property on this ____
day of _____, 2000, at _____ .m.

SIGNATURE RECEIVING OFFICER ____

Received all of the above listed property (minus any property previously released as indicated on this receipt)
on this ____ day of _____, 2000, at _____ .m.

PRISONER'S SIGNATURE ____

Location of Property

**\*ALL PROPERTY LEFT OVER 30 DAYS AFTER RELEASE WILL BE DISPOSED OF.**

### Release

| DATE | ITEM(S) RELEASED | SIGNATURE OF PERSON AUTHORIZING RELEASE | SIGNATURE OF PERSON RECEIVING ITEM(S) | SIGNATURE OF OFFICER RELEASING ITEM(S) |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |



Front



Front



Left Profile

## WAIVER OF EXTRADITION-FUGITIVE WARRANT OR ARREST

### STATE OF INDIANA

### COUNTY OF MARION

I hereby give my free and voluntary consent to return to the State of Alabama, County of Lee , City of Opelika, in the company of law enforcement officers from that jurisdiction or persons designated by them to receive my custody from this County and State, without awaiting the usual form of Requisition from that State or the Governor's Warrant from the Governor of Indiana, and hereby exonerate and hold harmless the Sheriff of this County, his/her Deputies, and all other judicial and law enforcement officers in this State, from any blame, compulsion, or interference in this connection.

I hereby agree not to challenge my extradition and removal to that State nor to apply to the Governor of Indiana to decline to order my extradition.

This agreement and waiver is made by me without reference to my guilt or innocence, and shall not be considered in any manner as prejudicing my case in the requesting state. This agreement shall not be considered in any manner an admission of guilt of or participation in any violation of the law.

Witness: _____

Witness: _____

Date: 7/10/03

Prisoner Printed Name

Jeffrey Sanford

Received into my custody from the Sheriff of Marion County, Indiana, the above named prisoner, to be transported to the State and County where he/she is charged with the crime(s ) Robbery.

Dated: _____

_____
(Printed Name)

_____
(Department)

## FUGITIVE RIGHTS

This is to inform you that you have been arrested, and are being held pursuant to a demand from a sister state, to-wit : Alabama  to answer the crime of  *V,O,P.*

Robbery.

Before we surrender you to authorities of the state of Alabama, we must advise you of the following rights:

(1)  You have the right to demand legal counsel to represent in these proceedings;

(2)  You have the right to test the legality of the arrest, and if you so desire, we will take you forthwith before a Judge of a Court of record of this State, who will fix a reasonable time to allow you to apply for a Writ of Habeas Corpus:

(3)  If you apply for a Writ of Habeas Corpus, you will not be surrendered to the demanding state until a hearing is held.

## ACKNOWLEDGEMT

I the undersigned, hereby acknowledge that the foregoing rights were read to me and I full understand their meaning.

Prisoner

## REFUSAL TO SIGN ACKNOWLEDGEMENT

I the undersigned, a Marion County Deputy Sheriff, do hereby state that I have read the above rights to _____ and he has refused to sign same.

_____
Marion County Deputy Sheriff

WARRANTS 25

```
                         L.. COUNTY SHERIFF'S OFFICE
03/13/2006      07:27:28   MEDICAL SCREENING FORM                    PAGE 1
========================================================================
Booking No: 060001328  Date: 03/13/2006  Time: 07:23  Type: NORMAL
Agency to Bill: LEE COUNTY            Facility: COUNTY JAIL

Inmate Name: SANFORD JEFFERY BERNARD          Race: B        Sex: M
      DOB: ████████5 Age:  40  SSN: ███████████ Height: 6'01"  Weight: 255
------------------------------------------------------------------------
```

_N_  1.  Is inmate unconscious?

_N_  2.  Does inmate have any visible signs of trauma, illness, obvious pain
         and bleeding, requiring immediate emergency or doctor's care?

_N_  3.  Is there obvious fever, swollen lymph nodes, jaundice or other
         evidence of infection that might spread through the facility?

_N_  4.  Any signs of poor skin condition, vermin, rashes or needle marks?

_N_  5.  Does inmate appear to be under the influence of drugs or alcohol?

_N_  6.  Any visible signs of alcohol or drug withdrawal?

_N_  7.  Does inmate's behavior suggest the risk of suicide or assault?

_N_  8.  Is inmate carrying any medication?

_N_  9.  Does the inmate have any physical deformities?

_N_  10. Does inmate appear to have psychiatric problems?

