# Exhibit F
# Inmate File of Jeffery Bernard Sanford
## Part 2

```
                        LEE COUNTY SHERIFF'S OFFICE
1/20/2005    19:38:14         INMATE RELEASE SHEET                PAGE    1
:================================================================================
BOOKING NO: 050005485

INMATE NAME: SANFORD JEFFERY BERNARD
       ALIAS:                                  RACE: B      SEX: M
       ALIAS:                                   HT: 6'01"  HAIR: BLK
     ADDRESS: ████████████ #510                 WT: 255   EYES: BRO
 CITY/ST/ZIP: OPELIKA, AL 36801            COMPLEX:
 HOME PHONE: ████████████                      SSN: ████████████
        DOB: ████████  AGE: 39               DL ST: AL      DLN: ████████████
 PLCE BIRTH: INDIANAPOLLIS                     SID:
       STATE: IN                             LOCID: 3823
 M. STATUS: SINGLE
   RELIGION: CHRISTIAN
 GANG ASSOC: NONE
SCARS/TATTOOS: NONE
KNOWN ENEMIES: NONE
    REMARKS: NONE
---------------------------- NEXT OF KIN -------------------------------
 NEXT OF KIN: JOAN FOREMAN              RELATIONSHIP: FRIEND
     ADDRESS: SAA                             PHONE: 000-864-0973
 CITY/ST/ZIP: ,
     REMARKS:
-------------------------- EMPLOYER INFO -------------------------------
    EMPLOYED: Y
EMPLOYER NAME: SOUTHERN UNION
     ADDRESS:
 CITY/ST/ZIP: OPELIKA, AL 36801
       PHONE: 334-745-0325
--------------------------- MEDICAL -----------------------------------
 HANDICAPPED: Y   NEEDS:
     GLASSES: N   SMOKE: N
MEDICAL NEEDS: N   NEEDS: N
   PHYSICIAN:                          PHONE: 000-000-0000
     REMARKS: FRACTURED WRIST,

     REMARKS: ALLERGEIC TO PENNCILLIN, WASP STINGS, BEE STINGS
     REMARKS:
--------------------------- PROPERTY ----------------------------------
        CASH:        $00.13
 DESCRIPTION: TABAGAN(BLUE),BRO BELT
ADD. PROPERTY: STREET CLOTHES
ADD. PROPERTY:
ADD. PROPERTY:
   BIN NUMBER: 164
 VEH IMPOUNDED: N
  IMPOUND LOT:
     REMARKS:
     REMARKS:
==================================================================================
 I HAVE READ THE ABOVE ACCOUNTING OF MY PERSONAL INFORMATION, MEDICAL
 INFORMATION, MONEY, AND OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.
```

INMATE: _[signature]_        DATE: 11-20-05   TIME: 19:38

BOOK OFFICER: _[signature]_  DATE: 11-20-05   TIME: 19:38

```
                          LEE COUNTY SHERIFF'S OFFICE
11/20/2005     19:38:14        INMATE RELEASE SHEET                    PAGE    2
================================================================================
BOOKING NO: 050005485          INMATE NAME: SANFORD JEFFERY BERNARD
================================================================================
         COURT:                     ATTORNEY ON REC:
         JUDGE:                         PHONE: 000-000-0000
       REMARKS:
       REMARKS:
--------------------------------------------------------------------------------
    BOOK DATE: 11/17/2005  BOOK TIME: 23:45  BOOK TYPE: NORMAL

   ARREST DATE: 11/17/2005      BOOKING OFFICER: DOWDELL S
   ARREST DEPT: APD             CELL ASSIGNMENT:
  ARRST OFFICER: LEY                  MEAL CODE: 01   LEE COUNTY
  PROJ. RLSDATE: 00/00/0000            FACILITY: 01   COUNTY JAIL
  SEARCH OFFCR: PANTELLIS       CLASSIFICATION:
   TYPE SEARCH: PAT              WORK RELEASE: N
 INTOX RESULTS: SOBER

        HOLDS: N
       AGENCY:                  REASON:
       AGENCY:                  REASON:
       AGENCY:                  REASON:
       AGENCY:                  REASON:

        NOTES:
        NOTES:
        NOTES:
================================================================================
  RELEASE DATE: 11/20/2005  RELEASE TIME: 19:37    # DAYS SERVED:     4

RELEASE OFFICER: COOPER
   RELEASE TYPE: BAD BOYZ BONDING
        REMARKS: NCIC CLEAR BY SHERRIE
        REMARKS:
        REMARKS:
================================================================================
I HAVE READ THE ABOVE ACCOUNTING OF MY PERSONAL INFORMATION, MEDICAL
INFORMATION, MONEY, AND OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.

INMATE:                         DATE: 11-20-05  TIME: 19:38

BOOK OFFICER:                   DATE: 11-20-05  TIME: 19:38
```

```
                            LEE COUNTY SHERIFF'S OFFICE
1/20/2005    19:38:14           INMATE CHARGE SHEET                    PAGE    3
===============================================================================
OOKING NO: 050005485        INMATE NAME: SANFORD JEFFERY BERNARD
===============================================================================
  CHARGE NO:   1  DISPOSITION: RELEASED           HOLD: Y

LA STATUTE: 013A-08-0004                  # OF COUNTS:    0
    OFFENSE: THEFT 2-SHOPLIFTING             WARRANT #:
     CASE #: 013A-08-0004
   BOND AMT: 3000                                FINE:       $0.00
   BAIL AMT: 3000
NIT APPEAR: 00/00/0000                 SENTENCE DATE: 00/00/0000
ELEASE DTE: 11/20/2005
RREST DATE: 11/17/2005                   ARST AGENCY: APD
RST OFFICR: LEY                               COUNTY: LEE
      COURT:                                   JUDGE:
EF ATTORNY:                            DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS: INMATE RELEASED BY L43D36  - - - - - - - - - - - - - - - - - - -
- - - - - - - - - - - - - - - - - - - - - - - -
  CHARGE NO:   2  DISPOSITION: RELEASED           HOLD: N

LA STATUTE:                               # OF COUNTS:    6
    OFFENSE: NWNI'SX6                        WARRANT #:
     CASE #:
   BOND AMT: 250X6=1500                          FINE:       $0.00
   BAIL AMT:
NIT APPEAR: 00/00/0000                 SENTENCE DATE: 00/00/0000
ELEASE DTE: 11/20/2005
RREST DATE: 11/18/2005                   ARST AGENCY: LCSO
RST OFFICR: BETHANY                           COUNTY: LEE
      COURT:                                   JUDGE:
EF ATTORNY:                            DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS: INMATE RELEASED BY L43D36  - - - - - - - - - - - - - - - - - - -
- - - - - - - - - - - - - - - - - - - - - - - -
```

```
                              LEE COUNTY SHERIFF'S OFFICE
11/17/2005    23:49:15          INMATE BOOKING SHEET                    PAGE    1
================================================================================
BOOKING NO: 050005485

INMATE NAME: SANFORD JEFFERY BERNARD
        ALIAS:                                   RACE: B      SEX: M
        ALIAS:                                   HT: 6'01"  HAIR: BLK
      ADDRESS: 212 RODDEN CT #540                WT: 255    EYES: BRO
   CITY/ST/ZIP: OPELIKA, AL 36801             COMPLEX:
   HOME PHONE: 000-715-0325                       SSN: 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
        DOB: 1/26/1905   AGE:  39               DL ST: AL     DLN:
   PLCE BIRTH: INDIANAPOLLIS                      SID:
        STATE: IN                               LOCID: 3823
   M. STATUS: SINGLE
    RELIGION: CHRISTIAN
   GANG ASSOC: NONE
 SCARS/TATTOOS: NONE
 KNOWN ENEMIES: NONE
      REMARKS: NONE
------------------------------ NEXT OF KIN -------------------------------------
  NEXT OF KIN: JOAN FOREMAN               RELATIONSHIP: FRIEND
      ADDRESS: SAA                               PHONE: 000-864-0973
   CITY/ST/ZIP: ,
      REMARKS:
----------------------------- EMPLOYER INFO ------------------------------------
      EMPLOYED: Y
 EMPLOYER NAME: SOUTHERN UNION
      ADDRESS:
   CITY/ST/ZIP: OPELIKA, AL 36801
        PHONE: 334-745-0325
------------------------------- MEDICAL ----------------------------------------
  HANDICAPPED: Y   NEEDS:
      GLASSES: N  SMOKE: N
 MEDICAL NEEDS: N   NEEDS: N
    PHYSICIAN:                        PHONE: 000-000-0000
      REMARKS: FRACTURED WRIST,

      REMARKS: ALLERGEIC TO PENNCILLIN, WASP STINGS, BEE STINGS
      REMARKS:
------------------------------- PROPERTY ---------------------------------------
        CASH:      $00.13
  DESCRIPTION: TABAGAN(BLUE),BRO BELT
 ADD. PROPERTY: STREET CLOTHES
 ADD. PROPERTY:
 ADD. PROPERTY:
   BIN NUMBER: 164
 VEH IMPOUNDED: N
  IMPOUND LOT:
      REMARKS:
      REMARKS:
================================================================================
I HAVE READ THE ABOVE ACCOUNTING OF MY PERSONAL INFORMATION, MEDICAL
INFORMATION, MONEY, AND OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.

INMATE: X_____    DATE: 11/17    TIME: 23'44

BOOK OFFICER: Dowdell               DATE: 11/17    TIME:
```

```
                       / LEE COUNTY SHERIFF'S OFFI
11/17/2005    23:49:15        INMATE BOOKING SHEET                    PAGE    2
================================================================================
BOOKING NO: 050005485      INMATE NAME: SANFORD JEFFERY BERNARD
================================================================================
          COURT:                       ATTORNEY ON REC:
          JUDGE:                           PHONE: 000-000-0000
        REMARKS:
        REMARKS:
--------------------------------------------------------------------------------
   BOOK DATE: 11/17/2005  BOOK TIME: 23:45  BOOK TYPE: NORMAL

  ARREST DATE: 11/17/2005        BOOKING OFFICER: DOWDELL S
  ARREST DEPT: APD               CELL ASSIGNMENT: HC3
ARRST OFFICER: LEY                    MEAL CODE: 01   LEE COUNTY
PROJ. RLSDATE: 00/00/0000              FACILITY: 01   COUNTY JAIL
 SEARCH OFFCR: PANTELLIS         CLASSIFICATION:
  TYPE SEARCH: PAT                 WORK RELEASE: N
INTOX RESULTS: SOBER

        HOLDS: N
       AGENCY:                REASON:
       AGENCY:                REASON:
       AGENCY:                REASON:
       AGENCY:                REASON:

        NOTES:
        NOTES:
        NOTES:
```

```
                            LEE COUNTY SHERIFF'S OFFI
11/17/2005    23:49:15      INMATE CHARGE SHEET                        PAGE    3
================================================================================
BOOKING NO: 050005485      INMATE NAME: SANFORD JEFFERY BERNARD
================================================================================
   CHARGE NO:   1  DISPOSITION: OPEN              HOLD: Y

ALA STATUTE: 013A-08-0004            # OF COUNTS:    0
    OFFENSE: THEFT 2-SHOPLIFTING      WARRANT #:
     CASE #: 013A-08-0004
   BOND AMT: 3000                        FINE:        $0.00
   BAIL AMT: 3000
INIT APPEAR: 00/00/0000         SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 11/17/2005          ARST AGENCY: APD
ARST OFFICR: LEY                     COUNTY: LEE
      COURT:                          JUDGE:
DEF ATTORNY:                  DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS:
--------------------------------------------------------------------------------
```

```
                              LEE COUNTY SHERIFF'S OFFI
11/17/2005    23:49:15        MEDICAL SCREENING FORM                    PAGE 1
=================================================================================
Booking No: 050005485   Date: 11/17/2005    Time: 23:45    Type: NORMAL
Agency to Bill: LEE COUNTY                   Facility: COUNTY JAIL

Inmate Name: SANFORD JEFFERY BERNARD                 Race: B          Sex: M
     DOB: ▓▓/▓▓/▓▓▓▓  Age: 39   SSN: ▓▓▓▓▓▓▓▓▓   Height: 6'01"  Weight: 255
---------------------------------------------------------------------------------
```

