# Exhibit G
# Affidavit of Ray Roberson

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JEFFERY B. SANFORD, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) Civil Action No. 3:06-cv-00327-MHT-DRB |
| JAY JONES, et al. | ) ) ) |
| Defendants. | ) ) |

### AFFIDAVIT OF RAY ROBERSON

| | |
|---|---|
| STATE OF ALABAMA | ) |
| | ) |
| COUNTY OF LEE | ) |

**BEFORE ME**, the undersigned authority and Notary Public in and for said County and State at large, personally appeared Ray Roberson, who being known to me and being by me first duly sworn on oath deposes and says as follows:

1. My name is Ray Roberson. I am over the age of nineteen and competent to execute this affidavit.

2. I am employed with the Lee County Sheriff's Department and serve as Assistant Jail Administrator at the Lee County Detention Facility. I have worked in the Lee County Detention Facility for twenty-three years and have obtained the rank of Lieutenant. One of my duties is to oversee the Lee County Detention Facility meal program.

3. I am familiar with the Plaintiff Jeffery B. Sanford due to his incarceration in the Lee County Detention Facility.

4.   I state affirmatively that I neither acted, nor caused anyone to act, in such a manner as to deprive the Plaintiff of any right to which he was entitled.

5.   It is the policy of the Lee County Sheriff's Office that inmates incarcerated in the Lee County Detention Center are provided with a nutritionally adequate diet.

6.   Inmates are served three meals each day at regularly scheduled times. At least two of these meals are hot and there is no more than 14 hours between the evening meal and breakfast.

7.   All meals are served at the appropriate temperature as soon as possible after they are prepared.

8.   Consideration is given to texture, color, flavor and appearance in food preparation.

9.   The Lee County Detention Facility menus are reviewed regularly by a registered dietician to ensure that inmates are provided with a nutritionally adequate diet.

10.   All beans and peas that are served to inmates at the Lee County Detention Facility are fully cooked.

11.   Each inmate is served nutritionally adequate servings of each item on the menu. Four ounce serving utensils are used to ensure that each inmate receives an adequate serving of each food item.

12.   I have complied with all policies and procedures of the Lee County Detention Facility. I am not aware of nor have I authorized or allowed any deviation from said policies and procedures.

13. I swear, to the best of my present knowledge and information that the above statements are true, that I am competent to make this affidavit and that the above statements were made by drawing from my personal knowledge of the situation.

_____
RAY ROBERSON

**SWORN TO** and **SUBSCRIBED** before me this __1__ day of August, 2006.

_____
NOTARY PUBLIC
My Commission Expires: __3-7-09__

3