# Exhibit H
# Inmate File, Special Report
# dated April 5, 2006

## LEE COUNTY SHERIFF'S DEPARTMENT
## SPECIAL REPORT

Subject: I/M Jeffery Sanford                                    Opelika, AL  5-Apr-06

To the Sheriff of Lee County:

I report the following    I/M Sanford Saying Beans were not cooked

_____ which occurred at ____ 16:45 o'clock

this _____ P M. at    LCDC

Below give full-particulars, together with name of principals and witness and their address

On the above date and time, I (Sgt Parquette) Reported to F-4 on a possible complaint. About the trays. When I arrived I/M Jeffrey Sanford can to the vestibule bars and explained how the beans were not done. I/M Sanford (3823-locid) then took a bean and bounced it, it seemed to be un-cooked I informed I/M Sanfrod I would check on it. I asked the Officers serving wings if they had any problem with un-cooked beans. All other cells and wings had no problems. I/M Sanford never complained to anyone aout his tooth until 4/14/06

Submitted By:
SGT. Tim PArquette
Blue DAys.

Reported by: _____

Address: _____    Phone: _____

Complaint received by: _____

Assigned to: _____