# Exhibit I
# Inmate Medical File of Jeffrey B. Sanford

# NOTES

NAME: Sanford, Jeffery          SS# ▓▓▓▓▓▓▓▓▓▓

DOB: ▓▓▓▓▓▓▓   AGE: 40   SEX: M   RACE: B

DRUG ALLERGIES: PCN, bee stings          TETNUS: _____

NATURE OF PROBLEM OR REQUEST: per IM's request

_____

_____

I CONSENT TO BE TREATED BY HEALTH STAFF FOR THE CONDITION DESCRIBED.

_____
SIGNATURE

---

## HEALTH CARE DOCUMENTATION                    23 JR

SUBJECTIVE:

OBJECTIVE:       BP_____ P_____ R_____ T_____ O2_____

ASSESSMENT:

PLAN:

Naprox 500 Bid x 20

REFER TO:_____ PA/PHYSICIAN_____ MENTAL HEALTH_____ DENTAL_____

SIGNATURE_____ TITLE _M__ DATE_____ TIME 0920

JOHN H MCFARLAND MD
AMB 104894
AL 11404

# NOTES

NAME: _Sanford, Jeffery_____ SS# ████████████

DOB: ████████  AGE: _40_ SEX: _m_ RACE _B_

DRUG ALLERGIES: _PCN, bee stings_____ TETNUS: _____

NATURE OF PROBLEM OR REQUEST: _boil vs staph_____

_____

_____

I CONSENT TO BE TREATED BY HEALTH STAFF FOR THE CONDITION DESCRIBED.

_____
SIGNATURE

_____

## HEALTH CARE DOCUMENTATION

SUBJECTIVE:                                         ∂ 22ʳ
                                                     6'

OBJECTIVE: BP _____ P _____ R _____ T _____ O2 _____

ASSESSMENT:


06/20/06    **Lee County Detention Center**    **Jeffery Sanford**    **#310809095**
This 40 YOBM has two problems.
**Physical Exam:** He had an abscess or cellulitis on his left buttock that has cleared up nicely with
Septra. He also has a right mouth sore tooth. He is scheduled for oral surgery. He has a carious
lower wisdom as well as impacted upper and lower wisdom teeth.
**Impression:** Healing Staph cellulitis of the left buttock; impacted wisdom teeth.
**Plan:** Naprosyn 500 mg b.i.d. #14. He is finished with the Septra now for a week. Recheck prn.




PLAN:

Naprosyn 500  BJ #14

REFER TO: _____ PA/PHYSICIAN ____ MENTAL HEALTH ___(DENTAL)___

SIGNATURE _____ TITLE _MD_ DATE _6/20-6_ TIME _0930_

(M Carivino)

# NOTES

NAME: _Sanford  Jeffery_    SS# ███████████

DOB: ████████    AGE: _37 yo_    SEX: _M_    RACE: _B_

DRUG ALLERGIES: _PCN, Wasps Bee's_    TETNUS: _____

NATURE OF PROBLEM OR REQUEST: _Eval. / D. Brady_
_Need Medical  Clearance_

_____

I CONSENT TO BE TREATED BY HEALTH STAFF FOR THE CONDITION DESCRIBED.

_____
SIGNATURE

## HEALTH CARE DOCUMENTATION

SUBJECTIVE:

OBJECTIVE:    BP_____ P_____ R_____ T_____ O2_____

ASSESSMENT:

**05/31/06    Lee County Detention Center    Jeffery Sanford    #310809095**
This 40 YOBM told the oral surgeon's nurse that he had "fluid built up around the chest cavity".
He tells me that it "was just a cold". He went to the ER at EAMC. He said he wasn't put on any
medicine or sent for follow up anywhere. He has had no problem with it.
**Physical Exam:** He is uncomfortable and he wants to get his teeth taken out. HEART: Regular
without murmur. LUNGS: Clear; he has no distress at all.
**Impression:** _____.
**Plan:** I will indicate on the chart that he is medically cleared for oral surgery. He can have
Tylenol or Motrin occasionally as needed. Recheck as needed.

PLAN:    Medically  clear  for  oral surgery.

REFER TO:_____ PA/PHYSICIAN_____ MENTAL HEALTH_____ DENTAL_____

SIGNATURE _____ TITLE _MD_ DATE _5-31-06_ TIME _0920_
JOHN H MCFARLAND MD
AM8104894
AL11404

NOTES

NAME: Sanford, Jeffery    SS# ████████████

DOB: ████████    AGE: 37    SEX: M    RACE: B

DRUG ALLERGIES: PCN, wasps + bee stings    TETNUS: _____

NATURE OF PROBLEM OR REQUEST: eval ⓑ Dr. Grady
yesterday. Dr. King refered to have eval.

Tracy Kazziah  749-3436    fax #

I CONSENT TO BE TREATED BY HEALTH STAFF FOR THE CONDITION DESCRIBED.

_____
SIGNATURE

---

HEALTH CARE DOCUMENTATION

SUBJECTIVE: ✳ Phone Call ✳

OBJECTIVE: BP_____ P_____ R_____ T_____ O2_____

ASSESSMENT: Dr. Grady says has to be OK'd by Internist or Cardiologist. Written Medical Clearance. Then they can put him under + remove teeth (2)

PLAN: one on top + 3rd molars. (Impacted) will have to be sedated.

REFER TO:_____ PA/PHYSICIAN_____ MENTAL HEALTH_____ DENTAL_____

SIGNATURE ___Griffith___  TITLE LPN  DATE 5/24/06  TIME 8⁴⁰ Am

NOTES

NAME: Sanford, Jeffery     SS# ▓▓▓▓▓▓

DOB: ▓▓▓▓▓     AGE: 37     SEX: M     RACE: B

DRUG ALLERGIES: PCN, Wasps/bee Stings     TETNUS: _____

NATURE OF PROBLEM OR REQUEST: for tooth eval ?
Swollen glands

I CONSENT TO BE TREATED BY HEALTH STAFF FOR THE CONDITION DESCRIBED.