11.  Do you have or have you ever had or has anyone in your family
     ever had any of the following?

_N_ a. Allergies      _N_ f. Fainting Spells     _N_ k. Seizures

_N_ b. Arthritis      _N_ g. Hearing Condition    _N_ l. Tuberculosis

_N_ c. Asthma         _N_ h. Hepatitis            _N_ m. Ulcers

_N_ d. Diabetes       _N_ i. High Blood Pressure  _N_ n. Venereal Disease

_N_ e. Epilepsy       _N_ j. Psychiatric Disorder _N_ o. Other (Specify)


Other:  _____

        _____

        _____


12.  For females only:

        _____  a. Are you pregnant?

        _____  b. Do you take birth control pills?

        _____  c. Have you recently delivered?

L    COUNTY SHERIFF'S OFFICE

03/13/2006    07:27:28    MEDICAL SCREENING FORM    PAGE 2
=================================================================
Booking No: 060001328  Date: 03/13/2006  Time: 07:23  Type: NORMAL
Agency to Bill: LEE COUNTY              Facility: COUNTY JAIL

Inmate Name: SANFORD JEFFERY BERNARD              Race: B        Sex: M
        DOB: �switch5  Age:  40  SSN: ▰▰▰▰▰  Height: 6'01"  Weight: 255
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

_N_  13.  Have you recently been hospitalized or treated by a doctor?

_N_  14.  Do you currently take any non-prescription medication or medication
          prescribed by a doctor?

_N_  15.  Are you allergic to any medication?

_N_  16.  Do you have any handicaps or conditions that limit activity?

_N_  17.  Have you ever attempted suicide or are you thinking about it now?

_N_  18.  Do you regularly use alcohol or street drugs?

_N_  19.  Do you have any problems when you stop drinking or using drugs?

_N_  20.  Do you have a special diet prescribed by a physician?

_N_  21.  Do you have any problems or pain with your teeth?

_N_  22.  Do you have any other medical problems we should know about?

_____

_____

_____

_____

_____

_____

_____

I HAVE READ THE ABOVE ACCOUNTING OF MY MEDICAL ASSESSMENT AND I FIND IT TO BE
TRUE AND ACCURATE.