_N_   1.  Is inmate unconscious?

_N_   2.  Does inmate have any visible signs of trauma, illness, obvious pain
          and bleeding, requiring immediate emergency or doctor's care?

_N_   3.  Is there obvious fever, swollen lymph nodes, jaundice or other
          evidence of infection that might spread through the facility?

_N_   4.  Any signs of poor skin condition, vermin, rashes or needle marks?

_N_   5.  Does inmate appear to be under the influence of drugs or alcohol?

_N_   6.  Any visible signs of alcohol or drug withdrawal?

_N_   7.  Does inmate's behavior suggest the risk of suicide or assault?

_N_   8.  Is inmate carrying any medication?

_N_   9.  Does the inmate have any physical deformities?

_N_  10.  Does inmate appear to have psychiatric problems?

     11.  Do you have or have you ever had or has anyone in your family
          ever had any of the following?

   _N_ a. Allergies      _N_ f. Fainting Spells    _N_ k. Seizures

   _N_ b. Arthritis      _N_ g. Hearing Condition  _N_ l. Tuberculosis

   _N_ c. Asthma         _N_ h. Hepatitis          _N_ m. Ulcers

   _N_ d. Diabetes       _N_ i. High Blood Pressure _N_ n. Venereal Disease

   _N_ e. Epilepsy       _Y_ j. Psychiatric Disorder _N_ o. Other (Specify)


Other: _____

       _____

       _____


     12.  For females only:

          _____ a. Are you pregnant?

          _____ b. Do you take birth control pills?

          _____ c. Have you recently delivered?

LEE COUNTY SHERIFF'S OFFI
11/17/2005    23:49:15    MEDICAL SCREENING FORM                    PAGE 2
========================================================================
Booking No: 050005485  Date: 11/17/2005  Time: 23:45   Type: NORMAL
Agency to Bill: LEE COUNTY              Facility: COUNTY JAIL

Inmate Name: SANFORD JEFFERY BERNARD            Race: B        Sex: M
   DOB: ███████ Age:  39  SSN: ███████  Height: 6'01"  Weight: 255
------------------------------------------------------------------------

_N_  13.  Have you recently been hospitalized or treated by a doctor?

_N_  14.  Do you currently take any non-prescription medication or medication
          prescribed by a doctor?

_N_  15.  Are you allergic to any medication?

_N_  16.  Do you have any handicaps or conditions that limit activity?

_N_  17.  Have you ever attempted suicide or are you thinking about it now?

_N_  18.  Do you regularly use alcohol or street drugs?

_N_  19.  Do you have any problems when you stop drinking or using drugs?

_N_  20.  Do you have a special diet prescribed by a physician?

_N_  21.  Do you have any problems or pain with your teeth?

_N_  22.  Do you have any other medical problems we should know about?

_____

_____

_____

_____

_____

_____

_____


I HAVE READ THE ABOVE ACCOUNTING OF MY MEDICAL ASSESSMENT AND I FIND IT TO BE
TRUE AND ACCURATE.