SIGNATURE

## HEALTH CARE DOCUMENTATION

**04/11/06     Lee County Detention Center     Jeffrey Sanford     #▓▓▓▓▓**
This 37 YOBM broke his right lower wisdom tooth last month. He went to see the dentist because he had a dental abscess with it. He is on some Keflex, which has helped. **He is allergic to Penicillin.**
**Physical Exam:** Alert, no distress. He does have impacted wisdom tooth. He has a lot of masseter muscle spasm and swelling and tenderness. Mouth and throat otherwise clear. TM's and ear canals are clear. HEART: Regular. LUNGS: Clear; no respiratory distress.
**Impression:** Impacted wisdom broken wisdom tooth with abscess.
**Plan:** Flagyl 500 mg b.i.d. #10, Naprosyn 500 mg b.i.d. #14, and Flexeril 10 mg b.i.d. #14. Follow up with the dentist as per their recommendations. Recheck prn.
**Addendum:** He also has a bruise on his left leg proximal calf medial aspect. There is a tender vein valve just about that with a little edema just distal to it. There is no redness or inflammation. I told him it would get better with the anti-inflammatory medicine as well.
**Addendum:** He wanted to make a big deal about whether it was the jail's _____ that caused this problem. I told him it sounded like it was a problem that was pre-existing and was just wanting for him to bite down on anything for the rotted tooth to break and cause the resulting problem. He seems very unhappy about being in the jail and having this problem. I referred him to the administrative staff.

Flagyl 500 BID #10
Naprosyn 500 BID #14.
Flexeril 10 BID #14

REFER TO: _____ PA/PHYSICIAN _____ MENTAL HEALTH _____ DENTAL _____

SIGNATURE _____ JOHN H MCFARLAND MD     TITLE MD     DATE 4-11-06     TIME 1011
AM8104894
AL 11404     04/25/06 appt = Oral Surgeon
early appt. May 23rd 10 am
-JS

# NOTES

NAME: Sanford, Jeffery    SS# 3▆▆▆▆▆▆

DOB: ▆▆▆▆▆    AGE: 37    SEX: M    RACE: B

DRUG ALLERGIES: PCN, wasps, bee stings    TETNUS: _____

NATURE OF PROBLEM OR REQUEST: Sent request for TAO for
Scar; c/o broken tooth & pain

I CONSENT TO BE TREATED BY HEALTH STAFF FOR THE CONDITION DESCRIBED.

_____
SIGNATURE

## HEALTH CARE DOCUMENTATION

SUBJECTIVE: A+0x3. responsive & cooperative

OBJECTIVE: BP 118/84 P 66 R 18 T 99.0 O2 97%

ASSESSMENT: broke back molar on (L) side on 25th;
has swollen lymph nodes on both sides of jaw,
with tenderness. Tooth broken & noted black @
gum line. Gums swollen & tender. Call placed
to Dr. King's office. Orders rcvd for ABx of Keflex
500mg TID (ī q AM & ii q pm) & Motrin for pain
& send pt on Friday c others. Ear canals
full of thick, black crusty wax also Bilaterally.

PLAN: ABx Keflex 500mg ī PO admin now & Motrin 400mg
Admin po now. Ear canals Bilat flushed. To
return in 2 days to repeat if no better.

REFER TO: _____ PA/PHYSICIAN _____ MENTAL HEALTH _____ (DENTAL)

SIGNATURE _____ TITLE LPN DATE 4/4/06 TIME 2:45 pm

# NOTES

NAME: _Sanford, Jeffry_      SS# ████████████

DOB: _████████_  AGE: _37_  SEX: _M_  RACE: _B_

DRUG ALLERGIES: _Ø_                    TETNUS: _____

NATURE OF PROBLEM OR REQUEST: _Follow-up to medical Records_

_____

_____

I CONSENT TO BE TREATED BY HEALTH STAFF FOR THE CONDITION DESCRIBED.

_____
SIGNATURE

---

## HEALTH CARE DOCUMENTATION

SUBJECTIVE:

OBJECTIVE:      BP_____ P_____ R_____ T_____ O2_____

ASSESSMENT:

IN COURT

PLAN:   inmate not here

REFER TO:_____  PA/PHYSICIAN_____  MENTAL HEALTH_____  DENTAL_____

SIGNATURE _JOHN H McFARLAND MD_  TITLE _MD_  DATE _2-22-06_  TIME _0908_
AM8104894
AL 11404

Noted 2/22/06

2/27/06 reprint

# NOTES

NAME: *Sanford, Jeffery*    SS# ████████

DOB: ████████    AGE: 37    SEX: m    RACE: B

DRUG ALLERGIES: ∅    TETNUS: _____

NATURE OF PROBLEM OR REQUEST: *Multi cís also drug*

*Withdrawal,*

I CONSENT TO BE TREATED BY HEALTH STAFF FOR THE CONDITION DESCRIBED.

_____
SIGNATURE

## HEALTH CARE DOCUMENTATION

*220+*
*6'1"*

SUBJECTIVE: _____

OBJECTIVE:    BP_____ P_____ R_____ T_____ O2_____

#█████████

ASSESS  02/08/06    **Lee County Detention Center**    **Jeffrey Sanford**

This 37 YOBM had a lot of trouble with his stomach over the years. He has used Levsin in the past and would like to have his family bring that to him. He says it is prescribed by Dr. Klinner. He says he is due for having an endoscopy. Actually he tells me that he hasn't taken the Levsin for a while that he has been treating himself with crack cocaine and methamphetamines. He has been in the jail and off of his drugs for about a week. He has had some loose stools. He also shows me his dry feet and tells me that he has some backache. He is overweight. He is pleasant. HEART:

**Physical Exam:** Alert, comfortable gait observed. He is overweight. He is pleasant. HEART: Regular. LUNGS: Clear. ABDOMEN: Soft and nontender. SKIN: He shows me scars in each lateral chest wall where he apparently had armpit surgery done for gland trouble. His underarms themselves look clear.

**Impression:** He looks like he is in good health other than being overweight. I told him that his bowel trouble may clear up just being off the dope.

**Plan:** We will see how he does. We will check him back in a month or sooner as needed particularly if he complains of any blood in his stools, etc. We will get medical records. Levsin prn but I told him that he may not need it.