INMATE: _____    DATE: _3/13/06_    TIME: _7.27_

BOOK OFFICER: _____    DATE: _____    TIME: _____

```
                        LEE COUNTY SHERIFF'S OFFICE
02/22/2006     15:33:09        INMATE RELEASE SHEET                    PAGE      1
=================================================================================
BOOKING NO: 060000564

INMATE NAME: SANFORD JEFFERY BERNARD
      ALIAS:                                    RACE: B      SEX: M
      ALIAS:                                      HT: 6'01"  HAIR: BLK
    ADDRESS: ███████████████                      WT: 255    EYES: BRO
CITY/ST/ZIP: OPELIKA, AL 36801          COMPLEX:
 HOME PHONE: 000-███-0925                           SSN: ███-██-██95
        DOB: ██/██/██ AGE:  40          DL ST: AL       DLN: ████████
 PLCE BIRTH: INDIANAPOLLIS                  SID:
      STATE: IN                          LOCID: 3823
  M. STATUS: SINGLE
   RELIGION: CHRISTIAN
 GANG ASSOC: NONE
SCARS/TATTOOS: NONE
KNOWN ENEMIES: NONE
    REMARKS: NONE
--------------------------------- NEXT OF KIN ------------------------------------
 NEXT OF KIN: JOAN FOREMAN             RELATIONSHIP: FRIEND
     ADDRESS: SAA                             PHONE: 000-864-0973
 CITY/ST/ZIP: ,
     REMARKS:
-------------------------------- EMPLOYER INFO -----------------------------------
    EMPLOYED: N
EMPLOYER NAME: SOUTHERN UNION
     ADDRESS:
 CITY/ST/ZIP: OPELIKA, AL 36801
       PHONE: 334-745-0325
----------------------------------- MEDICAL --------------------------------------
 HANDICAPPED: Y  NEEDS:
     GLASSES: N  SMOKE: N
MEDICAL NEEDS: N  NEEDS: N
   PHYSICIAN:                          PHONE: 000-000-0000
     REMARKS: FRACTURED WRIST,

     REMARKS: ALLERGEIC TO PENNCILLIN, WASP STINGS, BEE STINGS
     REMARKS:
---------------------------------- PROPERTY --------------------------------------
        CASH:      $00.00
 DESCRIPTION:
ADD. PROPERTY: WALLET, BELT, HAT, JACKET, DU RAG,
ADD. PROPERTY:
ADD. PROPERTY:
  BIN NUMBER: 193
VEH IMPOUNDED:
 IMPOUND LOT:
     REMARKS:
     REMARKS:
=================================================================================
I HAVE READ THE ABOVE ACCOUNTING OF MY PERSONAL INFORMATION, MEDICAL
INFORMATION, MONEY, AND OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.

INMATE: _____     DATE:_____   TIME:_____

BOOK OFFICER: _____     DATE:_____   TIME:_____
```

```
                            LEE COUNTY SHERIFF'S C. ICE
02/22/2006    15:33:09        INMATE RELEASE SHEET                    PAGE    2
==============================================================================
BOOKING NO: 060000564    INMATE NAME: SANFORD JEFFERY BERNARD
==============================================================================
         COURT:                    ATTORNEY ON REC:
         JUDGE:                        PHONE: 000-000-0000
       REMARKS:
       REMARKS:
------------------------------------------------------------------------------
   BOOK DATE: 02/01/2006  BOOK TIME: 10:29  BOOK TYPE: NORMAL

   ARREST DATE: 02/01/2006        BOOKING OFFICER: BLACK
   ARREST DEPT: LCSO              CELL ASSIGNMENT:
 ARRST OFFICER: GRIER                   MEAL CODE: 01   LEE COUNTY
 PROJ. RLSDATE: 00/00/0000               FACILITY: 01   COUNTY JAIL
 SEARCH OFFCR: JUKES              CLASSIFICATION:
  TYPE SEARCH:                    WORK RELEASE: N
INTOX RESULTS:

         HOLDS: N
        AGENCY:              REASON:
        AGENCY:              REASON:
        AGENCY:              REASON:
        AGENCY:              REASON:

         NOTES:
         NOTES:
         NOTES:
==============================================================================
 RELEASE DATE: 02/22/2006  RELEASE TIME: 15:31   # DAYS SERVED:    22

RELEASE OFFICER: COBB
   RELEASE TYPE: BONDED BY BAD BOYS BOND
       REMARKS: CLEARED BY SHERIKA
       REMARKS: COURT DATE 4-12-06 0900 AM
       REMARKS:
==============================================================================
I HAVE READ THE ABOVE ACCOUNTING OF MY PERSONAL INFORMATION, MEDICAL
INFORMATION, MONEY, AND OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.

INMATE: _____  DATE:_____  TIME:_____

BOOK OFFICER:_____  DATE:_____  TIME:_____
```

```
                        .   LEE COUNTY SHERIFF'S O.  ICF
02/22/2006    15:33:09   :     INMATE CHARGE SHEET                    PAGE    3
===============================================================================
BOOKING NO: 060000564     INMATE NAME: SANFORD JEFFERY BERNARD
===============================================================================
  CHARGE NO:  1  DISPOSITION: RELEASED           HOLD: N

ALA STATUTE: CC86-012                  # OF COUNTS:    1
    OFFENSE: FTA/ROB I                  WARRANT #:
     CASE #:
   BOND AMT: 0                                    FINE:      $100.00
   BAIL AMT:
INIT APPEAR: 00/00/0000            SENTENCE DATE: 00/00/0000
RELEASE DTE: 02/22/2006
ARREST DATE: 02/01/2006             ARST AGENCY: LCSO
ARST OFFICR: GRIER                      COUNTY:
      COURT:                             JUDGE: WALKER
DEF ATTORNY:                       DIST ATTORNEY:
   COMMENTS: REVIEW 3-17-06
   COMMENTS:
   COMMENTS: INMATE RELEASED BY L43D36
-------------------------------------------------------------------------------
  CHARGE NO:  2  DISPOSITION: RELEASED           HOLD: N

ALA STATUTE: CC92-074                  # OF COUNTS:    1
    OFFENSE: FTA/TOP II                 WARRANT #:
     CASE #:
   BOND AMT: 0                                    FINE:      $100.00
   BAIL AMT:
INIT APPEAR: 00/00/0000            SENTENCE DATE: 00/00/0000
RELEASE DTE: 02/22/2006
ARREST DATE: 02/01/2006             ARST AGENCY: GRIER
ARST OFFICR: LCSO                       COUNTY:
      COURT:                             JUDGE: WALKER
DEF ATTORNY:                       DIST ATTORNEY:
   COMMENTS: RELEASE IF $100 PURGE IS PAID;IF NOT REL ON 2/13/06 830 AM
   COMMENTS: READ NOTES PLEASE!
   COMMENTS: INMATE RELEASED BY L43D36
-------------------------------------------------------------------------------
  CHARGE NO:  3  DISPOSITION: RELEASED           HOLD: N

ALA STATUTE: DR96-492                  # OF COUNTS:    1
    OFFENSE: CS                         WARRANT #:
     CASE #:
   BOND AMT: 0                                    FINE:        $0.00
   BAIL AMT:
INIT APPEAR: 00/00/0000            SENTENCE DATE: 00/00/0000
RELEASE DTE: 02/22/2006
ARREST DATE: 02/01/2006             ARST AGENCY: LCSO
ARST OFFICR: GRIER                      COUNTY:
      COURT:                             JUDGE: WALKER
DEF ATTORNY:                       DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS: INMATE RELEASED BY L43D36
-------------------------------------------------------------------------------
```

```
                        LEE COUNTY SHERIFF'S C. ICE
02/22/2006    15:33:09       INMATE CHARGE SHEET                    PAGE      4
===============================================================================
BOOKING NO: 060000564      INMATE NAME: SANFORD JEFFERY BERNARD
===============================================================================
   CHARGE NO:  4  DISPOSITION: RELEASED          HOLD: N

ALA STATUTE: WR05-1375              # OF COUNTS:   1
     OFFENSE: NWNI                    WARRANT #:
      CASE #:
    BOND AMT: 500                          FINE:        $0.00
    BAIL AMT:
INIT APPEAR: 00/00/0000            SENTENCE DATE: 00/00/0000
RELEASE DTE: 02/22/2006
ARREST DATE: 02/01/2006              ARST AGENCY: LCSO
ARST OFFICR: GRIER                       COUNTY:
       COURT:                             JUDGE:
DEF ATTORNY:                       DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS: INMATE RELEASED BY L43D36
-------------------------------------------------------------------------------
   CHARGE NO:  5  DISPOSITION: RELEASED          HOLD: N

ALA STATUTE: WR 06-157             # OF COUNTS:   1
     OFFENSE: NWNI                    WARRANT #: WR 06-157
      CASE #: WR 06-157
    BOND AMT: 250                          FINE:        $0.00
    BAIL AMT:
INIT APPEAR: 02/22/2006            SENTENCE DATE: 00/00/0000
RELEASE DTE: 02/22/2006
ARREST DATE: 02/22/2006              ARST AGENCY: LCSO
ARST OFFICR: COBB                        COUNTY: LEE
       COURT: DIS                         JUDGE: BUSH
DEF ATTORNY:                       DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS: INMATE RELEASED BY L43D36
-------------------------------------------------------------------------------
   CHARGE NO:  6  DISPOSITION: RELEASED          HOLD: N

ALA STATUTE: WR 06-158             # OF COUNTS:   1
     OFFENSE: NWNI                    WARRANT #: WR 06-158
      CASE #:
    BOND AMT: 500                          FINE:        $0.00
    BAIL AMT:
INIT APPEAR: 00/00/0000            SENTENCE DATE: 00/00/0000
RELEASE DTE: 02/22/2006
ARREST DATE: 02/22/2006              ARST AGENCY: LCSO
ARST OFFICR: COBB                        COUNTY: LEE
       COURT: DIS                         JUDGE: BUSH
DEF ATTORNY:                       DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS: INMATE RELEASED BY L43D36
-------------------------------------------------------------------------------
```

```
                 LEE COUNTY  SHERIFF'S OFFICE                          PAGE    1
                    INMATE BOOKING SHEET
═══════════════════════════════════════════════════════════════════════════════
01/2006      10:38:42
═══════════════════════════════════════════════════════════════════════════════
KING NO: 060000564

TE NAME:  SANFORD JEFFERY BERNARD        RACE: B      SEX: M
   ALIAS:                                HT: 6'01"   HAIR: BLK
   ALIAS:                                WT: 255     EYES: BRO
 ADDRESS:                               COMPLEX:
Y/ST/ZIP: OPELIKA, AL 36801             SSN:          95
ME PHONE: 0           25               DL ST: AL    DLN:
     DOB:          AGE: 40              SID:
CE BIRTH: INDIANAPOLLIS                 LOCID: 3823
   STATE: IN
. STATUS: SINGLE
 RELIGION: CHRISTIAN
NG ASSOC: NONE
```