INMATE: X _____   DATE: _11/17_   TIME: _23:49_

BOOK OFFICER: _dowdell_              DATE: _____   TIME: _____

```
                          LEE COUNTY SHERIFF'S OFFICE
07/11/2005    16:57:24      INMATE RELEASE SHEET                      PAGE      1
===============================================================================
BOOKING NO: 050003145

INMATE NAME: SANFORD JEFFERY BERNARD
      ALIAS:                                    RACE: B       SEX: M
      ALIAS:                                     HT: 6'01"   HAIR: BLK
    ADDRESS:                                     WT: 255     EYES: BRO
  CITY/ST/ZIP: OPELIKA, AL 36801          COMPLEX:
  HOME PHONE: 0                                  SSN:
        DOB:            AGE:  39               DL ST: AL      DLN:
  PLCE BIRTH: INDIANAPOLLIS                      SID:
       STATE: IN                              LOCID: 3823
   M. STATUS:
    RELIGION: CHRISTIAN
  GANG ASSOC: NONE
SCARS/TATTOOS: NONE
KNOWN ENEMIES: NONE
     REMARKS: NONE
-------------------------------- NEXT OF KIN ----------------------------------
  NEXT OF KIN: JOAN FOREMAN               RELATIONSHIP: FRIEND
      ADDRESS: SAA                               PHONE: 000-864-0973
  CITY/ST/ZIP: ,
      REMARKS:
------------------------------- EMPLOYER INFO ---------------------------------
     EMPLOYED: Y
EMPLOYER NAME: SANFORD& SON'S CONTRACTOR
      ADDRESS:
  CITY/ST/ZIP: OPELIKA, AL 36801
        PHONE: 334-524-7600
--------------------------------- MEDICAL -------------------------------------
  HANDICAPPED: Y  NEEDS:
     GLASSES: N   SMOKE: N
MEDICAL NEEDS: N   NEEDS: N
    PHYSICIAN:                      PHONE: 000-000-0000
     REMARKS: FRACTURED WRIST,

     REMARKS: ALLERGEIC TO PENNCILLIN, WASP STINGS, BEE STINGS
     REMARKS:
--------------------------------- PROPERTY ------------------------------------
        CASH:        $03.18
  DESCRIPTION:
ADD. PROPERTY: 1 BILLFOLD 1 LIGHTER
ADD. PROPERTY:
ADD. PROPERTY:
   BIN NUMBER: 256
VEH IMPOUNDED:
  IMPOUND LOT:
      REMARKS:
      REMARKS:
===============================================================================
I HAVE READ THE ABOVE ACCOUNTING OF MY PERSONAL INFORMATION, MEDICAL
INFORMATION, MONEY, AND OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.


INMATE:                          DATE:            TIME:

BOOK OFFICER:                    DATE:            TIME:
```

```
                        LEE COUNTY SHERIFF'S OFFICE
07/11/2005    16:57:24        INMATE RELEASE SHEET              PAGE    2
============================================================================
BOOKING NO: 050003145     INMATE NAME: SANFORD JEFFERY BERNARD
============================================================================
         COURT:                    ATTORNEY ON REC:
         JUDGE:                       PHONE: 000-000-0000
       REMARKS:
       REMARKS:
----------------------------------------------------------------------------
    BOOK DATE: 07/09/2005  BOOK TIME: 11:04  BOOK TYPE: NORMAL

   ARREST DATE: 00/00/0000        BOOKING OFFICER: COOPER
   ARREST DEPT: LCSO              CELL ASSIGNMENT:
 ARRST OFFICER: CPL DOWDELL           MEAL CODE: 01  LEE COUNTY
 PROJ. RLSDATE: 00/00/0000             FACILITY: 01  COUNTY JAIL
  SEARCH OFFCR:                   CLASSIFICATION:
   TYPE SEARCH:                    WORK RELEASE: N
 INTOX RESULTS:

         HOLDS: N
        AGENCY:                 REASON:
        AGENCY:                 REASON:
        AGENCY:                 REASON:
        AGENCY:                 REASON:

         NOTES:
         NOTES:
         NOTES:
============================================================================
 RELEASE DATE: 07/11/2005  RELEASE TIME: 16:56   # DAYS SERVED:    3

RELEASE OFFICER: THOMAS D34
   RELEASE TYPE: ORDER OF RELEASE
       REMARKS: CLEAR/MENEFIELD
       REMARKS:
       REMARKS:
============================================================================
I HAVE READ THE ABOVE ACCOUNTING OF MY PERSONAL INFORMATION, MEDICAL
INFORMATION, MONEY, AND OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.

INMATE:                        DATE:          TIME:

BOOK OFFICER:                  DATE:          TIME:
```

```
                          LEE COUNTY SHERIFF'S OFFICE
07/11/2005    16:57:24          INMATE CHARGE SHEET                    PAGE    3
=================================================================================
BOOKING NO: 050003145      INMATE NAME: SANFORD JEFFERY BERNARD
=================================================================================
  CHARGE NO:   1  DISPOSITION: RELEASED           HOLD: N

ALA STATUTE: DR 1996 000492.00        # OF COUNTS:   1
    OFFENSE: FTA/CHILD SUPPORT          WARRANT #:
     CASE #: DR 1996 000492.00
   BOND AMT: NO BOND                        FINE:        $0.00
   BAIL AMT:
INIT APPEAR: 00/00/0000          SENTENCE DATE: 00/00/0000
RELEASE DTE: 07/11/2005
ARREST DATE: 07/09/2005            ARST AGENCY: LCSO
ARST OFFICR: CPL DOWDELL               COUNTY: LEE
      COURT:                            JUDGE: JACOB A. WALKER
DEF ATTORNY:                     DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS: INMATE RELEASED BY D08
-----------------------------------------------------------------------------
```

```
07/09/2005     11:23:09          LEE COUNTY SHERIFF'S OFFICE        PAGE     1
                                 INMATE BOOKING SHEET
==============================================================================
BOOKING NO: 050003145

INMATE NAME: SANFORD JEFFERY BERNARD
      ALIAS:                                               RACE: B     SEX: M
      ALIAS:                                               HT: 6'01"  HAIR: BLK
    ADDRESS:                                               WT: 255    EYES: BRO
CITY/ST/ZIP: OPELIKA, AL 36801               COMPLEX:
 HOME PHONE:                                      SSN:
        DOB:            AGE:  39              DL ST: AL    DLN:
 PLCE BIRTH: INDIANAPOLLIS                       SID:
      STATE: IN                               LOCID: 3823
  M. STATUS:
   RELIGION: CHRISTIAN
GANG ASSOC: NONE
SCARS/TATTOOS: NONE
KNOWN ENEMIES: NONE
```

*Clear*
*Ms. Menefield*

---

STATE OF ALABAMA
UNIFIED JUDICIAL SYSTEM
LEE COUNTY FORM CC-20                 **COMMITTAL TO CUSTODY**           CASE NUMBER
                                                                        DR 96-492

---

| State of Alabama Unified Judicial System | **ORDER OF RELEASE FROM JAIL** | Case Number DR 96-492 CC92 74 |
| Form C-42    Rev 6/88 | | |

IN THE _Circuit_ _____ COURT OF _Lee_ CC 86 12 COUNTY

STATE OF ALABAMA    v. _Jeffery Sanford_ _____

**TO THE JAILER WITH CUSTODY OF THE DEFENDANT**

You are ordered to release from your custody the above named defendant, charged with the offense of _FTA_
_CC - 92-74 , CC 86-12_

Reason for Release _Paid Purg $300.00 to Child Support_
_all Cases if writs are withdrawn_

Date _7-11-05_ _____    By: _____

COURT RECORD  (Original)    JAILER  (Copy)    Judge/Clerk

---

DONE this the ___11___ day of ___July___, _2005_

_____
JUDGE

---

HAVE READ THE ABOVE ACCOUNTING OF MY PERSONAL
INFORMATION, MONEY, AND OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.

INMATE _____    DATE: _____    TIME: _____

BOOK OFFICER: _Cooper_ _____    DATE: _____    TIME: _____

LEE COUNTY SHERIFF'S OFFICE

07/09/2005    11:23:09    MEDICAL SCREENING FORM    PAGE 2
======================================================================
Booking No: 050003145  Date: 07/09/2005  Time: 11:04  Type: NORMAL
Agency to Bill: LEE COUNTY                Facility: COUNTY JAIL
----------------------------------------------------------------------
Inmate Name: SANFORD JEFFERY BERNARD            Race: B      Sex: M
    DOB: ██/██/████  Age: 39  SSN: ███████████  Height: 6'01"  Weight: 255
----------------------------------------------------------------------

Y  13. Have you recently been hospitalized or treated by a doctor?

N  14. Do you currently take any non-prescription medication or medication
        prescribed by a doctor?

Y  15. Are you allergic to any medication? — Penicylin

Y  16. Do you have any handicaps or conditions that limit activity?

N  17. Have you ever attempted suicide or are you thinking about it now?

N  18. Do you regularly use alcohol or street drugs?

N  19. Do you have any problems when you stop drinking or using drugs?

Y  20. Do you have a special diet prescribed by a physician?

Y  21. Do you have any problems or pain with your teeth?

Y  22. Do you have any other medical problems we should know about?

    ⑬  6-05        EAMC
        05-05 — Newton Co Counter GA
        01-05 — EAMC — Red Sike Ward
    ⑯  Cloropafobic — EAMC — Out of Breath Clinic
    ㉑  Teeth Sore — Need 1 Pulled
    ㉒  Medical Condition
        Abnamil Stomach Tragic

----------------------------------------------------------------------

I HAVE READ THE ABOVE ACCOUNTING OF MY MEDICAL ASSESSMENT AND I FIND IT TO BE
TRUE AND ACCURATE.

INMATE: _____    DATE: 7-10-05    TIME: _____

BOOK OFFICER: _____    DATE: _____    TIME: _____

```
07/09/2005    11:23:09    LEE COUNTY SHERIFF'S OFFICE      PAGE 1
                          MEDICAL SCREENING FORM
===============================================================================
Booking No: 050003145  Date: 07/09/2005  Time: 11:04  Type: NORMAL
Agency to Bill: LEE COUNTY              Facility: COUNTY JAIL

Inmate Name: SANFORD JEFFERY BERNARD            Race: B        Sex: M
     DOB: ██/██/██65 Age:  39  SSN: ██████████  Height: 6'01"  Weight: 255
```
-------------------------------------------------------------------------------

1.  Is inmate unconscious?

2.  Does inmate have any visible signs of trauma, illness, obvious pain and bleeding, requiring immediate emergency or doctor's care?

3.  Is there obvious fever, swollen lymph nodes, jaundice or other evidence of infection that might spread through the facility?