PLAN:    *medical records,*

*Levsin prn*

REFER TO:_____ PA/PHYSICIAN_____ MENTAL HEALTH_____ DENTAL_____

SIGNATURE ~~JOHN H MCFARLAND MD~~
AM810 4894
AL 11404

TITLE *M*    DATE *2-8-06*    TIME *0918*

# NOTES

NAME: _Sanford, Griffin_     SS# _████████_

DOB: _████_     AGE: _37_     SEX: _M_     RACE: _B_

DRUG ALLERGIES: _Ø_     TETNUS: _____

NATURE OF PROBLEM OR REQUEST: _Multi. C/o drug use_
_abd problem etc._

I CONSENT TO BE TREATED BY HEALTH STAFF FOR THE CONDITION DESCRIBED.

_____
SIGNATURE

## HEALTH CARE DOCUMENTATION

SUBJECTIVE:

OBJECTIVE:     BP _112/74_ P _64_ R _20_ T _____ O2 _98%_

ASSESSMENT: _alert & oriented Skin BS 129_
_Warm & dry to touch color good I/m_
_C/o drug withdrawal from "Codeine & meth"_
_Loss App abd pain on meds Ø ū him_

PLAN: _Robitussin Syrup, See MD eat all food_
_up fluids_

REFER TO: _____ (PA/PHYSICIAN) _____ MENTAL HEALTH _____ DENTAL _____

SIGNATURE _Stewart_ _____ TITLE _Pr_ _____ DATE _2/7/06_ TIME _1450_

SS# ███████████

NAME _Sanford, Jeffery_    DOB ███ AGE _37_ SEX _M_ RACE _B_

DRUG ALLERGIES _Ø_    TETANUS ____

NATURE OF PROBLEM OR REQUEST _Assessment of old wrist injury on Street 5-6 wks ago._

I CONSENT TO BE TREATED BY HEALTH STAFF FOR THE CONDITION DESCRIBED.

SIGNATURE ____

**********************************************************************

HEALTH CARE DOCUMENTATION

SUBJECTIVE:

OBJECTIVE: BP _126/10_ P ____ R ____ T ____

ASSESSMENT: _Alert & responsive. Skin warm & dry to touch. Color good. I/m has old injury to lt wrist c̄ ↑ deform metacarpal area c̄ wing on it moving fingers well c̄ good capillary refill. Ø acute distress._

PLAN: _F/m signed release for records. But signed. They T/P Slat Hosp. Ø problem don't need see Jap NP. Will wrt back ī needed. ano metac area._

REFER TO: ____ PA/PHYSICIAN ____ MENTAL HEALTH ____ DENTAL ____

SIGNATURE _[signature]_    TITLE _LPN_ DATE _7/19/63_ TIME _0945_

# MEDICATION SHEET - ADMINISTRATION RECORD

June 2006

P & L FORMS #3021 *(for A03 print programs)*

| Medications | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Motrin 400 mg po BID x 5 days 6/13/06 | 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 2100 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Septra DS i po BID x 7 days 6/13/06 | 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | Complete | | |
| | 2000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Naprosyn 500mg BID #14 6/20/06 | 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 2100 | | | | | | | | | | | | | | | | | | | | | | | Complete | | | | | | | | |

| | 1 | 1 | 2 | 2 | 3 | 3 | 4 | 4 | 5 | 5 | 6 | 6 | 7 | 7 | 8 | 8 | 9 | 9 | 10 | 10 | 11 | 11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AM | | | | | | | | | | | | | | | | | | | | | | |
| PM | | | | | | | | | | | | | | | | | | | | | | |
| | 12 | 12 | 13 | 13 | 14 | 14 | 15 | 15 | 16 | 16 | 17 | 17 | 18 | 18 | 19 | 19 | 20 | 20 | 21 | 21 | 22 | 22 |
| AM | | | | | | | | | | | | | | | | | | | | | | |
| PM | | | | | | | | | | | | | | | | | | | | | | |
| | 23 | 23 | 24 | 24 | 25 | 25 | 26 | 26 | 27 | 27 | 28 | 28 | 29 | 29 | 30 | 30 | 31 | 31 | | | | |
| AM | | | | | | | | | | | | | | | | | | | | | | |
| PM | | | | | | | | | | | | | | | | | | | | | | |

Charting For _____  Through _____

| | |
|---|---|
| Physician _noted_ | Telephone No. |
| Alt. Phys. | Alt. Telephone |
| Allergies | Rehabilitative Potential |
| Diagnosis | |

Medical Record No. _____

Admission Date _____

| Medicaid Number | Medicare Number | Complete Entries Checked: By: _____ | Title: LPN | Date: 6/13/06 |
|---|---|---|---|---|

| Resident Sanford Jeffery | Birth Date | Resident Code | Room No. F-6 | Bed | Facility Code |
|---|---|---|---|---|---|

Lee County Detention Center
# INMATE REQUEST SLIP

D-6
**LOCATION**

Name _____   Date 7-5-06

☐ Telephone Call    ☐ Doctor    ☐ Dentist    ☐ Time Sheet

☐ Special Visit    ☐ Personal Problem    ☐ Other

Briefly Outline Your Request.  Give To Jailer

TYLENOL FOR TOOTH PAIN

---

Do Not Write Below This Line - For Reply Only

7/5/06    Tyl given

---

Approved _____  Denied _____  Collect Call_____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request is Directed.

☐ Lieutenant    ☐ Chief Deputy    ☐ Sheriff

Date _____  Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038  (6/99)



**SHERIFF OF LEE COUNTY**

**JAY JONES**

P.O. BOX 688
OPELIKA, AL 36803-0688

E-mail:
lcso@mindspring.com



Phone (334) 749-5651
Fax (334) 749-4835

# Lee County Detention Center

## Fax Cover Sheet

**Date:** 07/07/06

**Time:** 1400

**Attention:** Dr. Brady's Office

**RE:** Inmate Surg. Fax Our Med Clearan

**Number of Pages:** 2

**From: Medical Department**
       **Nursing Staff**
**Phone: (334) 737-3590 or 3591**
**Fax: (334) 737-3574**

Fax #

749-3333

Completed
1405   7/7/06

LS.