NCTC Clear Crittenton

| State of Alabama Unified Judicial System Form C-42  Rev 6/88 | ORDER OF RELEASE FROM JAIL | Case Number CC 86 012  CC 92 074 |

| STATE OF ALABAMA UNIFIED JUDICIAL SYSTEM LEE COUNTY FORM CC-30 | COMMITTAL TO CUSTODY | CASE NUMBER DR 96 492  ID  YR  Case No. |

Barbara Sanford
PLAINTIFF,
VS.

IN THE Circuit COURT OF
LEE COUNTY, ALABAMA
CASE NO. DR 96 492

| State of Alabama Unified Judicial System Form C-42  Rev 6/88 | ORDER OF RELEASE FROM JAIL | Case Number DR 96 492 |

IN THE C COURT OF Lee COUNTY

STATE OF ALABAMA  v. Jeffry Sanford

TO THE JAILER WITH CUSTODY OF THE DEFENDANT

You are ordered to release from your custody the above named defendant, charged with the offense of

Reason for Release  NTP Child Support New date of May 24 06 at 8 30 am

Date 2-21-06  By:

COURT RECORD (Original)  JAILER (Copy)  Judge/Clerk

BOOK OFFICER:

```
                              LEE COUNTY SHERIFF'S OFFICE
02/01/2006    10:38:42          INMATE BOOKING SHEET                    PAGE    2
=================================================================================
BOOKING NO: 060000564       INMATE NAME: SANFORD JEFFERY BERNARD
=================================================================================
         COURT:                      ATTORNEY ON REC:
         JUDGE:                             PHONE: 000-000-0000
       REMARKS:
       REMARKS:
---------------------------------------------------------------------------------
    BOOK DATE: 02/01/2006   BOOK TIME: 10:29  BOOK TYPE: NORMAL

   ARREST DATE: 02/01/2006             BOOKING OFFICER: BLACK
   ARREST DEPT: LCSO                   CELL ASSIGNMENT: HC3
 ARRST OFFICER: GRIER                        MEAL CODE: 01   LEE COUNTY
 PROJ. RLSDATE: 00/00/0000                    FACILITY: 01   COUNTY JAIL
  SEARCH OFFCR: JUKES                   CLASSIFICATION:
   TYPE SEARCH:                          WORK RELEASE: N
 INTOX RESULTS:

         HOLDS: N
        AGENCY:                  REASON:
        AGENCY:                  REASON:
        AGENCY:                  REASON:
        AGENCY:                  REASON:

         NOTES:
         NOTES:
         NOTES:
```

```
                              LEE COUNTY SHERIFF'S OFFICE
02/01/2006    10:38:42           INMATE CHARGE SHEET                    PAGE      3
===================================================================================
BOOKING NO: 060000564       INMATE NAME: SANFORD JEFFERY BERNARD
===================================================================================
     CHARGE NO:   1  DISPOSITION: OPEN                 HOLD: N

ALA STATUTE: CC86-012                    # OF COUNTS:    1
     OFFENSE: FTA/ROB I                  WARRANT #:
        CASE #:
     BOND AMT: 0                              FINE:         $0.00
     BAIL AMT:
INIT APPEAR: 00/00/0000             SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 02/01/2006               ARST AGENCY: LCSO
ARST OFFICR: GRIER                        COUNTY:
       COURT:                               JUDGE: WALKER
DEF ATTORNY:                         DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS:
------------------------------------------------------------------------------------
     CHARGE NO:   2  DISPOSITION: OPEN                 HOLD: N

ALA STATUTE: CC92-074                    # OF COUNTS:    1
     OFFENSE: FTA/TOP II                 WARRANT #:
        CASE #:
     BOND AMT: 0                              FINE:         $0.00
     BAIL AMT:
INIT APPEAR: 00/00/0000             SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 02/01/2006               ARST AGENCY: GRIER
ARST OFFICR: LCSO                         COUNTY:
       COURT:                               JUDGE: WALKER
DEF ATTORNY:                         DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS:
------------------------------------------------------------------------------------
     CHARGE NO:   3  DISPOSITION: OPEN                 HOLD: N

ALA STATUTE: DR96-492                    # OF COUNTS:    1
     OFFENSE: CS                         WARRANT #:
        CASE #:
     BOND AMT: 0                              FINE:         $0.00
     BAIL AMT:
INIT APPEAR: 00/00/0000             SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 02/01/2006               ARST AGENCY: LCSO
ARST OFFICR: GRIER                        COUNTY:
       COURT:                               JUDGE: WALKER
DEF ATTORNY:                         DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS:
------------------------------------------------------------------------------------
```

```
02/01/2006    10:38:42                LEE COUNTY SHERIFF'S OFFICE                 PAGE    4
                                        INMATE CHARGE SHEET
==============================================================================
BOOKING NO: 060000564       INMATE NAME: SANFORD JEFFERY BERNARD
==============================================================================
  CHARGE NO:   4  DISPOSITION: OPEN               HOLD: N

ALA STATUTE: WR05-1375                    # OF COUNTS:     1
    OFFENSE: NWNI                       WARRANT #:
     CASE #:
   BOND AMT: 500                           FINE:        $0.00
   BAIL AMT:
INIT APPEAR: 00/00/0000            SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 02/01/2006              ARST AGENCY: LCSO
ARST OFFICR: GRIER                       COUNTY:
      COURT:                              JUDGE:
DEF ATTORNY:                       DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS:
```