4.  Any signs of poor skin condition, vermin, rashes or needle marks?

5.  Does inmate appear to be under the influence of drugs or alcohol?

6.  Any visible signs of alcohol or drug withdrawal?

7.  Does inmate's behavior suggest the risk of suicide or assault?

8.  Is inmate carrying any medication?

9.  Does the inmate have any physical deformities?

10. Does inmate appear to have psychiatric problems?

11. Do you have or have you ever had or has anyone in your family ever had any of the following?

    Y a. Allergies        Y f. Fainting Spells      N k. Seizures
    Y b. Arthritis        Y g. Hearing Condition    N l. Tuberculosis
    N c. Asthma           N h. Hepatitis            Y m. Ulcers
    Y d. Diabetes         Y i. High Blood Pressure  N n. Venereal Disease
    Y e. Epilepsy         Y j. Psychiatric Disorder   o. Other (Specify)

Other: _____UNDER MENTAL OBSERVATIONS_____EAMH_____
       _SINUS PROBLEM_____

12. For females only:

    _____ a. Are you pregnant?

    _____ b. Do you take birth control pills?

    _____ c. Have you recently delivered?

```
07/09/2005    11:23:09         LEE COUNTY SHERIFF'S OFFIC          PAGE    2
                               INMATE BOOKING SHEET
===============================================================================
BOOKING NO: 050003145     INMATE NAME: SANFORD JEFFERY BERNARD
===============================================================================
        COURT:                      ATTORNEY ON REC:
        JUDGE:                            PHONE: 000-000-0000
      REMARKS:
      REMARKS:
-------------------------------------------------------------------------------
    BOOK DATE: 07/09/2005  BOOK TIME: 11:04  BOOK TYPE: NORMAL

  ARREST DATE: 00/00/0000       BOOKING OFFICER: COOPER
  ARREST DEPT: LCSO             CELL ASSIGNMENT: D4
ARRST OFFICER: CPL DOWDELL            MEAL CODE: 01  LEE COUNTY
PROJ. RLSDATE: 00/00/0000              FACILITY: 01  COUNTY JAIL
 SEARCH OFFCR:                    CLASSIFICATION:
  TYPE SEARCH:                    WORK RELEASE: N
INTOX RESULTS:


        HOLDS: N
       AGENCY:              REASON:
       AGENCY:              REASON:
       AGENCY:              REASON:
       AGENCY:              REASON:


        NOTES:
        NOTES:
        NOTES:
```

```
                              LEE COUNTY SHERIFF'S OFFIC
07/09/2005    11:23:09        INMATE CHARGE SHEET                    PAGE    3
================================================================================
BOOKING NO: 050003145      INMATE NAME: SANFORD JEFFERY BERNARD
================================================================================
   CHARGE NO:  1  DISPOSITION: OPEN              HOLD: N

ALA STATUTE: DR 1996 000492.00        # OF COUNTS:   1
    OFFENSE: FTA/CHILD SUPPORT         WARRANT #:
     CASE #: DR 1996 000492.00
   BOND AMT: NO BOND                       FINE:        $0.00
   BAIL AMT:
INIT APPEAR: 00/00/0000           SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 07/09/2005            ARST AGENCY: LCSO
ARST OFFICR: CPL DOWDELL               COUNTY: LEE
      COURT:                            JUDGE: JACOB A. WALKER
DEF ATTORNEY:                   DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS:
--------------------------------------------------------------------------------
```

```
                              EE COUNTY SHERIFF'S OFFICE
                              INMATE RELEASE SHEET                      PAGE    1
10/22/2004    17:15:28
===============================================================================
BOOKING NO: 040005012

INMATE NAME: SANFORD JEFFERY BERNARD
      ALIAS:                                    RACE: B      SEX: M
      ALIAS:                                    HT: 6'01"   HAIR: BLK
    ADDRESS: ████████████████                   WT: 255     EYES: BRO
CITY/ST/ZIP: OPELIKA, AL 36801          COMPLEX:
 HOME PHONE: ███████████                     SSN: ███████████
        DOB: ████████    AGE:  38        DL ST: AL      DLN: ████████████
 PLCE BIRTH: INDIANAPOLLIS                   SID:
      STATE: IN                            LOCID: 3823
  M. STATUS:
   RELIGION: CHRISTIAN
 GANG ASSOC: NONE
SCARS/TATTOOS: NONE
KNOWN ENEMIES: NONE
    REMARKS: NONE
----------------------------- NEXT OF KIN ------------------------------------
NEXT OF KIN: BARBARA SANFORD              RELATIONSHIP: WIFE
    ADDRESS: SAA                                 PHONE: 000-000-0000
CITY/ST/ZIP: ,
    REMARKS:
---------------------------- EMPLOYER INFO -----------------------------------
   EMPLOYED: Y
EMPLOYER NAME: SANFORD& SON'S CONTRACTOR
    ADDRESS:
CITY/ST/ZIP: OPELIKA, AL 36801
      PHONE: 334-524-7600
------------------------------- MEDICAL --------------------------------------
HANDICAPPED: Y  NEEDS:
    GLASSES: N  SMOKE: N
MEDICAL NEEDS: N  NEEDS: N
  PHYSICIAN:                              PHONE: 000-000-0000
    REMARKS: FRACTURED WRIST,

    REMARKS: ALLERGEIC TO PENNCILLIN, WASP STINGS, BEE STINGS
    REMARKS:
------------------------------- PROPERTY -------------------------------------
       CASH:      $00.06
DESCRIPTION:
ADD. PROPERTY: BOX W/ PROPERTY
ADD. PROPERTY:
ADD. PROPERTY:
 BIN NUMBER: 76
VEH IMPOUNDED:
IMPOUND LOT:
    REMARKS:
    REMARKS:
===============================================================================
I HAVE READ THE ABOVE ACCOUNTING OF MY PERSONAL INFORMATION, MEDICAL
INFORMATION, MONEY, AND OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.

INMATE: X_____   DATE:_____   TIME:_____

BOOK OFFICER:_____  DATE: 10/22      TIME:_____
```

```
                              LEE COUNTY SHERIFF'S OFFICE
10/22/2004    17:15:28         INMATE RELEASE SHEET                    PAGE    2
================================================================================
BOOKING NO: 040005012        INMATE NAME: SANFORD JEFFERY BERNARD
================================================================================
         COURT:                      ATTORNEY ON REC:
         JUDGE:                          PHONE: 000-000-0000
       REMARKS:
       REMARKS:
--------------------------------------------------------------------------------
    BOOK DATE: 10/22/2004   BOOK TIME: 10:52   BOOK TYPE: NORMAL

  ARREST DATE: 10/22/2004            BOOKING OFFICER: BLACK
  ARREST DEPT: LCSO                  CELL ASSIGNMENT:
ARRST OFFICER: MACZEK                     MEAL CODE: 01   LEE COUNTY
PROJ. RLSDATE: 00/00/0000                  FACILITY: 01   COUNTY JAIL
 SEARCH OFFCR:                        CLASSIFICATION:
  TYPE SEARCH:                         WORK RELEASE: N
INTOX RESULTS:

        HOLDS: N
       AGENCY:              REASON:
       AGENCY:              REASON:
       AGENCY:              REASON:
       AGENCY:              REASON:

        NOTES:
        NOTES:
        NOTES:
================================================================================
 RELEASE DATE: 10/22/2004   RELEASE TIME: 17:12   # DAYS SERVED:     1

RELEASE OFFICER: MOORE D26
   RELEASE TYPE: COURT ORD RLSE
        REMARKS: REVIEW HRG 12/14/04 @ 8:30 AM
        REMARKS:
        REMARKS:
================================================================================
```

I HAVE READ THE ABOVE ACCOUNTING OF MY PERSONAL INFORMATION, MEDICAL
INFORMATION, MONEY, AND OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.

INMATE: _____ DATE: _____   TIME: _____

BOOK OFFICER: _____ DATE: 10/22   TIME: _____

```
                                  EE COUNTY SHERIFF'S OFFICE
10/22/2004    17:15:28            INMATE CHARGE SHEET                          PAGE    3
==========================================================================================
BOOKING NO: 040005012        INMATE NAME: SANFORD JEFFERY BERNARD
==========================================================================================
   CHARGE NO:   1  DISPOSITION: RELEASED            HOLD: N

ALA STATUTE: DR96-492                 # OF COUNTS:   1
    OFFENSE: C/S                     WARRANT #:
      CASE #:
   BOND AMT: 0                             FINE:        $0.00
   BAIL AMT:
INIT APPEAR: 00/00/0000           SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 10/22/2004             ARST AGENCY: LCSO
ARST OFFICR: MACZEK                      COUNTY:
      COURT:                              JUDGE: WALKER
DEF ATTORNY:                       DIST ATTORNEY:
   COMMENTS: REVIEW HRG 12/14/04 @ 8:30 AM
   COMMENTS:
   COMMENTS:
------------------------------------------------------------------------------------------
```

```
10/22/2004    10:59:15         EE COUNTY SHERIFF'S OFFIC      PAGE    1
                               INMATE BOOKING SHEET
=================================================================================
BOOKING NO: 040005012

INMATE NAME: SANFORD JEFFERY BERNARD
       ALIAS:                                    RACE: B      SEX: M
       ALIAS:                                    HT: 6'01"   HAIR: BLK
     ADDRESS:                                    WT: 255     EYES: BRO
 CITY/ST/ZIP: OPELIKA, AL 36801         COMPLEX:
 HOME PHONE:                                SSN:
        DOB:           AGE: 38           DL ST: AL      DLN:
  PLCE BIRTH: INDIANAPOLLIS                 SID:
       STATE: IN                          LOCID: 3823
  M. STATUS:
    RELIGION: CHRISTIAN
 GANG ASSOC: NONE
 SCARS/TATTOOS: NONE
 KNOWN ENEMIES: NONE
     REMARKS: NONE
 --------------------
  NEXT OF KIN: BARBARA S                  TIONSHIP: WIFE
     ADDRESS: SAA                            PHONE: 000-000-0000
 CITY/ST/ZIP: ,
     REMARKS:
 --------------------
    EMPLOYED: Y
 EMPLOYER NAME: SANFORD&
     ADDRESS:
 CITY/ST/ZIP: OPELIKA, AL 36801
       PHONE: 334-524-7600
```