**O**ral and
**M**axillo-Facial
**S**urgery of
East Alabama P.C.

James D. Grady, DMD
James M. Putnam, DMD
20-B Medical Arts Center
Opelika, AL 36802
(334) 749-3436

Today's Date **April 7, 2006**

Patient's Name **Jeffery Sandford**

Appointment Date _____ Day _____ Time _____

Referred by Dr. **King** _____,

The above named patient has been referred to your office for the reasons indicated below. Please extend to this patient your sincere concern and careful attention.

Reason for Referral: **Eval & Ext 3rd molars.**

*Prin Stat @ 1700.ᵃ Little Lw ... Due to age ... talk ... Dr King's ... Letter ... The ... later ... Elective ...*

(Map showing: DADEVILLE HWY 280, LAFAYETTE HWY 431, WAL-MART, EAST ALABAMA MEDICAL CENTER, Golden Corral, PEPPERELL PKWY, N. 20th St., 2nd AVE., OPELIKA, SANFORD AVE., HWY 29, AUBURN HWY 29, 1st AVE., RAILROAD, DRS. GRADY & PUTNAM 121 N. 20th STREET 20 B MED. ARTS CENTER, OLD OPELIKA/AUBURN RD., EXIT 62, ATLANTA VALLEY, HWY 280 & 431, COLUMBUS, EXIT 58, MONTGOMERY, I-85)

Lee County Detention Center

# INMATE REQUEST SLIP

F-6
LOCATION

Name _JEFFERY B. SANFORD_    Date _5-18-06_

☐ Telephone Call       ☐ Doctor          ☐ Dentist          ☐ Time Sheet

☐ Special Visit        ☒ Personal Problem ☐ Other

Briefly Outline Your Request.  Give To Jailer

COULD IT BE POSSIBLE TO RECIEVE
A COUPLE OF ORGEL PACKS & SOMETHING
TO TAKE FOR TOOTH IN MY MOUTH

---

Do Not Write Below This Line - For Reply Only

Given 5/18/06 AM & PM
Nurse Griffith

---

Approved _____ Denied _____ Collect Call_____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To
Those The Request is Directed.

☐ Lieutenant          ☐ Chief Deputy          ☐ Sheriff

Date _____    Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038  (6/99)

Lee County Detention Cent.

# INMATE REQUEST SLIP

F-6
**LOCATION**

Name _Jeffery B. Sanford_    Date _5-13-06_

☐ Telephone Call    ☐ Doctor    ☐ Dentist    ☐ Time Sheet

☐ Special Visit    ☐ Personal Problem    ☒ Other

Briefly Outline Your Request. <u>Give To Jailer</u>

Request for Tooth-Ache Med,
Please Consider, In Pain.
Orgel or Ambcol
                    Thank You

<u>Do Not Write Below This Line</u> - For Reply Only

5/14/06  Tylenol & Oragel sent

              Nurse Griffith

Approved _____ Denied _____ Collect Call_____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To
Those The Request is Directed.

☐ Lieutenant    ☐ Chief Deputy    ☐ Sheriff

Date _____ Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038  (6/99)

ee County Detention Center

# INMATE REQUEST SLIP

D-4
**LOCATION**

Name JEFF SANFORD _____ Date _____

☐ Telephone Call    ☐ Doctor    ☐ Dentist    ☐ Time Sheet

☐ Special Visit    ☐ Personal Problem    ☑ Other

Briefly Outline Your Request. <u>Give To Jailer</u>

TOOTH PAIN MED TYLENOL

"SICK"

<u>Do Not Write Below This Line</u> - For Reply Only

1/19/06 Tylenol + oragel given

NURSE GRIFFIN

Approved _____ Denied _____ Collect Call _____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request is Directed.

☐ Lieutenant    ☐ Chief Deputy    ☐ Sheriff

Date _____ Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038 (6/99)

Lee County Detention Center

# INMATE REQUEST SLIP

D-6
**LOCATION**

Name _JEFFERY B. SANFORD_    Date _7-6-06_

☐ Telephone Call    ☐ Doctor    ☐ Dentist    ☐ Time Sheet

☐ Special Visit    ☐ Personal Problem    ☐ Other

Briefly Outline Your Request.  <u>Give To Jailer</u>

I NEED TOOTH ACHE ORASOL &
PAIN PILLS FOR PAIN IN JAW

<u>Do Not Write Below This Line</u> - For Reply Only

07/07/06 — TYR 2 pack
Orajel given

Nurse _____

Approved _____    Denied _____    Collect Call _____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request is Directed.

☐ Lieutenant    ☐ Chief Deputy    ☐ Sheriff

Date _____    Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038  (6/99)

REQUEST SLIP

E-6

JEFFERY SANFORD        6-11-06

TO: NURSE

REQUEST FOR ORASOL
PACKS & TYLENOL FOR VERY BAD
TOOTH-ACHE

6/11/06 given K Gifford

Lee County Detention Center

# INMATE REQUEST SLIP

| | | | LOCATION |
|---|---|---|---|

Name  Sanford, Jeff                          Date _____

☐ Telephone Call    ☐ Doctor        ☐ Dentist       ☐ Time Sheet

☐ Special Visit     ☐ Personal Problem              ☐ Other

Briefly Outline Your Request.  Give To Jailer

Tosth Pain Has Increased
Need Tylenol

Do Not Write Below This Line - For Reply Only

6/15/06  Tylenol + Orasol gel X 3 packs
given
Nurse Griffith

Approved _____ Denied _____ Collect Call_____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To
Those The Request is Directed.

☐ Lieutenant           ☐ Chief Deputy          ☐ Sheriff

Date _____  Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038  (6/99)

Lee County Detention Cent

# INMATE REQUEST SLIP

F-6
**LOCATION**

Name JEFF SANFORD          Date 6-13-06

☐ Telephone Call    ☐ Doctor         ☐ Dentist      ☐ Time Sheet

☐ Special Visit      ☐ Personal Problem    ☐ Other

Briefly Outline Your Request. <u>Give To Jailer</u>

REQUEST FOR TYLENOL & ORASOL
FOR PAIN IN TOOTH & JAW
THANK YOU!

<u>Do Not Write Below This Line - For Reply Only</u>

6/13/06 Tylenol X2 + orasol gel
given         Nurse Griffith

✳ States has risen in private area ✳

Approved _____ Denied _____ Collect Call_____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To
Those The Request is Directed.