LEE COUNTY SHERIFF'S OFFICE                    PAGE 1
MEDICAL SCREENING FORM
=============================================================
02/01/2006    10:38:42
=============================================================
Booking No: 060000564  Date: 02/01/2006   Time: 10:29  Type: NORMAL
Agency to Bill: LEE COUNTY              Facility: COUNTY JAIL

                                           Race: B        Sex: M
Inmate Name: SANFORD JEFFERY BERNARD       Height: 6'01"  Weight: 255
      DOB: ~~~~~~~~ Age: 40  SSN: ~~~~~~~~~
-------------------------------------------------------------

_N_  1.  Is inmate unconscious?

_N_  2.  Does inmate have any visible signs of trauma, illness, obvious pain
         and bleeding, requiring immediate emergency or doctor's care?

_N_  3.  Is there obvious fever, swollen lymph nodes, jaundice or other
         evidence of infection that might spread through the facility?

_N_  4.  Any signs of poor skin condition, vermin, rashes or needle marks?

_N_  5.  Does inmate appear to be under the influence of drugs or alcohol?

_N_  6.  Any visible signs of alcohol or drug withdrawal?

_N_  7.  Does inmate's behavior suggest the risk of suicide or assault?

_N_  8.  Is inmate carrying any medication?

_N_  9.  Does the inmate have any physical deformities?

_N_  10. Does inmate appear to have psychiatric problems?

11.  Do you have or have you ever had or has anyone in your family
     ever had any of the following?

_Yes_ a. Allergies      _N_ f. Fainting Spells    _N_ k. Seizures
_N_ b. Arthritis        _N_ g. Hearing Condition   _N_ l. Tuberculosis
_N_ c. Asthma           _N_ h. Hepatitis          _Yes_ m. Ulcers
_Yes_ d. Diabetes       _Yes_ i. High Blood Pressure  _N_ n. Venereal Disease
_N_ e. Epilepsy         _N_ j. Psychiatric Disorder   _N_ o. Other (Specify)

Other: _____
       _____
       _____

12.  For females only:
     ___ a. Are you pregnant?
     ___ b. Do you take birth control pills?
     ___ c. Have you recently delivered?

```
                          LEE COUNTY SHERIFF'S OFFICE
02/01/2006    10:38:42    :DICAL SCREENING FORM                    PAGE 2
==============================================================================
Booking No: 060000564  Date: 02/01/2006  Time: 10:29  Type: NORMAL
Agency to Bill: LEE COUNTY              Facility: COUNTY JAIL
------------------------------------------------------------------------------
Inmate Name: SANFORD JEFFERY BERNARD           Race: B        Sex: M
   DOB: ████████65 Age:  40  SSN: ██████████  Height: 6'01"  Weight: 255
------------------------------------------------------------------------------
```

YES  13.  Have you recently been hospitalized or treated by a doctor?

YES  14.  Do you currently take any non-prescription medication or medication prescribed by a doctor?

YES  15.  Are you allergic to any medication?

N    16.  Do you have any handicaps or conditions that limit activity?

N    17.  Have you ever attempted suicide or are you thinking about it now?

N    18.  Do you regularly use alcohol or street drugs?

N    19.  Do you have any problems when you stop drinking or using drugs?

N    20.  Do you have a special diet prescribed by a physician?

N    21.  Do you have any problems or pain with your teeth?

YES  22.  Do you have any other medical problems we should know about?

Peniallin
colon cancer —

I HAVE READ THE ABOVE ACCOUNTING OF MY MEDICAL ASSESSMENT AND I FIND IT TO BE TRUE AND ACCURATE.

INMATE: _____        DATE:_____  TIME:_____

BOOK OFFICER: _____        DATE:_____  TIME:_____