| State of Alabama Unified Judicial System  Form C-42    Rev 6/88 | **ORDER OF RELEASE FROM JAIL** | Case Number  DR96-492 |

IN THE _____Circuit_____ COURT OF _____Lee_____ COUNTY

STATE OF ALABAMA     v. _____ Jeffery B. Sanford _____

TO THE JAILER WITH CUSTODY OF THE DEFENDANT

You are ordered to release from your custody the above named defendant, charged with the offense of _____
Jeffery Sanford _____

Reason for Release _____ Child support _____
_____ Review Hearing 12/14/04 @ 8:30 Am _____

Date _10/22/04_                                    By: _____

COURT RECORD (Original)    JAILER (Copy)    Judge/Clerk

INFORMATION, MONEY, AND OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.

INMATE: _____          DATE: _____    TIME: _____

BOOK OFFICER: _____    DATE: _____    TIME: _____

```
                          ΤΕ COUNTY SHERIFF'S OFFICE
                             INMATE BOOKING SHEET                    PAGE    2
10/22/2004    10:59:15
================================================================================
BOOKING NO: 040005012    INMATE NAME: SANFORD JEFFERY BERNARD
================================================================================
          COURT:                        ATTORNEY ON REC:
          JUDGE:                            PHONE: 000-000-0000
        REMARKS:
        REMARKS:
--------------------------------------------------------------------------------
     BOOK DATE: 10/22/2004  BOOK TIME: 10:52  BOOK TYPE: NORMAL

   ARREST DATE: 10/22/2004         BOOKING OFFICER: BLACK
   ARREST DEPT: LCSO               CELL ASSIGNMENT: HC3
 ARRST OFFICER: MACZEK                   MEAL CODE: 01  LEE COUNTY
PROJ. RLSDATE: 00/00/0000                 FACILITY: 01  COUNTY JAIL
  SEARCH OFFCR:                      CLASSIFICATION:
   TYPE SEARCH:                       WORK RELEASE: N
INTOX RESULTS:

        HOLDS: N
       AGENCY:                  REASON:
       AGENCY:                  REASON:
       AGENCY:                  REASON:
       AGENCY:                  REASON:

        NOTES:
        NOTES:
        NOTES:
```

```
10/22/2004    10:59:15        ᴇ COUNTY SHERIFF'S OFFICE              PAGE    3
                              INMATE CHARGE SHEET
================================================================================
BOOKING NO: 040005012      INMATE NAME: SANFORD JEFFERY BERNARD
================================================================================
   CHARGE NO:   1  DISPOSITION: OPEN              HOLD: N

ALA STATUTE: DR96-492              # OF COUNTS:   1
     OFFENSE: C/S                   WARRANT #:
       CASE #:
     BOND AMT: 0                       FINE:        $0.00
     BAIL AMT:
  INIT APPEAR: 00/00/0000         SENTENCE DATE: 00/00/0000
  RELEASE DTE: 00/00/0000
  ARREST DATE: 10/22/2004           ARST AGENCY: LCSO
  ARST OFFICR: MACZEK                    COUNTY:
        COURT:                            JUDGE: WALKER
  DEF ATTORNY:                     DIST ATTORNEY:
     COMMENTS:
     COMMENTS:
     COMMENTS:
--------------------------------------------------------------------------------
```

LEE COUNTY SHERIFF'S OFFICE
10/22/2004      10:59:17      MEDICAL SCREENING FORM                    PAGE 2
=================================================================
Booking No: 040005012   Date: 10/22/2004   Time: 10:52   Type: NORMAL
Agency to Bill: LEE COUNTY              Facility: COUNTY JAIL

Inmate Name: SANFORD JEFFERY BERNARD              Race: B        Sex: M
        DOB: ~~xx/xx/1966~~ Age:  38  ~~SSN: xxx~~   Height: 6'01"  Weight: 255
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

13.  Have you recently been hospitalized or treated by a doctor?

14.  Do you currently take any non-prescription medication or medication
     prescribed by a doctor?

15.  Are you allergic to any medication?

16.  Do you have any handicaps or conditions that limit activity?

17.  Have you ever attempted suicide or are you thinking about it now?

18.  Do you regularly use alcohol or street drugs?

19.  Do you have any problems when you stop drinking or using drugs?

20.  Do you have a special diet prescribed by a physician?

21.  Do you have any problems or pain with your teeth?

22.  Do you have any other medical problems we should know about?

_____

_____

_____

_____

_____

_____

_____

_____


I HAVE READ THE ABOVE ACCOUNTING OF MY MEDICAL ASSESSMENT AND I FIND IT TO BE
TRUE AND ACCURATE.

INMATE:_____   DATE:_____   TIME:_____

BOOK OFFICER:_____   DATE:_____   TIME:_____

```
10/22/2004    10:59:17    LEE COUNTY SHERIFF'S OFFICE    PAGE 1
                          MEDICAL SCREENING FORM
===============================================================================
Booking No: 040005012   Date: 10/22/2004   Time: 10:52   Type: NORMAL
Agency to Bill: LEE COUNTY                  Facility: COUNTY JAIL

Inmate Name: SANFORD JEFFERY BERNARD              Race: B        Sex: M
       DOB:  ▓▓▓▓▓▓▓▓ Age:  38  SSN: 3▓▓-▓▓-▓▓▓▓   Height: 6'01"  Weight: 255
```
---------------------------------------------------------------------------------

1.  Is inmate unconscious?

2.  Does inmate have any visible signs of trauma, illness, obvious pain
    and bleeding, requiring immediate emergency or doctor's care?

3.  Is there obvious fever, swollen lymph nodes, jaundice or other
    evidence of infection that might spread through the facility?

4.  Any signs of poor skin condition, vermin, rashes or needle marks?

5.  Does inmate appear to be under the influence of drugs or alcohol?

6.  Any visible signs of alcohol or drug withdrawal?

7.  Does inmate's behavior suggest the risk of suicide or assault?

8.  Is inmate carrying any medication?

9.  Does the inmate have any physical deformities?

10. Does inmate appear to have psychiatric problems?

11. Do you have or have you ever had or has anyone in your family
    ever had any of the following?

| | | |
|---|---|---|
| a. Allergies | f. Fainting Spells | k. Seizures |
| b. Arthritis | g. Hearing Condition | l. Tuberculosis |
| c. Asthma | h. Hepatitis | m. Ulcers |
| d. Diabetes | i. High Blood Pressure | n. Venereal Disease |
| e. Epilepsy | j. Psychiatric Disorder | o. Other (Specify) |