☐ Lieutenant          ☐ Chief Deputy        ☐ Sheriff

Date _____ Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038  (6/99)

**RECEIPT**

121-2  ST. Ph. (334) 745-5756  OPELIKA, ALA. 36801

Rx 704782        Dr DR JAMES D GRADY
JEFFERY SANFORD---LCSO                05/23/2006
LEE CO DETENTION CTR
Drug: DOXYCYCLINE 100-MG TABS QT   Qty: 10
NDC: 00603-3482-28   Mfg: QUALITEST
Price                $8.90
**Charged to LEE COUNTY SHERIFF DEPT   #217182**

Signature:

4000001379560

MEDICAL ARTS Pharmacy
121-2  ST. Ph. (334) 745-5756  OPELIKA, ALA. 36801

**INSURANCE
RECEIPT**

Rx 704783        Dr DR JAMES D GRADY
JEFFERY SANFORD---LCSO                05/23/2006
LEE CO DETENTION CTR
Drug: PROPOXY/APAP 100/650MG TABS QT   Qty: 12
NDC: 00603-5468-32   Mfg: QUALITEST
Price                $8.40
**Charged to LEE COUNTY SHERIFF DEPT   #217182**

Signature:

4000001379570

REQUEST SLIP        F-6

JEFFERY B. SANFORD

TO NURSE GRIFFIN

MAY I PLEASE HAVE SOMETHING FOR
BAD TOOTH ACHE AND SOME ORGEL PACKS
TO MAKE IT THROUGH THE NIGHT. PLEASE

THANK YOU

05/20/06    # Tyl d 3 packs g orgel
Gemi

Nurse Stewar

# MEDICATION SHEET - ADMINISTRATION RECORD

P & L FORMS #3021 *(for A03 print programs)*

| Medications | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Keflex 500mg ǐ qAM + ǐǐ q PM x 7 days 4/4/06 | 0800 | | | | | | | | | | | | | | | | | | Completed | | | | | | | | | | | |
| | 2100 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Motrin 400mg BID 4/4/06 | 0800 | | | | | | | | | | | | | | | | | | Completed | | | | | | | | | | | |
| | 2100 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Lortab 7.5mg ǐ PO BID #6 4/7/06 | 0800 | | | | | | | | | | | | | | | | | | Completed | | | | | | | | | | | |
| | 2100 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Flagyl 500mg BID #10 8 PP 4/11/06 | 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 2100 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Naprosyn 500mg BID #14 8 PP 4/11/06 | 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 2100 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Flexeril 10mg BID #14 4/11/06 | 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 2100 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| | 1 | | 2 | | 3 | | 4 | | 5 | | 6 | | 7 | | 8 | | 9 | | 10 | | 11 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AM | | | | | | | | | | | | | | | | | | | | | | |
| PM | | | | | | | | | J.S. | | | | | | | | | | | | | |

| | 12 | | 13 | | 14 | | 15 | | 16 | | 17 | | 18 | | 19 | | 20 | | 21 | | 22 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AM | | | | | | | | | | | | | | | | | | | | | | |
| PM | | | | | | | | | | | | | | | | | | | | | | |

| | 23 | | 24 | | 25 | | 26 | | 27 | | 28 | | 29 | | 30 | | 31 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AM | | | | | | | | | | | | | | | | | | |
| PM | | | | | | | | | | | | | | | | | | |

| Charting For | | Through | | | |
|---|---|---|---|---|---|
| Physician King | | | Telephone No. | | Medical Record No. |
| Alt. Phys. | | | Alt. Telephone | | |
| Allergies | | | Rehabilitative Potential | | |
| Diagnosis | | | | | Admission Date |
| Medicaid Number | Medicare Number | | Complete Entries Checked: | Title: | Date: 4/1/06 |

ALABAMA DEPARTMENT OF PUBLIC HE...
BUREAU OF CLINICAL LABORATORIE...

| | |
|---|---|
| HIV SEROLOY | 86701 |
| WESTERN BLOT | 86689 |

**I.D. NUMBER** 696042

*PLEASE USE A BLACK PEN*

**Patient's Last Name**     **Patient's First Name**     **MI**

**Address**
Sanford, Jeffery Bernard

**Apt.**

**City**     B/M     **LE State**     **Zip**

**Phone**

**Counselor (Initials)** i-s

**Date Collected** 0 3 / 3 3 / 2 0 1 2

**EIA**
Results: Indicated by Marked
- ● Negative
- ○ Not Done
- ○ Positive

**WESTERN BLOT**
- ○ Negative
- ○ Indeterminate
- ○ Positive
- ○ Not Done

| RACE | | | | | | SEX | | DOB (mmddyyyy) |
|---|---|---|---|---|---|---|---|---|
| W | B | H | A | I | U | M | F | |
| ○ | ○ | ○ | LEE COUNTY DETENTION CENTER | | | | | / / |

**Provider**     P.O. BOX 2407
**Address**     OPELIKA, AL 36803
**City**     **State**     **Zip**

**SITE CODE**     **CNTY**

**County Health Dept. CHR-Number**

**Social Security Number**

**Medicaid Number**

**Provider  Number**

**ANALYST INITIALS**

**DATE REPORTED** / /

- ○ Birmingham
- ○ Decatur
- ○ Dothan
- ○ Mobile
- ○ Montgomery

**Has Patient Had a Previous Positive or Indeterminate Western Blot?**
● No     ○ Yes     ○ Unknown

**Date** / /

**PATIENT SHOULD HAVE A TUBERCULIN SKIN TEST IF HIV POSITIVE**

1997321024

*REPORT COPY*
*Return to provider*

ADPH-CL-109 / REV 01-01

Lee County Detention Center
# INMATE REQUEST SLIP

F. 6

**LOCATION**

Name _Jeffery Sanford_____    Date _6-5-06_____

☐ Telephone Call    ☐ Doctor    ☐ Dentist    ☐ Time Sheet

☐ Special Visit    ☐ Personal Problem    ☐ Other

Briefly Outline Your Request.  <u>Give To Jailer</u>

Need Some Thing for Toothache

---

<u>Do Not Write Below This Line</u> - For Reply Only

6/5/06    Sent

Nurse Griffith

Approved _____    Denied _____    Collect Call_____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To
Those The Request is Directed.