Other: _____

       _____

       _____

12. For females only:

    _____ a. Are you pregnant?

    _____ b. Do you take birth control pills?

    _____ c. Have you recently delivered?

```
                              ,EE COUNTY SHERIFF'S OFFIC.
08/13/2003     01:12:09      INMATE RELEASE SHEET                    PAGE    1
==============================================================================
BOOKING NO: 030003117

INMATE NAME: SANFORD JEFFERY BERNARD
      ALIAS:                                    RACE: B      SEX: M
      ALIAS:                                    HT: 6'01"   HAIR: BLK
    ADDRESS: ███████████#███              WT: 255    EYES: BRO
 CITY/ST/ZIP: OPELIKA, AL 36801          COMPLEX:
 HOME PHONE: ██████████              SSN: ████████████
        DOB: ██████████ AGE: 37          DL ST: AL      DLN: ███████████
 PLCE BIRTH: INDIANAPOLLIS               SID:
      STATE: IN                          LOCID: 3823
  M. STATUS:
   RELIGION: CHRISTIAN
 GANG ASSOC: NONE
SCARS/TATTOOS: NONE
KNOWN ENEMIES: NONE
    REMARKS: NONE
------------------------------ NEXT OF KIN ------------------------------------
  NEXT OF KIN: BARBARA SANFORD           RELATIONSHIP: WIFE
      ADDRESS: SAA                              PHONE: 000-000-0000
  CITY/ST/ZIP: ,
      REMARKS:
----------------------------- EMPLOYER INFO -----------------------------------
    EMPLOYED: Y
EMPLOYER NAME: SANFORD& SON'S CONTRACTOR
      ADDRESS:
  CITY/ST/ZIP: OPELIKA, AL 36801
        PHONE: 334-524-7600
-------------------------------- MEDICAL --------------------------------------
  HANDICAPPED: Y  NEEDS:
      GLASSES: N  SMOKE: N
MEDICAL NEEDS: N  NEEDS: N
    PHYSICIAN:                    PHONE: 000-000-0000
      REMARKS: FRACTURED WRIST,

      REMARKS: ALLERGEIC TO PENNCILLIN, WASP STINGS, BEE STINGS
      REMARKS:
-------------------------------- PROPERTY -------------------------------------
         CASH:      $00.00
  DESCRIPTION:
ADD. PROPERTY: PAPERS, BLK BILLFOLDER W/CONTENTS, DU-RAG, KEYS
ADD. PROPERTY:
ADD. PROPERTY:
   BIN NUMBER: 216
VEH IMPOUNDED:
  IMPOUND LOT:
      REMARKS:
      REMARKS:
==============================================================================
I HAVE READ THE ABOVE ACCOUNTING OF MY PERSONAL INFORMATION, MEDICAL
INFORMATION, MONEY, AND OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.

INMATE:                         DATE:_____  TIME:_____

BOOK OFFICER:                   DATE: 8/13/03    TIME: 1112
```

```
                              LEE COUNTY SHERIFF'S OFFICE
08/13/2003     01:12:09          INMATE RELEASE SHEET                    PAGE     2
=================================================================================
BOOKING NO: 030003117     INMATE NAME: SANFORD JEFFERY BERNARD
=================================================================================
          COURT: CIRCUIT              ATTORNEY ON REC:
          JUDGE: WALKER                       PHONE: 000-000-0000
        REMARKS:
        REMARKS:
-------------------------------------------------------------------------------
     BOOK DATE: 07/18/2003   BOOK TIME: 13:56   BOOK TYPE: NORMAL

   ARREST DATE: 07/18/2003           BOOKING OFFICER: DOWDELL S
   ARREST DEPT: LCSO                 CELL ASSIGNMENT:
ARRST OFFICER: TRANSCORE                  MEAL CODE: 01   LEE COUNTY
PROJ. RLSDATE: 00/00/0000                  FACILITY: 01   COUNTY JAIL
 SEARCH OFFCR:                        CLASSIFICATION:
  TYPE SEARCH:                         WORK RELEASE: N
INTOX RESULTS:

        HOLDS: N
       AGENCY:               REASON:
       AGENCY:               REASON:
       AGENCY:               REASON:
       AGENCY:               REASON:

        NOTES:
        NOTES:
        NOTES:
=================================================================================
   RELEASE DATE: 08/13/2003   RELEASE TIME: 01:11    # DAYS SERVED:   27

RELEASE OFFICER: COWHICK
        REMARKS: RELEASED TO KILBY
        REMARKS:
        REMARKS:
=================================================================================
I HAVE READ THE ABOVE ACCOUNTING OF MY PERSONAL INFORMATION, MEDICAL
INFORMATION, MONEY, AND OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.

INMATE:_____  DATE:_____  TIME:_____

BOOK OFFICER:_____  DATE:_____  TIME:_____
```

```
                                LEE COUNTY SHERIFF'S OFFICE
08/13/2003      01:12:09         INMATE CHARGE SHEET                      PAGE     3
=====================================================================================
BOOKING NO: 030003117      INMATE NAME: SANFORD JEFFERY BERNARD
=====================================================================================
   CHARGE NO:   1  DISPOSITION: RELEASED          HOLD: N

ALA STATUTE: DC1996-492                # OF COUNTS:   1
     OFFENSE: FTA/CHILD SUPPORT          WARRANT #:
      CASE #: DC96-000492
    BOND AMT: 0                             FINE:        $0.00
    BAIL AMT: 0
 INIT APPEAR: 00/00/0000          SENTENCE DATE: 00/00/0000
 RELEASE DTE: 08/13/2003
 ARREST DATE: 07/18/2003            ARST AGENCY: TRANSCORE
 ARST OFFICR: TRANSCORE                  COUNTY: LEE
       COURT: DISTRICT                    JUDGE: WALKER
 DEF ATTORNY:                     DIST ATTORNEY:
    COMMENTS:
    COMMENTS:
    COMMENTS: INMATE RELEASED BY D36
-------------------------------------------------------------------------------------
   CHARGE NO:   2  DISPOSITION: RELEASED          HOLD: N

ALA STATUTE: CC1992-074                # OF COUNTS:   1
     OFFENSE: FTA/TOP II                 WARRANT #:
      CASE #: CC92-000074
    BOND AMT: 0                             FINE:        $0.00
    BAIL AMT: 0
 INIT APPEAR: 00/00/0000          SENTENCE DATE: 00/00/0000
 RELEASE DTE: 08/13/2003
 ARREST DATE: 07/18/2003            ARST AGENCY: TRANSCORE
 ARST OFFICR: TRANSCORE                  COUNTY: LEE
       COURT: CIRCUIT                     JUDGE: WALKER
 DEF ATTORNY:                     DIST ATTORNEY:
    COMMENTS:
    COMMENTS:
    COMMENTS: INMATE RELEASED BY D36
-------------------------------------------------------------------------------------
   CHARGE NO:   3  DISPOSITION: RELEASED          HOLD: N

ALA STATUTE: CC1986-012                # OF COUNTS:   1
     OFFENSE: FTA ROBBERY I              WARRANT #:
      CASE #:
    BOND AMT: 0                             FINE:        $0.00
    BAIL AMT: 0
 INIT APPEAR: 00/00/0000          SENTENCE DATE: 00/00/0000
 RELEASE DTE: 08/13/2003
 ARREST DATE: 07/18/2003            ARST AGENCY: TRANSCORE
 ARST OFFICR: TRANSCORE                  COUNTY: LEE
       COURT: CIRCUIT                     JUDGE: WALKER
 DEF ATTORNY:                     DIST ATTORNEY:
    COMMENTS:
    COMMENTS:
    COMMENTS: INMATE RELEASED BY D36
-------------------------------------------------------------------------------------
```

```
                              EE COUNTY SHERIFF'S OFFIC
08/13/2003    01:12:09        INMATE CHARGE SHEET                    PAGE    4
=================================================================================
BOOKING NO: 030003117      INMATE NAME: SANFORD JEFFERY BERNARD
=================================================================================
   CHARGE NO:   4  DISPOSITION: RELEASED          HOLD: N

ALA STATUTE: CC1986-012               # OF COUNTS:   1
    OFFENSE: PAROLE VIOLATOR(ROBBERY I)   WARRANT #:
     CASE #: CC86-012
   BOND AMT: NO BOND                         FINE:       $0.00
   BAIL AMT:
INIT APPEAR: 00/00/0000            SENTENCE DATE: 00/00/0000
RELEASE DTE: 08/13/2003
ARREST DATE: 00/00/0000               ARST AGENCY:
ARST OFFICR:                              COUNTY:
      COURT:                               JUDGE:
DEF ATTORNEY:                     DIST ATTORNEY:
   COMMENTS: SENTENCED TO 17 YRS/PAROLED ON 9-9-2002
   COMMENTS:
   COMMENTS: INMATE RELEASED BY D36
---------------------------------------------------------------------------------
```

```
07/18/2003      14:15:28        EE COUNTY SHERIFF'S OFFICE        PAGE    1
                                 INMATE BOOKING SHEET
===============================================================================
BOOKING NO:  030003117

INMATE NAME:  SANFORD JEFFERY BERNARD
      ALIAS :                                    RACE: B      SEX: M
      ALIAS :                                      HT: 6'01"  HAIR: BLK
    ADDRESS :                    10               WT: 255     EYES: BRO
CITY/ST/ZIP :  OPELIKA, AL 36801           COMPLEX:
 HOME PHONE :                                     SSN:
        DOB :              5   AGE:  37          DL ST: AL    DLN: 3
  PLCE BIRTH:  INDIANAPOLLIS                      SID:
                                                LOCID: 3823
```

| STATE OF ALABAMA UNIFIED JUDICIAL SYSTEM LEE COUNTY FORM CC-30 | COMMITTAL TO CUSTODY | CASE NUMBER |
|---|---|---|

CASE NUMBER: *Cl − 86 012, 92 − 074*
ID  YR  Case No.