☐ Lieutenant    ☐ Chief Deputy    ☐ Sheriff

Date _____    Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038  (6/99)

Lee County Detention Center

# INMATE REQUEST SLIP

F-6
**LOCATION**

Name JEFFERY B. SANFORD    Date 6-8-06

☐ Telephone Call    ☐ Doctor    ☐ Dentist    ☐ Time Sheet

☐ Special Visit    ☐ Personal Problem    ☒ Other

Briefly Outline Your Request.  <u>Give To Jailer</u>

I WOULD LIKE TO HAVE A
COUPLE OF TYLENOL FOR
PAIN IN TOOTH.
            THANK YOU

<u>Do Not Write Below This Line</u> - For Reply Only

6/9/06  Ti Tyl  given

nurse Stewart

Approved _____  Denied _____  Collect Call_____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To
Those The Request is Directed.

☐ Lieutenant    ☐ Chief Deputy    ☐ Sheriff

Date _____  Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038  (6/99)

Lee County Detention Center

# INMATE REQUEST SLIP

F-6
**LOCATION**

Name Jeffery B Sanford    Date 6-7-06

☐ Telephone Call    ☐ Doctor    ☐ Dentist    ☐ Time Sheet

☐ Special Visit    ☐ Personal Problem    ☒ Other

Briefly Outline Your Request. <u>Give To Jailer</u>

Can I have som'n for tooth ache

Do Not Write Below This Line - For Reply Only

6/7/06 Oragel + Motrin 400mg given
0845 A
Nurse Griffith

Approved _____ Denied _____ Collect Call _____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To
Those The Request is Directed.

☐ Lieutenant    ☐ Chief Deputy    ☐ Sheriff

Date _____ Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038 (6/99)

Lee County Detention Cer

# INMATE REQUEST SLIP

F-6

**LOCATION**

Name JEFFERY B. SANFORD          Date JUNE 2, 06

☐ Telephone Call      ☐ Doctor          ☐ Dentist       ☐ Time Sheet

☐ Special Visit       ☐ Personal Problem   ☒ Other

Briefly Outline Your Request.  <u>Give To Jailer</u>

MAY I PLEASE HAVE A COUPLE OF ASPRINS
FOR REAL BAD TOOTH ACHE, AND COUPLE
PRCKS OF ORASOL,
         THANK YOU

<u>Do Not Write Below This Line</u> - For Reply Only

6/2/06    Sent
         Nurse Griffith

Approved _____  Denied _____  Collect Call_____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To
Those The Request is Directed.

☐ Lieutenant          ☐ Chief Deputy          ☐ Sheriff

Date _____  Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038 (6/99)



# LEE COUNTY DETENTION CENTER

## JAY JONES, SHERIFF

### P.O. BOX 2407
### OPELIKA, AL 36803

PHONE (334) 737-3582
FAX (334) 737-3574

DATE: 5/31/06

ATTN: Dr. Grady's Office         749-3223

FROM: Nursing

MESSAGE: Medical Clearance

NUMBER OF PAGES INCLUDING COVER SHEET   2

faxed
5/31/06

# MEDICATION SHEET - ADMINISTRATION RECORD

P & L FORMS #3021 *(for A03 print programs)*

| Medications | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Darvocet N #13 1 Tab | 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 05/23/06 | 8100 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Vibra-Tab (Doxycyclin) | 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 05/23/06 | 8100 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| 1 | 1 | 2 | 2 | 3 | 3 | 4 | 4 | 5 | 5 | 6 | 6 | 7 | 7 | 8 | 8 | 9 | 9 | 10 | 10 | 11 | 11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **AM** | | | | | | | | | | | | | | | | | | | | | |
| **PM** | | | | | | | | | | | | | | | | | | | | | |

| 12 | 12 | 13 | 13 | 14 | 14 | 15 | 15 | 16 | 16 | 17 | 17 | 18 | 18 | 19 | 19 | 20 | 20 | 21 | 21 | 22 | 22 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **AM** | | | | | | | | | | | | | | | | | | | | | |
| **PM** | | | | | | | | | | | | | | | | | | | | | |

| 23 | 23 | 24 | 24 | 25 | 25 | 26 | 26 | 27 | 27 | 28 | 28 | 29 | 29 | 30 | 30 | 31 | 31 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **AM** | | | | | | | | | | | | | | | | | | | | | |
| **PM** J.S. | | | | | | | | | | | | | | | | | | | | | |

**Charting For** _____ **Through** _____

**Physician** _____
**Alt. Phys.** Dr. Grady
**Allergies** _____
**Diagnosis** _____

**Telephone No.** _____
**Alt. Telephone** _____
**Rehabilitative Potential** _____

**Medical Record No.** _____
**Admission Date** _____

| Medicaid Number | Medicare Number | Complete Entries Checked: By: Stewart | Title: LPN | Date: |
|---|---|---|---|---|

| Resident | | Birth Date | Resident Code | Room No. | Bed | Facility Code |
|---|---|---|---|---|---|---|

# LEE COUNTY SHERIFF'S DEPARTMENT
# RECORD OF MEDICAL EXAMINATION
### (FORM #11)

PART 1:          To be completed by Corrections Staff.   (Please print clearly)

1. Inmate's name: _Sanford, Jeffery_

2. Date: _5/23/06_

3. Time: _1000_

4. Reason treatment was needed: _Dental exam_

5. Did Inmate request treatment? _Yes_ (If yes, place request form in Inmate's file if in writing)

6. Was inmate transported from the jail? _Yes_

7. If yes, to what location? _Dr. Grady_

8. Was inmate treated at the jail? _Yes_

9. Who examined the inmate? _Dr. McFarland / Dr. King_

10. Corrections Officer's name: _Pantelis 43 D29_  Signature: _Chris Pantelis_

PART 2:          To be completed by person examining inmate. (Please print clearly)

1. Type of treatment/ examination: _Exam infected tooth #32_

2. Prognosis: _good_

3. Is additional treatment needed? _Yes_ If so, please specify if other than medication:
_after final medical work-up_

4. Medication prescribed: _Vibramycin 100 mg #10 ī po bid Ø refill   Darvocet N 100 #12_
_T po q 6o prn pain Ø refill_

5. Special instructions for administration: _Ø_
_Chris Stanley RN_

6. Other special instructions (restrictions of diet, activity, work, etc; observation orders; other):
_Ø_

_Irene Kinnard RN_
Health Care Provider (Please print and give title, Re. M.D., R.N., D.D.S., etc.)