*State of Alabama*
PLAINTIFF,

VS.

*Jeffrey Sanford*
DEFENDANT.

\*  \*  \*  \*  \*  \*  \*  \*

IN THE *CIRCUIT* COURT OF

LEE COUNTY, ALABAMA

CASE NO. *CC-86-012, 92-074*

The defendant, *Jeffrey Sanford* is

hereby committed to the custody of the Sheriff of Lee County, Alabama for:

*Hold without bond pending Parole Hearing on CC-86-012, if Parole Hearing is found in favor of Def., then purge will be set @ $500.00*
*Review 8/7/03 @ 8 am*

Defendant's bond is hereby set at $ *0* .

DONE this the 21st day of *July*, 2003.

*J. Crane*
JUDGE

```
  BIN NUMBER:  WHIT BAG
VEH IMPOUNDED:
  IMPOUND LOT:
     REMARKS:
     REMARKS:
===============================================================================
I HAVE READ THE ABOVE ACCOUNTING OF MY PERSONAL INFORMATION, MEDICAL
INFORMATION, MONEY, AND OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.

INMATE:                          DATE:            TIME:

BOOK OFFICER:                    DATE:            TIME:
```

```
                          EE COUNTY SHERIFF'S OFFICE
07/18/2003    14:15:28      INMATE BOOKING SHEET                    PAGE    2
==============================================================================
BOOKING NO: 030003117    INMATE NAME: SANFORD JEFFERY BERNARD
==============================================================================
         COURT: CIRCUIT              ATTORNEY ON REC:
         JUDGE: WALKER                    PHONE: 000-000-0000
       REMARKS:
       REMARKS:
------------------------------------------------------------------------------
   BOOK DATE: 07/18/2003  BOOK TIME: 13:56  BOOK TYPE: NORMAL

   ARREST DATE: 07/18/2003         BOOKING OFFICER: DOWDELL S
   ARREST DEPT: LCSO               CELL ASSIGNMENT: F3
 ARRST OFFICER: TRANSCORE              MEAL CODE: 01   LEE COUNTY
 PROJ. RLSDATE: 00/00/0000              FACILITY: 01   COUNTY JAIL
 SEARCH OFFCR:                     CLASSIFICATION:
  TYPE SEARCH:                      WORK RELEASE: N
INTOX RESULTS:


       HOLDS: N
      AGENCY:              REASON:
      AGENCY:              REASON:
      AGENCY:              REASON:
      AGENCY:              REASON:


      NOTES:
      NOTES:
      NOTES:
```

```
                          LEE COUNTY SHERIFF'S OFFICE
07/18/2003    14:15:28          INMATE CHARGE SHEET                    PAGE    3
================================================================================
BOOKING NO: 030003117     INMATE NAME: SANFORD JEFFERY BERNARD
================================================================================
    CHARGE NO:  1  DISPOSITION: OPEN              HOLD: N

ALA STATUTE:                        # OF COUNTS:   1
     OFFENSE: FTA/CHILD SUPPORT        WARRANT #:
      CASE #: DC96-000492
   BOND AMT: 0                           FINE:        $0.00
   BAIL AMT: 0
INIT APPEAR: 00/00/0000            SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 07/18/2003             ARST AGENCY: TRANSCORE
ARST OFFICR: TRANSCORE                   COUNTY: LEE
      COURT: DISTRICT                     JUDGE: WALKER
DEF ATTORNY:                       DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS:
--------------------------------------------------------------------------------
    CHARGE NO:  2  DISPOSITION: OPEN              HOLD: N

ALA STATUTE:                        # OF COUNTS:   1
     OFFENSE: FTATOPII                  WARRANT #:
      CASE #: CC92-000074
   BOND AMT: 0                           FINE:        $0.00
   BAIL AMT: 0
INIT APPEAR: 00/00/0000            SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 07/18/2003             ARST AGENCY: TRANSCORE
ARST OFFICR: TRANSCORE                   COUNTY: LEE
      COURT: CIRCUIT                      JUDGE: WALKER
DEF ATTORNY:                       DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS:
--------------------------------------------------------------------------------
    CHARGE NO:  3  DISPOSITION: OPEN              HOLD: N

ALA STATUTE:                        # OF COUNTS:   1
     OFFENSE: FTA ROBBERY I             WARRANT #:
      CASE #:
   BOND AMT: 0                           FINE:        $0.00
   BAIL AMT: 0
INIT APPEAR: 00/00/0000            SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 07/18/2003             ARST AGENCY: TRANSCORE
ARST OFFICR: TRANSCORE                   COUNTY: LEE
      COURT: CIRCUIT                      JUDGE: WALKER
DEF ATTORNY:                       DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS:
--------------------------------------------------------------------------------
```

```
                            EE COUNTY SHERIFF'S OFFICE
07/18/2003      14:15:28        INMATE CHARGE SHEET                    PAGE    4
================================================================================
BOOKING NO: 030003117      INMATE NAME: SANFORD JEFFERY BERNARD
================================================================================
```

LEE COUNTY SHERIFF'S OFFICE
MEDICAL SCREENING FORM

07/18/2003    14:15:30                                        PAGE 1
==================================================================
Booking No: 030003117  Date: 07/18/2003  Time: 13:56  Type: NORMAL
Agency to Bill: LEE COUNTY           Facility: COUNTY JAIL

Inmate Name: SANFORD JEFFERY BERNARD        Race: B      Sex: M
      DOB: ██/██/████ Age: 37  SSN: ███████████  Height: 6'01"  Weight: 255
------------------------------------------------------------------

1.  Is inmate unconscious?

2.  Does inmate have any visible signs of trauma, illness, obvious pain
    and bleeding, requiring immediate emergency or doctor's care?

3.  Is there obvious fever, swollen lymph nodes, jaundice or other
    evidence of infection that might spread through the facility?

4.  Any signs of poor skin condition, vermin, rashes or needle marks?

5.  Does inmate appear to be under the influence of drugs or alcohol?

6.  Any visible signs of alcohol or drug withdrawal?

7.  Does inmate's behavior suggest the risk of suicide or assault?

8.  Is inmate carrying any medication?

9.  Does the inmate have any physical deformities?

10.  Does inmate appear to have psychiatric problems?

11.  Do you have or have you ever had or has anyone in your family
     ever had any of the following?

____ a. Allergies    ____ f. Fainting Spells    ____ k. Seizures

____ b. Arthritis    ____ g. Hearing Condition  ____ l. Tuberculosis

____ c. Asthma       ____ h. Hepatitis          ____ m. Ulcers

____ d. Diabetes     ____ i. High Blood Pressure ____ n. Venereal Disease

____ e. Epilepsy     ____ j. Psychiatric Disorder ____ o. Other (Specify)

Other: ~~Broken~~ Fractured wrist / rt.

12.  For females only:

____ a. Are you pregnant?

____ b. Do you take birth control pills?

____ c. Have you recently delivered?

```
                          LEE COUNTY SHERIFF'S OFFICE
07/18/2003    14:15:30    MEDICAL SCREENING FORM                  PAGE 2
===============================================================================
Booking No: 030003117  Date: 07/18/2003  Time: 13:56  Type: NORMAL
Agency to Bill: LEE COUNTY                Facility: COUNTY JAIL

Inmate Name: SANFORD JEFFERY BERNARD              Race: B       Sex: M
     DOB: ████████ Age:  37  SSN: ███████████  Height: 6'01"  Weight: 255
-------------------------------------------------------------------------------
```

✓  13.  Have you recently been hospitalized or treated by a doctor?

✓  14.  Do you currently take any non-prescription medication or medication
        prescribed by a doctor?  *IBUPROFEN 800 MG.*

✗  15.  Are you allergic to any medication?

✗  16.  Do you have any handicaps or conditions that limit activity?

N  17.  Have you ever attempted suicide or are you thinking about it now?

N  18.  Do you regularly use alcohol or street drugs?

✓  19.  Do you have any problems when you stop drinking or using drugs?

✓  20.  Do you have a special diet prescribed by a physician?

N  21.  Do you have any problems or pain with your teeth?

✓  22.  Do you have any other medical problems we should know about?

        *Penillicin*
        *Temp. Frac. Rt wrist*

I HAVE READ THE ABOVE ACCOUNTING OF MY MEDICAL ASSESSMENT AND I FIND IT TO BE
TRUE AND ACCURATE.