Lee County Detention Center

# INMATE REQUEST SLIP

F-6
**LOCATION**

Name JEFFERY B. SANFORD                     Date MAY 30, 06

☐ Telephone Call        ☐ Doctor          ☐ Dentist        ☐ Time Sheet

☐ Special Visit         ☒ Personal Problem    ☐ Other

Briefly Outline Your Request.  **Give To Jailer**        NURSE

I NEED SOMETHING FOR PAIN IN TOOTH
AND JAW. ALSO I WOULD LIKE SOME ORGEL
TOOTH-ACHE MED.

Do Not Write Below This Line - For Reply Only

5/30/06

Nurse Stewart

Approved _____ Denied _____ Collect Call_____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To
Those The Request is Directed.

☐ Lieutenant          ☐ Chief Deputy          ☐ Sheriff

Date _____        Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038  (6/99)

Lee County Detention Center

# INMATE REQUEST SLIP

F-6
_____
**LOCATION**

Name JEFFERY B. SANFORD          Date 5-29-06

☐ Telephone Call    ☐ Doctor    ☐ Dentist    ☐ Time Sheet

☐ Special Visit    ☐ Personal Problem    ☒ Other

Briefly Outline Your Request. <u>Give To Jailer</u>

DEAR NURSE;

NEED SOMETHING FOR PAIN IN TOOTH

& JAW. PLEASE!

THANK YOU

<u>Do Not Write Below This Line</u> - For Reply Only

05/29/06  You have Darvocet
for pain & Doxycline
for infection. You will
See the md in Am

Derrick Nurse Stewart

Approved _____    Denied _____    Collect Call_____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To
Those The Request is Directed.

☐ Lieutenant    ☐ Chief Deputy    ☐ Sheriff

Date _____    Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038  (6/99)

Lee County Detention Center

# INMATE REQUEST SLIP

F-6
**LOCATION**

Name _JEFFERY B. SANFORD_     Date _5-28-06_

☐ Telephone Call     ☐ Doctor     ☐ Dentist     ☐ Time Sheet

☐ Special Visit     ☐ Personal Problem     ☒ Other

Briefly Outline Your Request.  <u>Give To Jailer</u>

CAN I PLEASE HAVE A COUPLE OF ORASOL
GEL PACKS & 2 TYLENOL PLEASE. FOR HEADACHE,
JAWACHE, THROAT SORR & TOOTHACHE

<u>Do Not Write Below This Line</u> - For Reply Only

5/29/06  already address
down to see md in
Am

Nurs. Stewn

Approved _____ Denied _____ Collect Call_____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To
Those The Request is Directed.

☐ Lieutenant     ☐ Chief Deputy     ☐ Sheriff

Date _____ Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038  (6/99)

## INMATE REQUEST SLIP

_MS. STEWART OR MS. GRIFFIN_    F-6

**LOCATION**

Name _JEFFERY B. SANFORD_    Date _5-17-06_

☐ Telephone Call   ☐ Doctor   ☐ Dentist   ☐ Time Sheet

☐ Special Visit   ☒ Personal Problem   ☐ Other

Briefly Outline Your Request.  Give To Jailer

MAY I PLEASE HAVE SOMETHING TODAY
TO TAKE FOR VERY BAD TOOTH ACHE,
AND AN APPOINTMENT TO SEE ONE OF
THE NURSES CONCERNING SOME TYPE OF
PRESCRIPTION FOR PAIN UNTIL TOOTH IS
REMOVE. PLEASE CONSIDER
                        THANK YOU.

Do Not Write Below This Line - For Reply Only

5/17/06 # Typ Sent You
have been seen by
Our Dentist "You're Down
To see Oral Surgon !!!

            Nurse Stewart

Approved _____   Denied _____   Collect Call_____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To
Those The Request is Directed.

☐ Lieutenant      ☐ Chief Deputy      ☐ Sheriff

Date _____   Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038  (6/99)

~~ge County Detention Center~~

# INMATE REQUEST SLIP

(MS. STEWART)               F-6

**LOCATION**

Name JEFFERY B. SANFORD   Date 5-16-06

☐ Telephone Call    ☐ Doctor      ☐ Dentist    ☐ Time Sheet

☐ Special Visit     ☒ Personal Problem    ☐ Other

Briefly Outline Your Request.  **Give To Jailer** (MS. STEWART ATTN:)

COULD I PLEASE HAVE SOMETHING
TO TAKE FOR A TOOTH-ACHE, PLEASE!
AS SOON AS POSSIBLE
THANK YOU.

---

<u>Do Not Write Below This Line</u> - For Reply Only

5/17/06  Motrin given

_Nurse Stewart_

Approved _____  Denied _____  Collect Call_____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To
Those The Request is Directed.

☐ Lieutenant       ☐ Chief Deputy        ☐ Sheriff

Date _____  Time Received _____

~~ECTION OFFICER _____~~

FORM: LCS-038  (6/99)

Lee County Detention Center

# INMATE REQUEST SLIP

**LOCATION** _FS_

Name _Jeffery B. Sanford_ ___ Date _____

☐ Telephone Call    ☐ Doctor    ☐ Dentist    ☐ Time Sheet

☐ Special Visit    ☐ Personal Problem    ☐ Other

Briefly Outline Your Re...

_Need ache_    _an_    _for TooTH_
_Damout_
_Roxyclin_

Do Not Write Belo...

_5/27/00_
_pill_

Approved _____ Denied _____ Collect Call _____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request is Directed.

☐ Lieutenant    ☐ Chief Deputy    ☐ Sheriff

Date _____ Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038  (6/99)

Lee County Detention Center

# INMATE REQUEST SLIP

F-6
**LOCATION**

Name JEFFERY B. SANFORD    Date 5-23-06

☐ Telephone Call    ☐ Doctor    ☐ Dentist    ☐ Time Sheet

☐ Special Visit    ☒ Personal Problem    ☐ Other

Briefly Outline Your Request.  Give To Jailer

DEAR NURSE STEWART OR GRIFFIN
NEEDING SOMETHING FOR TOOTHACHE
AND SOMETHING FOR EAR INFECTION; PLEASE
CONSIDER
THANK YOU

Do Not Write Below This Line - For Reply Only
5/24/06 Saw dentist/doctor - your on
pain meds + Antibiotics.
Nurse Griffin

Approved _____  Denied _____  Collect Call _____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request is Directed.