INMATE: _____  DATE:_____  TIME:_____

BOOK OFFICER: _____  DATE:_____  TIME:_____

_Inmate File_

## LEE COUNTY SHERIFF'S DEPARTMENT
## SPECIAL REPORT

OCA# 3823

Subject: _INMATE JEFFERY BERNARD SANFORD_ Opelika, AL _4/25/2006_

To the Sheriff of Lee County:

To Tight

I report the following _INMATE JEFFERY SANFORD CLAIMING LEG IRONS WERE_ which

occurred at _2010_ o'clock this _P_ M. at _LEE COUNTY DETENTION CENTER_

Below give full-particulars, together with name of principals and witness and their address

ON OR AROUND THE ABOVE DATE AND TIME, OFC. PHILLIPS 43D48
OFC. LIBERSAT 43D23, CPL. COBB 43D21, AND SGT. THREAT 43D17
WERE ON F-WING GATHERING INMATES FOR LAW LIBRARY AFTER
OPENING CELL BLOCK F-4, INMATE JEFFERY SANFORD ENTERED THE
HALLWAY AND WAS INSTRUCTED TO FACE THE WALL BY OFC. PHILLIPS.
OFC. PHILLIPS    PLACED THE RIGHT LEG IRON AROUND HIS RIGHT
ANKLE FIRST. OFC. PHILLIPS THEN PLACED THE LEFT LEG IRON
AROUND HIS LEFT ANKLE. INMATE JEFFERY SANFORD TOLD OFC.
PHILLIPS THAT THE LEFTSIDE WAS TO TIGHT. OFC. PHILLIPS LEANED
OVER TO CHECK THE LEG IRONS BY SLIDING HIS THUMB BETWEEN
THE LEG AND THE LEG IRON, JUST LIKE OFC. PHILLIPS WAS
INSTRUCTED TO DO AT THE 80 HOUR JAIL MANAGEMENT ACADEMY
THAT OFC. PHILLIPS ATTENDED IN JANUARY. INMATE JEFFERY SANFORD
TOLD SGT. THREAT THAT THE LEFT LEG IRON WAS TO TIGHT, SGT.
THREAT LEANED OVER TO CHECK BY SLIDING HIS THUMB BETWEEN
THE LEG AND THE LEG IRON, SGT. THREAT INFORMED INMATE JEFFERY
SANFORD THAT IT WAS NOT TIGHT AND INSTRUCTED INMATE JEFFERY
SANFORD TO FALL IN LINE WITH THE OTHER INMATES. INMATE JEFFERY
SANFORD REFUSED TO WALK UNLESS THE LEG IRONS WERE LOSSENED UP.
SGT. THREAT ADVISED HIM THAT IF HE DID NOT GO, HE WAS GOING
BACK INTO THE CELL. INMATE JEFFERY SANFORD STILL REFUSED SO
OFC. PHILLIPS TOOK THE LEG IRONS OFF AND INSTRUCTED INMATE
JEFFERY SANFORD TO GO BACK INTO THE CELL. A SPECIAL REPORT
WAS TAKEN AND SUBMITTED. NO FURTHER ACTIONS WERE TAKEN

RESPECTIVELY SUBMITTED BY
MATTHEW PHILLIPS
OFFICER    43D48
CORRECTIONS DIVISION

Reported by: _____

Address: _____  Phone: _____

Complaint received by: _____  How: _____

Assigned to: _____  _____



Front

STATE OF ALABAMA

CBR4.

DEPARTMENT OF CORRECTIONS

JUL 30 2

CENTRAL RECORDS DIVISION
1400 LLOYD STREET
P.O. BOX 301501
MONTGOMERY, ALABAMA 36130-1501
(334) 240-9500

JUL 24, 2003

TO:  MILES-PRUITT, CAROLYN          RE: SANFORD, JEFFREY BERNARD
2311 GATEWAY DR                     DOB: 1▊▊▊▊▊5 R/S: BM AIS #: 00143572
OPELIKA      AL  36801

DEAR SIR/MADAM:

ENCLOSED IS OUR FUGITIVE WARRANT, FINGERPRINTS AND PHOTOGRAPH OF THE ABOVE NAMED
PAROLE VIOLATOR.  THE STATE BOARD OF PARDONS AND PAROLES HAS CAUSE TO BELIEVE
THAT THE ABOVE NAMED PAROLED PRISONER HAS LAPSED, OR IS ABOUT TO LAPSE, INTO
CRIMINAL WAYS OR COMPANY, OR HAS VIOLATED CONDITIONS OF HIS PAROLE IN AN IMPOR-
TANT RESPECT ON JUL 18, 2003, AND IS NOW WANTED BY THIS DEPARTMENT.  PLEASE USE
OUR WARRANT AS A DETAINER.  WE WILL EXTRADITE.

IF OUR FUGITIVE WARRANT IS NOT EXECUTED WITHIN SIXTY (60) DAYS, PLEASE RETURN
SAME TO THIS OFFICE.

FOR COORDINATION OR INQUIRIES REGARDING THIS CASE, PLEASE CONTACT:  ASST. DIR.,
INMATE RECORDS ADMINISTRATION, AT THE ABOVE ADDRESS OR TELEPHONE NUMBER.

THANKING YOU FOR YOUR COOPERATION IN THIS MATTER OF MUTUAL INTEREST, I AM

VERY TRULY YOURS,

Donal Campbell

DONAL CAMPBELL, COMMISSIONER
ALABAMA DEPARTMENT OF CORRECTIONS

ENCLOSURES

# STATE OF ALABAMA

## DEPARTMENT OF CORRECTIONS

### FUGITIVE WARRANT

TO:  ANY PEACE OFFICER.

1.  WHEREAS SANFORD, JEFFREY BERNARD     , SERIAL NUMBER 00143572 , WAS CONVICTED OF THE OFFENSES SPECIFIED ON PAGE 2 OF THIS WARRANT.       THAT THE SAID CONVICT WAS SENTENCED TO IMPRISONMENT IN THE ALABAMA STATE PENITENTIARY FOR A TERM OF 17 YEARS,  0 MONTHS, AND  0 DAYS; THAT THE SAID CONVICT WAS THEREUPON CONFINED IN SAID PENITENTIARY IN ACCORDANCE WITH SAID SENTENCE: THAT THE SAID CONVICT THEREAFTER AND TO WIT:  ON THE  9TH DAY OF SEP, 2002, THE SAID CONVICT WAS PAROLED BY THE STATE BOARD OF PARDONS AND PAROLES, PENDING GOOD BEHAVIOR: THEN ON THE 18TH DAY OF JUL, 2003, THE STATE PARDONS AND PAROLE BOARD, HAVING REASONABLE CAUSE TO BELIEVE THAT SAID PRISONER HAS LAPSED, OR IS ABOUT TO LAPSE, INTO CRIMINAL WAYS OR COMPANY OR HAS VIOLATED CONDITIONS OF HIS PAROLE IN AN IMPORTANT RESPECT, ORDERED SAID PAROLEE ARRESTED AND RETURNED TO THE CONFINE OF THE PENITENTIARY TO APPEAR BEFORE THE STATE BOARD OF PARDONS AND PAROLES WHO WILL DETERMINE THE PAROLE STATUS OF SAID PAROLEE.

2.  WHEREFORE, THE UNDERSIGNED OF THE DEPARTMENT OF CORRECTIONS BY VIRTUE OF THE AUTHORITY CONFERRED UPON HIM BY THE STATE OF ALABAMA, DOES HEREBY AUTHORIZE AND DIRECT YOU TO RETAKE THE SAID PAROLE VIOLATOR WHEREVER  HE MAY BE FOUND, FOR HIS RETURN TO THE SAID STATE DEPARTMENT OF CORRECTIONS, SITUATED IN MONTGOMERY IN THE STATE OF ALABAMA.

IN TESTIMONY THEREOF, I HAVE HEREUNTO SET MY HAND AND THE SEAL OF THE DEPARTMENT OF CORRECTIONS THIS 24TH DAY OF JUL, 2003.

DONAL CAMPBELL, COMMISSIONER
ALABAMA DEPARTMENT OF CORRECTIONS

PLEASE COMPLETE THE SECTION BELOW AND DELIVER TO AGENT(S) RECEIVING PRISONER.

==================================================================================

STATE OF             COUNTY OF            THIS WRIT CAME TO HAND            ,
AND NOTIFYING THE STATE DEPARTMENT OF CORRECTIONS BY WIRE THAT THE PRISONER WAS AVAILABLE FOR TRANSFER TO THE STATE OF ALABAMA, DEPARTMENT OF CORRECTIONS, AND THAT EXTRADITION WAS    /WAS NOT    NECESSARY.

THE ABOVE LISTED CONVICT NAMED IN THIS WRIT WAS DELIVERED TO
                                   , AGENT(S) OF THE STATE DEPARTMENT OF
CORRECTIONS ON         , 20   FOR REMOVAL TO THE STATE OF ALABAMA.

     ARRESTING OFFICER                              IDENTIFICATION OFFICER

RECEIVED OF
NAMED IN THIS WRIT.  THIS THE       , AGENT(S) THE CONVICT, AIS # 00143572 ,
                              DAY OF        , 20  .