☐ Lieutenant    ☐ Chief Deputy    ☐ Sheriff

Date _____  Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038  (6/99)

# INMATE REQUEST SLIP

F-6
**LOCATION**

Name JEFFERY B. SANFORD          Date 5-21-06

☐ Telephone Call      ☐ Doctor        ☐ Dentist        ☐ Time Sheet

☐ Special Visit       ☒ Personal Problem   ☐ Other

Briefly Outline Your Request. <u>Give To Jailer</u>

DEAR NURSE, THANK YOU FOR THE PAIN
PILLS & ORASOL, BECAUSE THIS BROKEN
TOOTH COUSES ME MUCH PAIN EVERY DAY.
MY JAW IS SWOLLEN, MY EAR ACHES AND
MY GLANCES ARE SWOLLEN ALSO. DO YOU
THINK ITS FROM THIS TOOTH

<u>Do Not Write Below This Line</u> - For Reply Only

5/23/06   You Saw Dr Glad
today. Started on 2
meds.

Nurse Stewy

Approved _____  Denied _____  Collect Call_____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To
Those The Request is Directed.

☐ Lieutenant          ☐ Chief Deputy        ☐ Sheriff

Date _____        Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038  (6/99)

**ORAL AND MAXILLOFACIAL SURGERY OF EAST ALABAMA, PC**
**Dr. James D. Grady**               **Dr. James M. Putnam**

(Page 1 of 2)

PATIENT NAME: _____ DATE OF BIRTH: _____

Date and time of procedure scheduled: _____

Dear patient:

You have a right to be informed about your diagnosis and planned surgery, so that you may make a decision whether to undergo a procedure after knowing the risks and hazards. This disclosure is not meant to frighten or alarm you. If is simply an effort to make you better informed so you may give your informed consent to the procedure.

**POSSIBLE COMPLICATIONS OF:**
(May be variable to occurrence)

1. **ALL SURGERIES**
   a. Soreness, swelling, bruising and restricted mouth opening during healing, sometimes related to swelling and muscle soreness, and sometimes related to stress on the muscles or jaw joints (TMJ). Depending on the nature of the procedure, these problems may persist for 5-14 days or more.
   b. Bleeding, usually controlled, but may be prolonged and require additional care.
   c. Drug reactions or allergies, which may be severe.
   d. Infection, possibly requiring additional care.
   e. Cracking or bruising of the cheeks, lip, and corners of mouth.
   f. Additional procedures may be required, including tooth/teeth removal.
   g. TMJ problems may develop or worsen and may persist indefinitely.
   h. Damage to adjacent teeth or filings and the surrounding tissue.
   i. Sharp ridges or bone splinters; usually these resolve with time, but in some cases, additional surgery to smooth area may be required.

2. **All tooth extractions and or impactions:**
   a. DRY SOCKET; discomfort occurring a few days after extraction; requires further care. *If moderate-severe pain occurs after the 2nd day, please call our office.*
   b. Sometimes small root pieces break off and may be deliberately left in place to avoid doing damage to the nearby vital structures, such as nerves or the sinuses.

3. **LOWER TEETH**
   a. NUMBNESS: Due to the proximity of roots to the nerve (especially wisdom teeth), it is possible that the nerve may be bruised or injured during the removal of the tooth. The lip, chin, gums, or tongue could thus feel numb (resembling local anesthetic injection), or exhibit other abnormal sensations, and this could remain for days, weeks, or very rarely, permanently.

4. **UPPER TEETH**
   a. SINUS INVOLVEMENT: Due to the closeness of the roots or upper back teeth to the sinus from a root top being displaced into the sinus, a possible sinus infection and/or sinus opening may result, which may require medication and/or additional surgery to correct.



**Day of Surgery Reminder**

- It is very important that you <u>do not</u> eat or drink (including water) after midnight the night before the procedure. ~~You may have small sips of cold water to take your prescription dosage two hours before your appointment.~~

- Please do not wear fingernail polish, acrylic nails, or makeup foundation the day of the procedure.

- Wear hair loosely, **no ponytails or buns.**

- Please remove dentures or partials.

- It is okay to brush teeth or rinse mouth before coming in for an appointment.

- Leave all belongings with responsible ride (purses, jackets, hats, sunglasses, watches, or bracelets).

- Please wear comfortable clothes (jeans, jogging pants, <u>**short sleeve shirt**</u> so we can have free access to your arms, and tennis shoes)

- Please bring your <u>unsigned</u> consent form given to you during your consultation.

- Please bring responsible driver with a car to remain in the office during procedure and assist with your care after surgery for at least 24 hours. **We will not begin your surgery unless you have a responsible driver in the office at time of appointment.**

- If you use an inhaler, please bring the inhaler into the surgery room.

- If you use a glucometer, please bring the glucometer into the surgery room.

- Please use restroom before surgery.

- Have cool soft food available ahead of time for after surgery. (Pudding, boost, yogurt, cottage cheese, jello, carnation instant breakfast, and/or ice cream.)



## SHOPPING LIST SUGGESTIONS

### DAY OF PROCEDURE:

- ☐ Pudding
- ☐ Jello
- ☐ Ice Cream
- ☐ Milkshakes

- ☐ Frozen Yogurt
- ☐ Juices
- ☐ Soft Drinks
- ☐ Carnation Instant Breakfast

### DAY 2 THRU 7:

- ☐ Baked Potato
- ☐ Scrambled Eggs
- ☐ Soups
- ☐ Oatmeal

- ☐ Grits
- ☐ Mashed Potatoes
- ☐ Macaroni and Cheese
- ☐ Steamed Vegetables



** DO NOT eat or drink after midnight the night before your procedure if you are receiving IV sedation.
** Bring an escort to REMAIN in the office during your procedure.
Failure to follow these instructions may result in your surgery being canceled!!