# Exhibit I
# Inmate Medical File of Jeffrey B. Sanford

## Part 2

| HIV SEROLOY | 86701 |
| WESTERN BLOT | 86689 |

**BUREAU OF CLINICAL LABORATORY**    I.D. NUMBER    **696042**

*PLEASE USE A BLACK PEN*

**Patient's Last Name**    **Patient's First Name**    **MI**

Address    Sanford, Jeffery Bernard    Apt.

City    1_____5    B/M    GLE    State    Zip

Phone
[ ][ ][ ] - [ ][ ][ ] - [ ][ ][ ][ ]

| | | |
|---|---|---|
| Counselor (Initials) | J - ? | |
| Date Collected | 0 3 / 3 / 2 / 1 / | |

**EIA**
Results: Indicated by Marked
- ● Negative
- ○ Not Done
- ○ Positive

**WESTERN BLOT**
- ○ Negative
- ○ Indeterminate
- ○ Positive
- ○ Not Done

**RACE**    W ○  B ○  H ○  A ○  I ○  U ○
**SEX**    M ○  F ○
**DOB (mmddyyyy)**    [ ][ ] / [ ][ ] / [ ][ ][ ][ ]

**ANALYST INITIALS**    [ ][ ][ ]
**DATE REPORTED**    0 4 / 0 5 / 2 0 0 6

Provider _____
Address _____
City _____ State ___ Zip ___

**SITE CODE**    **CNTY**

- ○ Birmingham
- ○ Decatur
- ○ Dothan
- ○ Mobile
- ⊠ Montgomery

County Health Dept. CHR Number
Social Security Number

Medicaid Number
Provider Number

**Has Patient Had a Previous Positive or Indeterminate Western Blot?**
● No    ○ Yes    ○ Unknown
Date [ ][ ] / [ ][ ] / [ ][ ][ ][ ]

| Patient History Since 1978 of: | No | Yes |
|---|---|---|
| Donated Blood, Plasma or Sperm | ○ | ● |
| Received Blood Transfusion/Products | ● | ○ |
| Occupational Exposure To Body Fluids | ○ | ● |
| Hemophilia | ● | ○ |
| Possible Perinatal Transmission | ● | ○ |
| History of Sexually Transmitted Disease | ○ | ● |
| Non-IV drug use (including alcohol) | ○ | ● |
| IV drug use | ● | ○ |
| Multiple Sex Partners | ○ | ● |
| Exchanged sex for money or drugs | ○ | ● |
| Victim of physical abuse or sexual assault | ● | ○ |

**Medicaid Information**

Patient Tested: ● Yes  ○ No  ○ Unk

Pre-test Counseling: ● Yes  ○ No  ○ Unk
Reason: _____

Re-test : ○ Yes  ○ No  ○ Unk
Reason: _____

Post-test Counseling: ● Yes  ○ No  ○ Unk  0 4 / 1 / 2 0 0 6
Reason: _____

**Referral**

TB Skin Test: ○ Yes  ○ No  ○ Unk
Reason: _____

**SEXUAL ORIENTATION**
○ Homosexual    ● Heterosexual    ○ Bisexual

| Sexual Exposure Since 1978 to a: | No | Yes |
|---|---|---|
| Hemophiliac | ● | ○ |
| IV Drug User | ● | ○ |
| Person With Known HIV Infection/AIDS | ● | ○ |
| Man Who Has Sex With Men | ● | ○ |
| Male Prostitute | ● | ○ |
| Female Prostitute | ● | ○ |

Medical/Social Services: ○ Yes  ○ No  ○ Unk
Reason: _____

Partner Notification: ○ Yes  ○ No  ○ Unk
Reason: _____

Currently Pregnant: ○ Yes  ○ No    If Yes, Due Date [ ][ ] - [ ][ ] - [ ][ ][ ][ ]

Pregnant During Previous 5 Years: ○ Yes  ○ No    If Yes, Date of Last Delivery [ ][ ] - [ ][ ] - [ ][ ][ ][ ]

I have been informed about the HIV antibody test, the meaning of the possible results, the possible consequences of those results and that the information provided on this form is confidential. Having been so informed, I hereby voluntarily consent to be counseled and, or, tested for the HIV-ab. *Please see back of form.

Signature _____  Witness _____  Date 3/1/06

# Bureau of Clinical Laboratories-Montgomery

PO BOX 244018, MONTGOMERY AL 36124-4018
Phone:(334) 260-3400   FAX:(334) 274-9800

Page:   1

Patient:

**Provider:**

TKD JUSTICE CENTER
PO BOX 2407
OPELIKA, AL, 36801-0000
(000) 000-0000,
UNKNOWN DOCTOR

| Accession | **4019569** | ID: | **1023986** |
|---|---|---|---|
| Requisition #: | 4019569 | | |
| Service Area: | | Collected: | 3/30/2006 @ |
| CHR #: | | Received: | 4/ 4/2006 @ 11:05 AM |
| | | Reported: | 4/ 5/2006 @  5:21 PM |

**Sanford,Jeffery,Bernard**

D.O.B.: ▓▓▓▓▓▓
Sex:   M   MALE
Phone:  **(000) 000-0000**
SSN: ▓▓▓▓▓▓
Status:   **Final Report**

| Test Name | Result | Units | Normal Range | Notes |
|---|---|---|---|---|

### *Serology Results*

| VDRL, STS Qualitative | Non-Reactive | | | |
|---|---|---|---|---|

Lab Director
William J. Callan,Ph.D.

| Date Printed: | 4/ 5/2006 | 5:21 PM | >> | PH - Panic High | > | AH - Abnormal High | ~ | A - Abnormal | *** Final Page *** |
|---|---|---|---|---|---|---|---|---|---|
| Completed Between: 4/ 5/2006 | – | 4/ 5/2006 | << | PL - Panic Low | < | AL - Abnormal Low | δ | Delta Check Failed | All Results Included |

Alabama Department of Public Health
TB  Division
RSA Tower/201 Monroe Street
Montgomery, ALabama  36130-3017

# TB
## Skin Test Report

County Code [ ]  Target Testing [ ]  PROJECT [ ][ ][ ][ ]  CHR# _____

Last Name
**Sanford, Jeffery Bernard**

B/M                                                                                    MI

City

State    Zip Code                              Home Phone [ ][ ][ ] - [ ][ ][ ] - [ ][ ][ ][ ]

SSN: [ ][ ][ ] - [ ][ ] - [ ][ ][ ][ ]                SEX: ● M ○ F

Date of Birth: [ ][ ] - [ ][ ] - [ ][ ][ ][ ]

Test Administered By:
○ TB Staff
○ PH Nurse
○ Other

Site Test:
○ Health Department
● Other

Race:
W  B  AI  A  AN  H/PI  O
○  ●  ○  ○  ○   ○    ○    ETHNICITY: Hispanic or Latino? ○ YES  ○ NO

Reason Tested:
○ Health Care Worker
○ Medical Risk
○ Shelter
○ Student
○ Occupational
○ Foreign Born
○ Homeless
● Jail/Prison
○ Not at Risk

Contact to Case/Suspect:
○ YES  ● NO

Risk Categories:
○ A
● B
○ C

**PPD ONE:**

Provider#: [ ][ ][ ][ ]    Lot#: _C_2_2_2_2_AP

Date of Test  03 - 22 - 2006   Antigen  ○ AP  ● TU

Provider#: [ ][ ][ ][ ]

Date Read  03 - 25 - 2006   Result [ ] mm  ○ Not Read

**PPD TWO:**

Provider#: [ ][ ][ ][ ]    Lot#: [ ][ ][ ][ ][ ]

Date of Test [ ][ ] - [ ][ ] - [ ][ ][ ][ ]   Antigen  ○ AP  ○ TU

Provider#: [ ][ ][ ][ ]

Date Read [ ][ ] - [ ][ ] - [ ][ ][ ][ ]   Result [ ] mm  ○ Not Read

Race codes:  W-White; B-Black; AI - American Indian; A-Asian; AN - Alaskan Native; H/PI-Hawaiian/Pacific Islander; O-Other          ADPH-TB - 26/REV-12-2002

4739494381

Lee County Detention Center

# INMATE REQUEST SLIP

7-Y

**LOCATION**

Name _Sanford, Jeffery_    Date _04/12/06_

☐ Telephone Call    ☐ Doctor    ☑ Dentist    ☐ Time Sheet

☐ Special Visit    ☐ Personal Problem    ☐ Other

Briefly Outline Your Request. <u>Give To Jailer</u>

_____

_____

_____

_____

_____

_____

_____

_____

<u>Do Not Write Below This Line</u> - For Reply Only

_4/12/06 talked with Knit in Oral Surgery office eval. dept 3rd On alar start at 1700.00 D. King said this is elective_

_Nurse Stewart_

Approved _____ Denied _____ Collect Call _____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To
Those The Request is Directed.

☐ Lieutenant    ☐ Chief Deputy    ☐ Sheriff

Date _____    Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038  (6/99)

# LEE COUNTY SHERIFF'S DEPARTMENT
# RECORD OF MEDICAL EXAMINATION
### (FORM #11)

## PART 1:           To be completed by Corrections Staff.   (Please print clearly)

1. Inmate's name: _Sandford, Jeffery_

2. Date: _04 / 07 / 06_

3. Time: _0745_

4. Reason treatment was needed: _I/m on Cephalexin 500mg 3 A Day Dental exam & T/P_

5. Did Inmate request treatment? _yes_ (If yes, place request form in Inmate's file if in writing)

6. Was inmate transported from the jail? _yes_

7. If yes, to what location? _Dr. King's Office_

8. Was inmate treated at the jail? _yes_

9. Who examined the inmate? _Medical_

10. Corrections Officer's name: _____    Signature: _____

## PART 2:           To be completed by person examining inmate. (Please print clearly)

1. Type of treatment/ examination: _Exam, RA_

2. Prognosis: _Good w/ Treatment_

3. Is additional treatment needed? _Yes_ If so, please specify if other than medication:

   _Extraction Surg, wisdom teeth_

4. Medication prescribed: _Lortab 7.5 X 6, ~~Amoxicox~~_

5. Special instructions for administration: _As prescribed_

6. Other special instructions (restrictions of diet, activity, work, etc; observation orders; other):

   _____

   **WILLIAM G. KING, III, D.M.D.**
   **227 E. MAGNOLIA AVENUE**
   **AUBURN, AL 36830**

   _____
   Health Care Provider (Please print and give title, Re. M.D., R.N., D.D.S., etc.)

_4/7/06_          _8:07_          _William King_
Date              Time            Signature

# LEE COUNTY SHERIFF'S DEPARTMENT
## SPECIAL REPORT

Subject: _Sanford, Jeffery_    Opelika, Ala., _LCDC_

To the Sheriff of Lee County:

I report the following _Hoarding Lortab during pill Call_ which occurred at _0830_ o'clock

this _4/8/06_ M., at _LCDC_

Below give full-particulars, together with name of principals and witnesses and their address.

During pill Call With Officer Sim I/m Sandford, Jeffery Complaining about tooth pain. Informed him He (Sandford) Saw our Dentist Dr. King Friday & have Lortab.

Gave I/m (Sandford) Meds He (Sandford) Continue talking. When ask Opin hand have Lortab pill. Between fingers. Informed I/m of Section 10.4 Inmate Rules & Regulation Book.

Reported by _Nurse Stewart Lyn_

Address _LEE COUNTY DETENTION CENTER_    Phone _____

Complaint Received by _NURSING_    How _____

Assigned to _PO BOX 2407    OPELIKA, AL 36803-2407_

Form: LCS-026 (7/97) DARCO

Lee County Detention Center
# INMATE REQUEST SLIP

F-4
**LOCATION**

Name _Jeff Sanford_    Date _4-2-06_

☐ Telephone Call    ☐ Doctor    ☐ Dentist    ☐ Time Sheet

☐ Special Visit    ☐ Personal Problem    ☑ Other _Nurse_

Briefly Outline Your Request.  Give To Jailer

I really need some packs of Triple Antibiotic Ointment to heal a scar I have on my leg.    Thank you!

Do Not Write Below This Line - For Reply Only

4/4/06  seen on sick call today

Approved _____  Denied _____  Collect Call _____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request is Directed.

☐ Lieutenant    ☐ Chief Deputy    ☐ Sheriff

Date _____    Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038 (6/99)

Lee County Detention Center

# INMATE REQUEST SLIP

**F-4**
**LOCATION**

Name _Jeff Sanford_    Date _4-2-06_

☐ Telephone Call    ☐ Doctor    ☐ Dentist    ☐ Time Sheet

☐ Special Visit    ☐ Personal Problem    ☑ Other _Nurse_

Briefly Outline Your Request. Give To Jailer

_I really need some packs of_

_Triple Antibiotic Ointment to_

_heal a scar I have on my_

_leg.    Thank you!_

Do Not Write Below This Line - For Reply Only

_4/4/06  Seen on sick call today_

_[signature]_

Approved _____ Denied _____ Collect Call _____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To
Those The Request is Directed.

☐ Lieutenant    ☐ Chief Deputy    ☐ Sheriff

Date _____ Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038 (6/99)

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Levsin PRN
(w/ family brings in)

*Handwritten: McFarland (Physician)*

*Approved By Doctor — signature — Title: LPN — Date: 2/8/06*

RESIDENT: Sanford, Jeffery    Room # D-4

REORDER FROM INTEGRAL SOLUTIONS GROUP 1-800-235-0767  FORM A-55  STOCK #506423

# NEWTON MEDICAL CENTER
## 5126 HOSPITAL DRIVE, NE
## COVINGTON, GA 30014

HEALTH INFORMATION MANAGEMENT

FAX (678) 625-2068
PHONE (770) 385-7817
FACSIMILIE TRANSMISSION COVERSHEET

C    O    N    F    I    D    E    N    T    I    A    L

TO: _____ Lee Co. Sheriff's Dept. _____

_____

FROM:    ROSEMERRY SIMMONS _____

         HEALTH INFORMATION MANAGEMENT _____
DATE:    _____ 2-15-06 _____

TOTAL NUMBER OF PAGES (INCLUDING COVERSHEET: __12__

COMMENTS: Regarding - _Jeffery Seaford_
_____
_____
_____
_____

### NOTICE OF CONFIDENTIALITY

THE INFORMATION CONTAINED HEREIN IS CONFIDENTIAL AND INTEDED
FOR THE USE OF THE ABOVE LISTED ADDRESSEE. IF YOU ARE NOT THE
INTEDED RECIPIENT OR AGENT INVOLVED IN THE DELIVERY OF THIS
MESSAGE TO SAME, YOU ARE HERBY NOTIFIED THAT ANY DISCLOSURE,
DISTRIBUTION, COPYING, OR THE TAKING OF ANY ACTION IN RELIANCE
ON THE CONTENTS OF THIS TELECOPIED INFORMATION IS STRICTLY
PROHIBITED. PLEASE NOTFIY US IMMEDIATELY BY TELEPHONE TO
ARRANGE FOR RETURN OF THE DOCUMENT IF YOU HAVE RECEIVED THIS
TELECOPY IN ERROR.

IF YOU HAVE ANY QUESTIONS CONCERNING THIS TRANSMISSION, PLEASE
CALL VOICE LINE (770) 385-7817. THANK YOU.

© 1996 - 2004 T-System, Inc. Circle or check affirmatives, backslash (√) negatives.

**36**  **NEWTON GENERAL HOSPITAL**
**EMERGENCY PHYSICIAN RECORD**
Abdominal Pain / Flank Pain (5)

TIME SEEN: 13:50   ROOM: ET 2   ___ EMS Arrival
HISTORIAN: patient  spouse  paramedics _____
___ HX / ___ EXAM LIMITED BY: _____

**HPI**

**chief complaint:**  abdominal pain   vomiting
                      flank pain (R/L)   diarrhea

**started:** blood in stool

**time course:**
still present
better
gone now
lasted:

constant   waxing / waning   sudden-onset
intermittent episodes lasting
worse / persistent since

**quality:**
"pain"
aching
dull
burning
cramping
sharp
stabbing
fullness

**location:**



migration  (show migration: ___ m ___→ )

**associated with:**
loss of appetite
nausea

vomiting
bloody  blood-streaks  coffee-grounds
diarrhea
blood streaks  grossly bloody  mucous

**severity:**
maximum (1-10)
mild  moderate
severe
when seen in ED
(1-10)
none  almost gone
mild  moderate
severe

**exacerbated by:**
supine
upright pos.
movements / walking
cough / deep breaths
food
nothing

**relieved by:**
supine
upright pos.
remaining still
antacids
food
nothing

Similar symptoms previously _____
Recently seen / treated by doctor _____

**ROS** 2/30/1965

**GI**
constipation
last BM: seen
black / bloody stools

**GU**
bloody / dark urine
frequent / painful urination

**FEMALE REPRODUCTIVE**
LNMP
vaginal discharge
abnormal bleeding

| CONST |
| fever |
| chills |
| NEURO / EENT |
| headache |
| sore throat |
| blurred vision |
| CVS / PULMONARY |
| cough |
| trouble breathing |
| chest pain |
| MS / SKIN |
| skin rash |
| joint pain(s) |
| back pain |
| all systems neg. except as marked |

**PAST HX** ___ negative
peptic ulcer
    documented?  yes  no
gall stones
kidney stone(s)
bladder / kidney infection
heart disease
diabetes  insulin / oral / diet
GERD

abdominal aneurysm
pancreatitis
diverticulitis
ovarian cyst(s)
pelvic infection
high cholesterol
high blood pressure
+HIV / AIDS

other problems _____

**Surgeries / Procedures**
none / noncontributory
cholecystectomy
appendectomy
endoscopy

tonsillectomy
c-section
bilat tubal ligation
hysterectomy
cardiac bypass

**Medications**  none  see nurses note
ASA  NSAID  acetaminophen
BCP's

**Allergies**  NKDA
see nurses note

**SOCIAL HX** (smoker)
alcohol recent / heavy / occasional
drugs

**FAMILY HX**  gall stones  ovarian cysts  CAD  ulcer
kidney stones

C2001-2003 T-System, Inc. Circle or check affirmatives, backslash (\) negatives

## NEWTON GENERAL HOSPITAL
### EMERGENCY DEPARTMENT RECORD
### Physician Order Sheet

**LABS**
- ☒ Amyla
- ☐ Basic Metabolic Panel
- ☐ BNP (EN-PEP)
- ☒ CBC
- ☐ Cinn / GC
- ☐ CPK with MB if Elevated
- ☐ Culture
- ☐ GSTAN
- ☐ GGT
- ☐ Hepatic Function
- ☐ Inhouse Drug screen
- ☒ Lyxsss
- ☐ Magnesium
- ☐ Preg qual.
- ☐ Preg quant.
- ☐ PTT / PT
- ☐ TSH
- ☐ Troponin
- ☐ U/A
- ☐ Wet PR
- ☐ Stool
- ☐ Spin / G
- ☐ Spin / T
- ☐ Spin / L-S
- ☐ CXR    ☐ P
- ☐ Riba
- ☐ KUB
- ☐ ABD
- ☐ Shoulder    R L
- ☐ Scapular    R L
- ☐ Humerus    R L
- ☐ Elbow    R L
- ☐ F Arm    R L
- ☐ Wrist    R L
- ☐ Hand    R L
- ☐ Pelvis
- ☐ Hip    R L
- ☐ Femur    R L
- ☐ Knee    R L
- ☐ Tib Fib    R L
- ☐ Ankle    R L
- ☐ Foot    R L

**STANDARD PANELS**
- CSF pk
  - Glucose
  - Total Protein
  - Call ct and diff
  - CSF culture
- Vag pk
  - Chlamydia
  - GC
  - Gm Stain
  - Wet Prep
- Cardiac pk
  - EKG
  - PCXR
  - CBC
  - CPK    PT /PTT
  - BMP
  - Trop
  - Mg
- Psych
  - Inhouse drug screen
  - urine drug screen
  - CBC
  - BMP

**GT**
- Sinus    C S
- Head    C S
- Chest    C S
- abd    CIPO CIIV S
- pelvis    CIPO CIIV S

**US**
- ☐ U / S AED
- ☐ U / S Pelvis
- ☐ U / S Testes / Adnexa
- ☐ U / S Legs    R L

**CARDIORESPIRATORY**
- EKG
- aerosol with
- ABG   RA / C2
- Culture
  - urine blood x_____ stool
  - Stool leukocytes
  - Stool hemoccult

**Initial Nursing Orders**                         Noted
- ☐ Cardiac Monitor
- ☐ Pulse Oximeter
- ☐ Oxygen ____ LNC
  - titrate to keep sat greater than 95%
- ☐ Fully Disrobe / Gown
- ☐ Orthostatic Vitals
  - laying
  - sitting
  - standing
- ☐ Neuro checks q
- ☐ IV ___ INT _____ mL / hr

**Subsequent Nursing Orders**
Time   Orders                                        Noted
- ☐ Please repeat:  BP  HR  RR  Temp ____
- ☐ May be off cardiac monitor for radiology studies or transport.
- ☐ Obtain Medical Record

(handwritten orders)

Attending's name

**DISPOSITION**
☐ ADMIT    ☐ OBS    ☐ DISCHARGE
med / surg    telemetry    ICU    L & D
Dr. ____
Condition: ☐ critical ☐ improved ☐ stable ☐ other

☐ TRANSFER to :              Care of Dr. ____
Dr. ____
called
answered

**OFFICER SIGNATURE** ____

**MENTAL HEALTH** ____

**PHYSICIAN SIGNATURES / PA SIGNATURES**
1. ____    2. ____

**Discharge Instructions**

(handwritten)

# NEWTON MEDICAL CENTER
## EMERGENCY DEPARTMENT NURSING RECORD
### ACUITY CODE    I    (II)    III    (Circle One)

FORD, JEFFERY

DATE _4-23-5_    NAME _____    AGE _____    DOB _____

ARRIVED BY: ☐ Walked ☐ Carried ☐ W/C ☑ EMS _____    Pain Scale ___/10 H/C ___ CM, WT. ___ FLB

VITALS: Sitting B/P __110/ 79__    P __91__    R __16__    T __98.5__    (O R A) SpO₂ __12 / 30__   Standing B/P ___/___    P___
(Circle One)

C/O: _____

ALLERGIES: ☐ NKA ☐ Latex ☐ Iodine/Contrast ☑ PCN ☐ Sulfa ☐ Codeine

HISTORY:
☐ No significant history
☐ Cardiac
☐ Lung
☐ Neuro
☐ Surgery _____
Last Menstrual Period: _____ P: __ M: __ A: __

☐ Kidney _____
☐ Hypertension _____
☐ Cancer _____
☑ Diabetes _____
☐ Other: _____

MEDICATIONS:
☐ None
☐ See list

TETANUS: ☐ Unknown ☐ <5years ☐ >5 years
IMMUNIZATIONS: Up to date ☐ Yes ☐ No ☐ Unknown ☐ Newborn

Pupil Size: R ____ mm L ____ mm
Pupil Reaction: R ____ mm L ____ mm
Visual Acuity _____ Both
☐ Right Eye ☐ Left Eye

INTEGUMENTARY: ☐ WNL
☐ Cool ☐ Hot ☐ Pale
☐ Diaphoretic ☐ Cyanotic

GCS _____
☐ Brisk        ☐ Sluggish
☐ Equal/round ☐ Nonreactive

TB SCREENING: ☐ Unable to assess
Have you had a cough for more than 3 weeks: ☐ Yes ☑ No
If yes, have you been exposed to TB? ☐ Yes ☐ No
If yes, have you had a TB test? ☐ Yes ☐ No Results: + / –
Significant weight loss: ☐ Yes ☐ No;  Fever: ☐ Yes ☐ No
Hemoptysis: ☐ Yes ☐ No; Night Sweats: ☐ Yes ☐ No

TREATMENT PRIOR TO ADMISSION:
IV: _____ ASA: _____ NTG: _____ O₂: _____
HR: _____ R: _____ B/P: _____ SpO₂ _____
BG: _____ ☐ Back Board ☐ C-Collar ☐ splinting
Other: _____

NEEDS ASSESSMENT: ☐ None noted
Communication: ☐ Language barrier ☐ Other: _____
Primary Language: _____
Interpreter: ☐ Family ☐ Friend ☐ Other: _____
Psychosocial: ☐ Assist with ADL
Hearing: ☐ Impaired ☐ Other: _____
Vision: ☐ Impaired ☐ Other: _____
Religious Needs: _____

TRIAGE NURSE: _____    TIME: _____    PMD: _____

AIRWAY:
☑ Clear ☐ Obstructed ☐ Artificial

BREATHING:
☑ Unlabored ☐ Labored
☐ Retractions ☐ Stridor ☐ Assisted
Breath Sounds:
L  R
☑ Clear
☐ ☐ Coarse: _____
☐ ☐ Crackles: _____
☐ ☐ Wheezes: _____
☐ ☐ Diminished: _____
☐ ☐ Absent: _____

CIRCULATION: ☐ WNL
Radial: 0 1 2 3  Carotid: 0 1 2 3
Heart Tone: ☐ Clear ☐ Muffled
☐ Jugular Vein Distension
Edema: ☐ N/A ☐ L ☐ R ankles / legs
Other: _____
Capillary refill:  time _____ sec

NEURO:
☐ Alert and Oriented x _____
☐ Awake, confused ☐ Unresponsive
☐ Grip Strength: (use <, >,=) R___ L___
Speech: ☐ Clear ☐ Slurred
Facial Droop:  L  R

HEAD: ☐ WNL
HA _____
Description: _____
Location: _____
EYE: ☐ WNL
☐ Sclera _____
☐ Drainage _____
☐ Blurred Vision _____
EAR: ☐ WNL
☐ Drainage _____
☐ Other _____
NOSE: ☐ WNL ☐ Injury
☐ Bleeding/Drainage _____
☐ Other _____
NECK/THROAT: ☐ WNL
Nuchal Rigidity ☐ Yes ☐ No
CHEST: ☐ WNL
Contusions _____
Abrasions _____
Lacerations _____
Deformity _____
Radiation _____
Other: _____
Cough: ☐ Productive ☐ Non-productive

MUSCULOSKELETAL: ☐ WNL
Upper Extremities        R   L
Contusion _____
Abrasion _____
Laceration _____
Swelling _____
Deformity _____
Other: _____
Lower Extremities        R   L
Contusion _____
Abrasion _____
Laceration _____
Swelling _____
Deformity _____
Other _____
Pelvis: ☐ Stable ☐ Unstable
Back
Contusion _____
Abrasion _____
Laceration _____
Swelling _____
Deformity _____
Other: _____

ABDOMEN: ☐ WNL
Bowel sounds:
☐ Decreased _____
☐ Increased _____
☐ Absent
☐ Soft ☐ Firm
☐ Rigid ☐ Distended ☐ Tender
☐ Nausea ☐ Vomiting ☐ Diarrhea
Other: _____
GU/GYN: ☐ WNL
☐ Frequency ☐ Urgency ☐ Burning
☐ Hematuria ☐ Unable
Discharge/bleeding:
☐ Yes ☐ No ☐ Odor
Pregnant: ☐ Yes ☐ No
EDC: _____ FHT: _____ bpm
Location: _____
PEDIATRIC:
☐ Consolable ☐ Playful ☐ Alert
☐ No eye contact ☐ Inconsolable
Fontanelles:
☐ Full ☐ Bulging ☐ Depressed
☐ Flaccid muscle tone
Mucous membranes:
☐ Moist ☐ Dry
PSYCHIATRIC: ☐ Appropriate
☐ Cooperative ☐ Depressed
☐ Agitated ☐ Combative
☐ Drug /ETOH abuse
Other: _____

VALUABLES: ☐ Yes ☐ No ☑ With Patient   Given to: _____

PRIMARY NURSE: _____    TIME: _1350_

NMC200188B
REV. 12/29/0?

# PHYSICAL EXAM

**General Appearance**
- ✓ no acute distress
- ✓ alert

___ mild / moderate / severe distress ___
___ anxious / lethargic ___
___ IV ___

**EENT**
- ✓ eyes inspection nml
- ✓ EENT inspection nml
- ✓ pharynx nml

___ scleral icterus / pale conjunctivae ___
___ pharyngeal erythema ___
___ abnml TM / hearing deficit ___

**NECK**
- ✓ nml inspection

___ thyromegaly ___
___ lymphadenopathy ( R / L ) ___

**RESPIRATORY**
- ✓ no resp. distress
- ✓ breath sounds nml

___ wheezing ___
___ rales / rhonchi ___

**CVS**
- ✓ regular rate, rhythm
- ✓ heart sounds normal

___ irregularly irregular rhythm ___
___ tachycardia / bradycardia ___
___ JVD present ___
___ gallop ( S3 / S4 ) ___
___ murmur   grade ___ /6   sys / dias ___
___ decreased pulse(s) ___
   R carotd___ fem___ dors ped ___
   L carotd___ fem___ dors ped ___

Key box:
```
T = tenderness
G = guarding
R = rebound
m = mild
mod = moderate
sv = severe
Example-
Trv= sev. tenderness
```

**ABDOMEN**
- ✓ soft
- ___ non-tender
- ___ no organomegaly
- ✓ nml bowel sounds
- ___ no pulsatile mass

___ distention ___
___ tenderness _____
___ guarding / rebound ___
___ hepatomegaly / splenomegaly / mass ___
___ abnormal bowel sounds ___
   increased / decreased / absent / tympanic
___ prominent aortic pulsations ___

**PELVIC EXAM**
- ___ external exam nml
- ___ speculum exam nml
- ___ bimanual exam nml

___ vaginal bleeding / discharge ___
___ cervical motion tenderness ___
___ adnexal tenderness ( R / L ) ___
___ enlarged / tender uterus ___
___ adnexal mass ( R / L ) ___

**MALE GENITAL**
- ✓ normal inspection

___ tenderness / swelling   testicular / inguinal ___

**RECTAL**
- ___ non-tender
- ___ heme neg stool

___ black / bloody / heme pos. stool ___
___ tenderness ___
___ stool + ___

**BACK**
- ✓ normal inspection

___ CVA tenderness ( R / L ) ___

**SKIN**
- ___ color nml, no rash
- ✓ warm, dry

___ cyanosis / diaphoresis / pallor ___
___ skin rash ___

**EXTREMITIES**
- ✓ non-tender
- ✓ normal ROM
- ✓ no pedal edema

___ pedal edema ___
___ calf tenderness ___

**NEURO / PSYCH**
- ✓ oriented x3
- ✓ mood / affect nml
- ✓ CN's nml as tested
- ✓ no motor / snsry deficit

___ disoriented   to: person / place / time ___
___ depressed affect ___
___ facial droop / EOM palsy / anisocoria ___
___ weakness / sensory loss ___

## LABS, EKG & XRAYS

| CBC | | Chemistries | | | UA |
|---|---|---|---|---|---|
| normal except | | normal except | | Lipase ___ | normal except: |
| WBC 6.1 | | Na 145 | | Amylase ___ | WBC ___ |
| Hgb 13.7 | | K 3.4 | | Alk Phos ___ | RBC's ___ |
| Hct 38.4 | | Cl 108 | | SGPT ___ | bacteria ___ |
| Platelets 221 | | CO2 29 | | Quant. ___ | dip: ___ |
| segs 45 | | Gluc 81 | | BHCG / Qual. ___ | |
| bands ___ | | BUN ___ | | serum / urine ___ | |
| lymphs 39 | | Creat 1.0 | | preg ___ | |
| monos ___ | | Ca 9.4 | | POS  NEG ___ | |

**EKG MONITOR STRIP** ___ NSR ___ Rate ___

EKG   ☐ NML   ☐ Read by me   ☐ Read by Dr ___
___ NSR   ___ nml intervals   ___ nml axis   ___ nml QRS   ___ nml ST/T
not / changed from: ___

XRAYS-   ☐ Read by me   ☐ Read by Dr ___
___ KUB   ___ Upright abd   ☐ 3-view   ___ CXR pa lat ap
___ nml / NAD   ___ nml bowel gas   ___ no free air   ___ no mass
___ no infiltrates   ___ nml heart size   ___ nml mediastinum
not / changed from: ___
IVP- ___
CT- ___
Ultrasound   ___ nml   ___ GB stones / pericolic fluid / thick GB wall
___ dilated common duct   ___ abnml pancreas / aorta / pelvic / appendix
Pulse Ox ___ %   on RA / ___ L / ___ % at (time) ___

## PROGRESS:

Time ___   unchanged   improved   re-examined
___
Discussed with Dr. ___   Time ___
will see patient in:  office / ED / hospital
___
___ Counseled patient / family regarding: ___
___ lab results   diagnosis   need for follow-up
___ Admit orders written
___ Prior records ordered

___ CRIT CARE-  30-74 min
   75-104 min ___ min
___ Additional history from:
family caretaker paramedics

## CLINICAL IMPRESSION:

| | |
|---|---|
| Abdominal Pain - acute | Appendicitis – acute |
| Vomiting | Aortic Aneurysm – ruptured |
| Ureterolithiasis / Renal Colic R / L | M.I. / Angina / Mesenteric Ischemia |
| U.T.I. / Pyelonephritis – acute | Bowel Perforation / Obstruction |
| Gastroenteritis / Gastritis acute | Pancreatitis – acute |
| Peptic Ulcer Disease | Cholecystitis-w/cholelithiasis / acalculous |
| Pelvic Inflammatory Disease | Biliary Colic |
| Ovarian Cyst  ruptured  torsed | Diverticulitis – acute |
| GERD | |

___ I, the Physician, have evaluated the patient and the work-up and agree
with the PA's documentation.
___
___
___                                                   PA
___                                                   MD
☐ Template Complete

EMERGENCY DEPARTMENT NURSING RECORD

## IV THERAPY / BLOOD PRODUCTS

| Time | Catheter | Site | Solution | Amount | Rate | Site Status | Initials |
|------|----------|------|----------|--------|------|-------------|----------|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

## MEDICATIONS

| Time | Pain | Drug | Dose | Route/Site | Initials |
|------|------|------|------|------------|----------|
| 1415 | | Pepcid | 20 in | OO | |
| | | Levsin | 0.25 | IU | |
| | | Decadron | 5mg | IM | |

## INTAKE

| Time | P.O. | IV | Other |
|------|------|----|----|
| | | | |
| | | | |

## OUTPUT

| Urine | NG Emesis | Drainage | Other |
|-------|-----------|----------|-------|
| | | | |
| | | | |

| Time | Temp | HR | Rhythm | Resp | BP | SpO2 | Pain | GCS | Initials |
|------|------|----|----|------|----|----|----|----|----|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

## PROCEDURES / EDUCATIONAL NEEDS:

| Time / Initials | |
|---|---|
| 1400 / LAB | Blood Drawn / Sent / UA |
| / | Culture: Throat / Cervical / Wound |
| / | EKG to: _____ |
| / | Foley # _____ / Female _____ |
| / | Cardiac Monitor |
| / | Glucose _____ mg/d l |
| / | O2 _____ L via: _____ |
| / | Pelvic Exam by: _____ |
| / | Ice pack / wound cleansing / sutures |
| / | Splinting |

## MULTIDISCIPLINARY PROGRESS NOTES

| TIME | | INITIALS |
|------|---|----------|
| 1300 | *(handwritten notes)* | |
| 1315 | | |
| 1400 | | |

## DISCHARGE VITALS:

| Temp | Pulse | Resp | B/P |
|------|-------|------|-----|
| | | | |

| Pain | SpO2 | GCS | Initials |
|------|------|-----|----------|
| | | | |

## DISCHARGE DISPOSITION:

Admitted / Transferred / Returned to: ☐ OR ☐ GI Lab
☐ Other hospital ☐ Hospice ☐ Other: _____
☐ Inpatient Room #: _____
☐ Report called to: _____ Time: _____
Discharged to:
☑ Home ☐ Nursing Home ☐ Physician's Office
☐ Mental Health _____
☐ _____ Funeral Home
☐ Medical Examiner
☐ Left without treatment
☐ AMA ☐ DOA
Discharged via:
☑ Ambulatory ☐ Carried ☐ Wheelchair
☐ Stretcher ☐ Ambulance Service
Accompanied by: ☑ Family ☐ Friend ☐ Sheriff
Other: _____

## AFTERCARE INSTRUCTIONS: ☐ N/A

☑ Given to patient / responsible adult
☑ Written instructions ☐ Work / school excuse
☑ Verbalized understanding
☐ Patient declined ☐ Sent with patient to Nursing / PC Home
☐ Given by Physician
D/C Nurse: _____ 1600

## DISCHARGE ASSESSMENT

☐ Same ☐ Good ☑ Improved ☐ Critical ☐ Expired

| Signature/Title | Initials | Signature/Title | Initials |
|-----------------|----------|-----------------|----------|
| *(signature)* | | | |

State of Georgia - Patient Care Report    Use Blue/Black Ink - Press Firmly

| Service Name Newton EMS | Service # 262 | Response # 06-2330 | Today's Date 4-23-05 |
|---|---|---|---|

| Incident Location 4050 A Spillers Dr | Transported To NMY000121211+31 |
|---|---|

**PATIENT INFO**

| Patient Last Name Sanford | First Jeffery | MI | Personal MD R000184685 | Treating MD ER |
| Street Address [redacted] | | | Responsible Party SANFORD, JEFFERY / RROWICKI, JOHN A MD | Phone |
| City Cov | State GA | Zip Code 30014 | Street Address | Phone 4/23/2005 |
| Phone | Age 39 | DOB [redacted] | Gender M | City | State | Zip Code |
| Social Security # [redacted] | Hosp. Record # | | | 12/30/1965 | 39 SELF |

| CHIEF COMPLAINT | Abdominal pain w/ blood in stool |
|---|---|
| CURRENT MEDICATIONS | ☐ None Known | Thiamine Nacc, Zantac Tylenol |
| ALLERGIES (MEDS) | ☐ None Known | PCN Bee Stings |
| PAST MEDICAL HX | ☐ None Known | Colon hemorrhoids HTN DM |
| NARRATIVE | |

S) EMS called to 39 y/o m pt. c/o abdominal pain and
blood in Stool for 2 days. Upon arrival pt found lying
on lawn stating he was weak and sick.
O) Pt (A + Ox 3 airway open + clear respirations 18/min. pt had
good color on extremities, pt skin pink warm palpable
pulse with other s/s. Pt advised pt c/o last bowel 2 days
ago c/o pain again. Pt ambulated to stretcher.
Pt Vc taken. 20 G IV attempted (R) AC unsuccessful. 20 G
IV attempted (L) AC unsuccessful. Pt. vc given to nurse @
NMC pt. care handed over to receiving staff.

| TIME | EMT # | PULSE | RESP | B/P | Sa02 | NEURO | ORDERS - TREATMENT - RESPONSE - Rx - EKG |
|---|---|---|---|---|---|---|---|
| 1218 | 35150 | 90 | 18 | 140/90 | 99 | A | Oral Temp 98.8 20 G IV (R) AC |
| 1228 | 35150 | 100 | 18 | 122/88 | 98 | A | 20 G IV (L) AC both unsuccessful |
| | | | | / | | | |
| | | | | / | | | |
| | | | | / | | | |
| | | | | / | | | |
| | | | | / | | | |
| | | | | / | | | |
| | | | | / | | | |
| | | | | / | | | |
| | | | | / | | | |
| | | | | / | | | |

| Patient Received By [signature] | Date |
|---|---|
| Physician's Signature | Date |

| Drv/Medic [signature] Elisha Kemp | Certification and Number |
|---|---|
| Medic 1 | Certification and Number A 35150 |
| Medic 2 | Certification and Number |

13485082

# NEWTON GENERAL HOSPITAL
## COVINGTON, GEORGIA

PT NAME: SANFORD,JEFFERY    MR NUMBER: M000184685
ROOM-BED:    PT NUMBER: V00012408431
AGE: 39    SEX: M    DOB: ▬▬▬▬▬    PT Status: DEP ER

JOB # 350898

XRAY # 143391

ACUTE ABDOMEN SERIES: 04/23/05

INDICATION:   Abdominal pain and blood in stool.

CHEST:

A single frontal view of chest was obtained.

The cardiovascular structures, lungs and thoracic skeleton are unremarkable for age.

**IMPRESSION:**

**NORMAL CHEST FILMS.**

ABDOMEN:

Upright and supine views of abdomen show air-filled loops of small and large bowel without distention. An occasional air-fluid level is present. No free air is noted in the peritoneum. The psoas outlines are obscured. No mass is identified. Several calcifications in the pelvis are probably representing phleboliths. Bones are normal.

**IMPRESSION:**

**A NONSPECIFIC BOWEL GAS PATTERN.**

<Electronically signed by ALMASS N WELJI MD>
_____
WELJI, ALMASS N MD

WELAL/MBAILEY
D:04/24/05
T:04/27/05
# 0427-0030

RADIOLOGY REPORT

Medical Records
Medical Records' copy

Page 1 of 2

RUN DATE: 04/23/05
RUN TIME: 1442

**Newton General Hospital**
5126 Hospital Drive
Covington, Georgia 30014
Jo Marie Lyons, MD, Laboratory Director

PAGE 1

---

| | |
|---|---|
| Name:   SANFORD,JEFFERY | Age/Sex: 39/M     Attend Dr: KROWICKI,JOHN A MD |
| Acct#: V00012408431  Unit#: M000184685 | Status:  REG ER    Location:  ER |
| Reg:   04/23/05    Disch: | DOB: ████████5 |

---

Specimen: 0423:H00059S  Collected: 04/23/05-1414   Status:  COMP    Req#: 00229598
                        Received:  04/23/05-1414   Subm Dr: KROWICKI,JOHN A MD

FAX TO:

Ordered:  CBC
Comments: Comments to Phlebotomist: ER FT 2

---

| Test | Result | Flag | Reference |
|---|---|---|---|
| *COMPLETE BLOOD COUNT* | | | |
| > WHITE BLOOD COUNT | 6.1 | | 4.5-11.0 K/mm3 |
| > RBC | 4.10 | L | 4.60-6.20 M/mm3 |
| > HEMOGLOBIN | 13.2 | L | 13.5-17.5 g/dL |
| > HEMATOCRIT | 38.4 | L | 41.0-53.0 % |
| > MCV | 93.6 | | 80.0-100.0 fl |
| > MCH | 32.2 | H | 27.0-31.0 pg |
| > MCHC | 34.4 | | 31.0-37.0 g/dL |
| > RDW | 14.1 | | 11.5-14.5 % |
| > PLATELET COUNT | 221.0 | | 150.0-350.0 K/mm3 |
| > MPV | 7.6 | | fL |
| > AUTO NEUT | 45.4 | | 40-70 % |
| > AUTO LYMPH | 39.5 | | 22-44 % |
| > AUTO MONO | 11.5 | H | 2-8 % |
| > AUTO EOS | 3.0 | | 1-5 % |
| > AUTO BASO | 0.6 | | 0-3 % |
| > NRBC % | 0.0 | | 0.0-1.00 |

** END OF REPORT **

RUN DATE: 04/23/05
RUN TIME: 1459

Newton General Hospital
5126 Hospital Drive
Covington, Georgia 30014
Jo Marie Lyons, MD, Laboratory Director

PAGE 1

---

Name: SANFORD,JEFFERY                Age/Sex: 39/M        Attend Dr: KROWICKI,JOHN A MD
Acct#: V00012408431 Unit#: M000184685  Status: REG ER    Location: ER
Reg: 04/23/05    Disch:                                   DOB:

---

Specimen: 0423:C00070S  Collected: 04/23/05-1414  Status: COMP    Req#: 00229598
                        Received:  04/23/05-1414  Subm Dr: KROWICKI,JOHN A MD

FAX TO:

Ordered: BMP, AMYLASE, LIP
Comments: Comments to Phlebotomist: ER FT 2

---

| Test | Result | Flag | Reference |
|------|--------|------|-----------|
| BASIC METABOLIC PANEL | | | |
| > SODIUM LEVEL | 143 | | 135-146 MMOL/L |
| > POTASSIUM LEVEL | 3.4 | L | 3.5-5.0 MMOL/L |
| > CHLORIDE LEVEL | 108 | H | 98-107 MMOL/L |
| > CARBON DIOXIDE | 29 | | 22-31 MMOL/L |
| > GLUCOSE | 81 | | 75-110 mg/dL |
| > BUN | 14 | | 9-21 mg/mL |
| > CREAT SERUM | 1.0 | | 0.8-1.5 mg/dL |
| > CALCIUM LEVEL | 9.4 | | 8.4-10.1 mg/dL |
| > AMYLASE LEVEL | 75 | | 30-110 U/L |
| > LIPASE | 271 | | 114-286 U/L |

** END OF REPORT **

Newton General Hospital
5126 Hospital Drive
Covington, Georgia 30014
Jo Marie Lyons, MD, Laboratory Director

SPEC #: 0423:H00059S    PATIENT: SANFORD, JEFFERY    #V0001240843I   (Continued)

| Test | Result | Flag | Reference |
|------|--------|------|-----------|
| > MCV | 93.6 | | 80.0-100.0 fl |
| > MCH | 32.2 | H | 27.0-31.0 pg |
| > MCHC | 34.4 | | 31.0-37.0 g/dL |
| > RDW | 14.1 | | 11.5-14.5 % |
| > PLATELET COUNT | 221.0 | | 150.0-350.0 K/mm3 |
| > MPV | 7.6 | | fL |
| > AUTO NEUT | 45.4 | | 40-70 % |
| > AUTO LYMPH | 39.5 | | 22-44 % |
| > AUTO MONO | 11.5 | H | 2-8 % |
| > AUTO EOS | 3.0 | | 1-5 % |
| > AUTO BASO | 0.6 | | 0-3 % |
| > NRBC % | 0.0 | | 0.0-1.00 |

** CONTINUED ON NEXT PAGE **

RUN DATE: 04/23/05
RUN TIME: 1532

**Newton General Hospital**
5126 Hospital Drive
Covington, Georgia 30014
Jo Marie Lyons, MD, Laboratory Director

PAGE 1

| | | |
|---|---|---|
| Name: SANFORD,JEFFERY | Age/Sex: 39/M | Attend Dr: KROWICKI,JOHN A MD |
| Acct#: V00012408431 Unit#: M000184685 | Status: REG ER | Location: ER |
| Reg: 04/23/05 Disch: | | DOB: |

Specimen: 0423:CM00010S Collected: 04/23/05-1414   Status:   COMP      Req#: 00229598
                    Received:  04/23/05-1414   Subm Dr: KROWICKI,JOHN A MD

FAX TO:

Ordered: BNPEP
Comments: Comments to Phlebotomist: ER FT 2

| Test | Result | Flag | Reference |
|---|---|---|---|
| B-NATRIURETIC PEPTIDE ASSAY | | | |
| >   B-NATRIURETIC PEPTIDE ASSAY | 6.1 | | 0-100 |
| >  BNP INTERNAL QC | OK | | |

** END OF REPORT **




# *SHERIFF OF LEE COUNTY*

# *JAY JONES*

*P.O. BOX 2407*
*OPELIKA, AL 36803-2407*
*PHONE (334)737-3582*
*FAX (334)737-3574*
*E-MAIL: LCSO@MINDSPRING.COM*

### *FACSILILE COVER SHEET*

DATE: 2/15/06

ATTN: Medical Records    Newton Medical Center

FROM: Nursing Dept    ext 3590

MESSAGE: _____
_____
_____
_____
_____
_____
_____
_____
_____

NUMBER OF PAGES INCLUDING COVER SHEET ___2___

# (678) 625-2068



faxed
2/15/06

[check all that apply]:

| ( ) use the following health information maintained by Lee County Sheriff's Office. | (✓) disclose the following health Information to: LEE COUNTY SHERIFF 2311 GATEWAY DRIVE OPELIKA, AL 36803 | (✓) obtain the following health information from: EAMc Newton County Hosp EL D.Almon |

Specific description of the health information to be used/disclosed/obtained (include dates of service, type of service, etc) : Any & all information about abd pain

This health information is used/disclosed/obtained for the purpose (if Authorization requested by the patient put: "At the request of the individual"): Court Type 5 D M = Farley

I understand that this health information may include information regarding drugs and alcohol, human immunodeficiency virus test results, and psychotherapy notes.

If the disclosure is for marketing purposes, will the Lee County Sheriff's Office directly or indirectly receive remuneration for the disclosure of health information? Yes ___ No ___ N/A ___.

By providing this Authorization, I understand as follows:

I understand that this Authorization is voluntary. I may refuse to sign this Authorization and my treatment and/or payment obligations will not be affected.

1. I understand that this Authorization is voluntary. I may refuse to sign this Authorization and my treatment and/or payment obligations will not be affected.
2. I understand that the health information to be released may be subject to re-disclosure by the recipient of the health information and no longer protected by the Federal Privacy Rules.
3. I understand that I may revoke this Authorization at any time by notifying the Lee County Sheriff's Office in writing, but if I do, it will not have any effect on uses or disclosures prior to the receipt of the revocation.
4. I understand that I will receive a copy of this Authorization form after I sign it.
5. I understand that this Authorization will expire on __2_ / _6_ / _07_ (MM/DD/YR) or upon the following event (if for research put "None" or "End of the research study"):_____ If an expiration date is not chosen, this authorization will cease to be valid 90 days from the date of signature.

_Jeffery B. Sanford, Jr._        _Feb 7, 06_
Signature of Patient or Patient Representative        Date

_____
Printed Name of Patient's Representative (if applicable)

_____
Representative's Relationship to Patient (if applicable)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| LEE COUNTY SHERIFF'S OFFICE | PATIENT INFORMATION |
| PATIENT AUTHORIZATION FOR USE AND/OR DISCLOSURE OF PROTECTED HEALTH INFORMATION | PATIENT NAME: _Sanford Gregory_ SOCIAL SECURITY NO. 3▓▓▓▓▓▓5 DATE OF BIRTH ▓▓▓▓▓▓ |



LEE COUNTY
# CORRECTIONAL CARE

## MEDICAL INFORMATION TRANSFER FORM
### Confidential Medical Data

KILBY CORRECTIONAL FACILITY
(Agency)
P.O. BOX 125
(Address)
MT. MEIGS, AL  36057-0125

Inmate's Name: Sanford, Jeffery Bernard

a/k/a:

D.O.B.: ▓▓▓▓▓    ID# ▓▓▓▓▓▓
Person Completing Form

To:
LEE COUNTY DETENTION CENTER
(Institution)
P.O. BOX 688
(Address)
OPELIKA, AL  36801  (334-749-5651)
(Telephone)

Print Name: D. Burke LPN

Signature: D. Burke LPN

Date: 08/12/03

| MEDICAL PROBLEM(S) | TREATMENTS/MEDICATIONS |
|---|---|
| None | None |

| | | | | | |
|---|---|---|---|---|---|
| Allergies: | | TB Skin Test: | NEG | POS | Date |
| | | CXR: | NEG | POS | Date |
| | Yes  No  Unknown | Test | | Treated | Date |
| | | RPR: NEG  POS | Yes No | | |
| Lab Data: | | VDRL: NEG  POS | Yes No | | |
| | | GC: NEG  POS | Yes No | | |
| | | Other: | Yes No | | |

— Receiving Institution —        Medical File —




# SHERIFF OF LEE COUNTY

## JAY JONES

P.O. BOX 688
OPELIKA, AL 36803-0688

E-mail:
lcso@mindspring.com

Phone (334) 749-5651
Fax (334) 749-4835

### ATTENTION NURSING

I <u>Jeffery Sanford</u> HEREBY GIVE MY

CONSENT FOR <u>E. A. M. C.</u>

TO RELEASE ANY AND ALL MEDICAL INFORMATION PERTITENT

TO MY MEDICAL HISTORY TO LEE COUNTY SHERIFF DEPART-

MENT.

‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
SS#

‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
PATIENT/INMATE SIGNATURE

‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
DOB

7-19-03
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
DATE

ADDRESS:   LEE COUNTY SHERIFF DEPARTMENT
           JAY JONES, SHERIFF
           POST OFFICE BOX 688
           OPELIKA, AL.          36804

```
                              LEE COUNTY SHERIFF'S OFFICE
03/28/2006     10:14:37         INMATE BOOKING SHEET                 PAGE    1
================================================================================
BOOKING NO: 060001328

INMATE NAME: SANFORD JEFFERY BERNARD
       ALIAS:                                      RACE: B      SEX: M
       ALIAS:                                        HT: 6'01"  HAIR: BLK
     ADDRESS: ███████████████                        WT: 255    EYES: BRO
 CITY/ST/ZIP: OPELIKA, AL 36801               COMPLEX:
  HOME PHONE: ████████████                       SSN: ████████████
         DOB: ████████ AGE:  40                DL ST: AL     DLN: ████████
  PLCE BIRTH: INDIANAPOLLIS                      SID:
       STATE: IN                               LOCID: 3823
   M. STATUS:
    RELIGION: CHRISTIAN
  GANG ASSOC: NONE
SCARS/TATTOOS: NONE
KNOWN ENEMIES: NONE
     REMARKS: NONE
-------------------------------- NEXT OF KIN ----------------------------------
  NEXT OF KIN: JOAN FOREMAN              RELATIONSHIP: FRIEND
      ADDRESS: SAA                              PHONE: 000-864-0973
  CITY/ST/ZIP: ,
      REMARKS:
------------------------------- EMPLOYER INFO ---------------------------------
     EMPLOYED: N
EMPLOYER NAME: SOUTHERN UNION
      ADDRESS:
  CITY/ST/ZIP: OPELIKA, AL 36801
        PHONE: 334-745-0325
--------------------------------- MEDICAL -------------------------------------
  HANDICAPPED: Y  NEEDS:
      GLASSES: N  SMOKE: N
MEDICAL NEEDS: N  NEEDS: N
    PHYSICIAN:                        PHONE: 000-000-0000
      REMARKS: FRACTURED WRIST,

      REMARKS: ALLERGEIC TO PENNCILLIN, WASP STINGS, BEE STINGS
      REMARKS:
--------------------------------- PROPERTY ------------------------------------
         CASH:       $00.00
  DESCRIPTION:
 DD. PROPERTY: STREET CLOTHES,LIGHTER,KEYS,BELT,(SILVER WATCH)
 DD. PROPERTY:
 DD. PROPERTY:
   BIN NUMBER: 311
 EH IMPOUNDED:
  IMPOUND LOT:
      REMARKS:
      REMARKS:
================================================================================
 HAVE READ THE ABOVE ACCOUNTING OF MY PERSONAL INFORMATION, MEDICAL
NFORMATION, MONEY, AND OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.

NMATE:_____  DATE:_____  TIME:_____

OK OFFICER:_____  DATE:_____  TIME:_____
```

```
                              LEE COUNTY SHERIFF'S OFFICE
03/28/2006     10:14:37        INMATE BOOKING SHEET                    PAGE    2
================================================================================
BOOKING NO: 060001328      INMATE NAME: SANFORD JEFFERY BERNARD
================================================================================
          COURT: CIRCUIT              ATTORNEY ON REC:
          JUDGE: DENSON                       PHONE: 000-000-0000
        REMARKS:
        REMARKS:
--------------------------------------------------------------------------------
    BOOK DATE: 03/13/2006  BOOK TIME: 07:23  BOOK TYPE: NORMAL

   ARREST DATE: 03/13/2006        BOOKING OFFICER: DOWDELL S
   ARREST DEPT: LCSO              CELL ASSIGNMENT: F4
 ARRST OFFICER: MARTINEZ               MEAL CODE: 01   LEE COUNTY
 PROJ. RLSDATE: 00/00/0000              FACILITY: 01   COUNTY JAIL
  SEARCH OFFCR: CPL.COWHICK         CLASSIFICATION:
   TYPE SEARCH: DRESSED OUT          WORK RELEASE: N
 INTOX RESULTS: SOBER

         HOLDS: N
        AGENCY:                  REASON:
        AGENCY:                  REASON:
        AGENCY:                  REASON:
        AGENCY:                  REASON:

         NOTES:
         NOTES:
         NOTES:
```

```
                          LEE COUNTY SHERIFF'S OFFICE
03/28/2006    10:14:37         INMATE CHARGE SHEET                    PAGE    3
===============================================================================
BOOKING NO: 060001328    INMATE NAME: SANFORD JEFFERY BERNARD
===============================================================================
  CHARGE NO:   1  DISPOSITION: DROPPED              HOLD: N

ALA STATUTE:                           # OF COUNTS:    0
   OFFENSE:                            WARRANT #:
    CASE #: CC2006-000037.00
  BOND AMT: 0                                 FINE:       $0.00
  BAIL AMT: 0
INIT APPEAR: 00/00/0000            SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 03/13/2006             ARST AGENCY: LCSO
ARST OFFICR: MARTINEZ                    COUNTY: LEE
      COURT: CIRCUIT                      JUDGE: DENSON
DEF ATTORNY:                       DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
  CHARGE NO:   2  DISPOSITION: OPEN                 HOLD: N

ALA STATUTE: CC06-37                   # OF COUNTS:    0
   OFFENSE: THEFT II                   WARRANT #:
    CASE #: CC06-37
  BOND AMT: 3000                              FINE:       $0.00
  BAIL AMT:
INIT APPEAR: 00/00/0000            SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 03/14/2006             ARST AGENCY: BAD BOYZ
ARST OFFICR: CORY MARADUKE               COUNTY: LEE
      COURT:                              JUDGE: DENSON
DEF ATTORNY:                       DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```

```
                              LEE COUNTY SHERIFF'S OFFICE
02/01/2006    10:38:42           INMATE BOOKING SHEET                    PAGE    1
==================================================================================
BOOKING NO: 060000564

INMATE NAME: SANFORD JEFFERY BERNARD
        ALIAS:                                   RACE: B      SEX: M
        ALIAS:                                     HT: 6'01"  HAIR: BLK
      ADDRESS: ████████████ #510                   WT: 255    EYES: BRO
  CITY/ST/ZIP: OPELIKA, AL 36801          COMPLEX:
   HOME PHONE: ███-███-████                    SSN: ███████████
          DOB: ██/██/1965  AGE:  40         DL ST: AL     DLN: █████████
  PLCE BIRTH: INDIANAPOLLIS                    SID:
        STATE: IN                           LOCID: 3823
    M. STATUS: SINGLE
     RELIGION: CHRISTIAN
   GANG ASSOC: NONE
 SCARS/TATTOOS: NONE
 KNOWN ENEMIES: NONE
      REMARKS: NONE
----------------------------- NEXT OF KIN ----------------------------------------
  NEXT OF KIN: JOAN FOREMAN               RELATIONSHIP: FRIEND
      ADDRESS: SAA                               PHONE: 000-864-0973
  CITY/ST/ZIP: ,
      REMARKS:
----------------------------- EMPLOYER INFO --------------------------------------
     EMPLOYED: N
EMPLOYER NAME: SOUTHERN UNION
      ADDRESS:
  CITY/ST/ZIP: OPELIKA, AL 36801
        PHONE: 334-745-0325
----------------------------- MEDICAL --------------------------------------------
  HANDICAPPED: Y  NEEDS:
      GLASSES: N  SMOKE: N
 MEDICAL NEEDS: N  NEEDS: N
    PHYSICIAN:                      PHONE: 000-000-0000
      REMARKS: FRACTURED WRIST,

      REMARKS: ALLERGEIC TO PENNCILLIN, WASP STINGS, BEE STINGS
      REMARKS:
----------------------------- PROPERTY -------------------------------------------
         CASH:        $00.00
  DESCRIPTION:
 ADD. PROPERTY: WALLET, BELT, HAT, JACKET, DU RAG,
 ADD. PROPERTY:
 ADD. PROPERTY:
   BIN NUMBER: 193
 VEH IMPOUNDED:
  IMPOUND LOT:
      REMARKS:
      REMARKS:
==================================================================================
I HAVE READ THE ABOVE ACCOUNTING OF MY PERSONAL INFORMATION, MEDICAL
INFORMATION, MONEY, AND OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.

INMATE:_____   DATE:_____   TIME:_____

BOOK OFFICER:   D Blail        DATE: 2-1-06   TIME: 1040
```

```
                          LEE COUNTY SHERIFF'S OFFICE
02/01/2006    10:38:42    MEDICAL SCREENING FORM                    PAGE 1
==========================================================================
Booking No: 060000564  Date: 02/01/2006   Time: 10:29  Type: NORMAL
Agency to Bill: LEE COUNTY                 Facility: COUNTY JAIL

Inmate Name: SANFORD JEFFERY BERNARD                Race: B      Sex: M
     DOB: ███████5  Age: 40   SSN: █████████      Height: 6'01"  Weight: 255
--------------------------------------------------------------------------
```

1. Is inmate unconscious?

2. Does inmate have any visible signs of trauma, illness, obvious pain and bleeding, requiring immediate emergency or doctor's care?

3. Is there obvious fever, swollen lymph nodes, jaundice or other evidence of infection that might spread through the facility?

4. Any signs of poor skin condition, vermin, rashes or needle marks?

5. Does inmate appear to be under the influence of drugs or alcohol?

6. Any visible signs of alcohol or drug withdrawal?

7. Does inmate's behavior suggest the risk of suicide or assault?

8. Is inmate carrying any medication?

9. Does the inmate have any physical deformities?

10. Does inmate appear to have psychiatric problems?

11. Do you have or have you ever had or has anyone in your family ever had any of the following?

| | | |
|---|---|---|
| a. Allergies | f. Fainting Spells | k. Seizures |
| b. Arthritis | g. Hearing Condition | l. Tuberculosis |
| c. Asthma | h. Hepatitis | m. Ulcers |
| d. Diabetes | i. High Blood Pressure | n. Venereal Disease |
| e. Epilepsy | j. Psychiatric Disorder | o. Other (Specify) |

Other: _____

_____

12. For females only:

_____ a. Are you pregnant?

_____ b. Do you take birth control pills?

```
07/18/2003    14:15:28      LEE COUNTY SHERIFF'S OFFI
                            INMATE BOOKING SHEET                    PAGE    1
===============================================================================
BOOKING NO: 030003117

INMATE NAME: SANFORD JEFFERY BERNARD
        ALIAS:                              RACE: B      SEX: M
        ALIAS:                                HT: 6'01"  HAIR: BLK
      ADDRESS:                                WT: 255    EYES: BRO
  CITY/ST/ZIP: OPELIKA, AL 36801         COMPLEX:
   HOME PHONE:                               SSN:
          DOB:            AGE:  37        DL ST: AL      DLN:
  PLCE BIRTH: INDIANAPOLLIS                   SID:
        STATE: IN                           LOCID: 3823
     M. STATUS: MARRIED
      RELIGION: CHRISTIAN
   GANG ASSOC: NONE
SCARS/TATTOOS: NONE
KNOWN ENEMIES: NONE
      REMARKS: NONE
----------------------------- NEXT OF KIN ------------------------------------
  NEXT OF KIN: BARBARA SANFORD         RELATIONSHIP: WIFE
      ADDRESS: SAA                             PHONE: 000-000-0000
  CITY/ST/ZIP: ,
      REMARKS:
----------------------------- EMPLOYER INFO ----------------------------------
     EMPLOYED: Y
EMPLOYER NAME: SANFORD& SON'S CONTRACTOR
      ADDRESS:
  CITY/ST/ZIP: OPELIKA, AL 36801
        PHONE: 334-524-7600
------------------------------- MEDICAL --------------------------------------
  HANDICAPPED: Y   NEEDS:
      GLASSES: N   SMOKE: N
MEDICAL NEEDS: N   NEEDS: N
    PHYSICIAN:                    PHONE: 000-000-0000
      REMARKS: FRACTURED WRIST,

      REMARKS: ALLERGEIC TO PENNCILLIN, WASP STINGS, BEE STINGS
      REMARKS:
------------------------------- PROPERTY -------------------------------------
         CASH:      $00.00
  DESCRIPTION:
DD. PROPERTY: PAPERS, BLK BILLFOLDER W/CONTENTS, DU-RAG, KEYS
DD. PROPERTY:
DD. PROPERTY:
   BIN NUMBER: WHIT BAG
EH IMPOUNDED:
  IMPOUND LOT:
      REMARKS:
      REMARKS:
===============================================================================
 HAVE READ THE ABOVE ACCOUNTING OF MY PERSONAL INFORMATION, MEDICAL
NFORMATION, MONEY, AND OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.

NMATE: X                      DATE:_____  TIME:_____

OOK OFFICER:                  DATE:_____  TIME:_____
```

```
                        LEE COUNTY SHERIFF'S OFFICE
07/18/2003    14:15:30   MEDICAL SCREENING FORM                    PAGE 1
=================================================================
Booking No: 030003117  Date: 07/18/2003  Time: 13:56  Type: NORMAL
Agency to Bill: LEE COUNTY              Facility: COUNTY JAIL

Inmate Name: SANFORD JEFFERY BERNARD            Race: B        Sex: M
        DOB: ████████  Age: 37  SSN: ███████████  Height: 6'01"  Weight: 255
```

-------------------------------------------------------------------

1. Is inmate unconscious?

2. Does inmate have any visible signs of trauma, illness, obvious pain and bleeding, requiring immediate emergency or doctor's care?

3. Is there obvious fever, swollen lymph nodes, jaundice or other evidence of infection that might spread through the facility?

4. Any signs of poor skin condition, vermin, rashes or needle marks?

5. Does inmate appear to be under the influence of drugs or alcohol?

6. Any visible signs of alcohol or drug withdrawal?

7. Does inmate's behavior suggest the risk of suicide or assault?

8. Is inmate carrying any medication?

9. Does the inmate have any physical deformities?

10. Does inmate appear to have psychiatric problems?

11. Do you have or have you ever had or has anyone in your family ever had any of the following?

√ a. Allergies        √ f. Fainting Spells      √ k. Seizures

√ b. Arthritis        √ g. Hearing Condition    √ l. Tuberculosis

√ c. Asthma           √ h. Hepatitis            √ m. Ulcers

√ d. Diabetes         √ i. High Blood Pressure  √ n. Venereal Disease

√ e. Epilepsy         √ j. Psychiatric Disorder √ o. Other (Specify)

Other: ~~Broken~~ Fractured wrist / rt.

_____

_____

12. For females only:

_____ a. Are you pregnant?

_____ b. Do you take birth control pills?

_____ c. Have you recently delivered?

```
                         LEE COUNTY SHERIFF'S OFFICE
02/01/2006    10:38:42      INMATE BOOKING SHEET                    PAGE    1
===============================================================================
BOOKING NO: 060000564

INMATE NAME: SANFORD JEFFERY BERNARD
      ALIAS:                                   RACE: B      SEX: M
      ALIAS:                                    HT: 6'01"  HAIR: BLK
    ADDRESS: ███████████ #510                   WT: 255   EYES: BRO
CITY/ST/ZIP: OPELIKA, AL 36801             COMPLEX:
 HOME PHONE: ███████████                       SSN: ████████████
        DOB: ███████████ AGE:  40            DL ST: AL     DLN: ████████
PLCE BIRTH: INDIANAPOLLIS                      SID:
      STATE: IN                              LOCID: 3823
  M. STATUS: SINGLE
   RELIGION: CHRISTIAN
 GANG ASSOC: NONE
SCARS/TATTOOS: NONE
KNOWN ENEMIES: NONE
    REMARKS: NONE
------------------------------ NEXT OF KIN -----------------------------------
 NEXT OF KIN: JOAN FOREMAN            RELATIONSHIP: FRIEND
     ADDRESS: SAA                            PHONE: 000-864-0973
 CITY/ST/ZIP: ,
     REMARKS:
----------------------------- EMPLOYER INFO ----------------------------------
    EMPLOYED: N
EMPLOYER NAME: SOUTHERN UNION
     ADDRESS:
 CITY/ST/ZIP: OPELIKA, AL 36801
       PHONE: 334-745-0325
------------------------------- MEDICAL --------------------------------------
 HANDICAPPED: Y  NEEDS:
     GLASSES: N  SMOKE: N
MEDICAL NEEDS: N  NEEDS: N
   PHYSICIAN:                       PHONE: 000-000-0000
     REMARKS: FRACTURED WRIST,

     REMARKS: ALLERGEIC TO PENNCILLIN, WASP STINGS, BEE STINGS
     REMARKS:
------------------------------- PROPERTY -------------------------------------
        CASH:        $00.00
 DESCRIPTION:
ADD. PROPERTY: WALLET, BELT, HAT, JACKET, DU RAG,
ADD. PROPERTY:
ADD. PROPERTY:
  BIN NUMBER: 193
VEH IMPOUNDED:
 IMPOUND LOT:
     REMARKS:
     REMARKS:
===============================================================================
I HAVE READ THE ABOVE ACCOUNTING OF MY PERSONAL INFORMATION, MEDICAL
INFORMATION, MONEY, AND OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.

INMATE:                        DATE: _____  TIME: _____

BOOK OFFICER: ___DBluel___     DATE: 2-1-06   TIME: 1040
```

```
                         LEE COUNTY SHERIFF'S OFFICE
02/01/2006    10:38:42    MEDICAL SCREENING FORM                    PAGE 1
========================================================================
Booking No: 060000564  Date: 02/01/2006   Time: 10:29   Type: NORMAL
Agency to Bill: LEE COUNTY                 Facility: COUNTY JAIL

Inmate Name: SANFORD JEFFERY BERNARD              Race: B       Sex: M
        DOB: ████████ Age: 40   SSN: ███████████ Height: 6'01" Weight: 255
------------------------------------------------------------------------
```

1. Is inmate unconscious?

2. Does inmate have any visible signs of trauma, illness, obvious pain and bleeding, requiring immediate emergency or doctor's care?

3. Is there obvious fever, swollen lymph nodes, jaundice or other evidence of infection that might spread through the facility?

4. Any signs of poor skin condition, vermin, rashes or needle marks?

5. Does inmate appear to be under the influence of drugs or alcohol?

6. Any visible signs of alcohol or drug withdrawal?

7. Does inmate's behavior suggest the risk of suicide or assault?

8. Is inmate carrying any medication?

9. Does the inmate have any physical deformities?

10. Does inmate appear to have psychiatric problems?

11. Do you have or have you ever had or has anyone in your family ever had any of the following?

    a. Allergies          f. Fainting Spells        k. Seizures
    b. Arthritis          g. Hearing Condition      l. Tuberculosis
    c. Asthma             h. Hepatitis              m. Ulcers
    d. Diabetes           i. High Blood Pressure    n. Venereal Disease
    e. Epilepsy           j. Psychiatric Disorder   o. Other (Specify)

Other: _____
       _____
       _____

12. For females only:

    a. Are you pregnant?

    b. Do you take birth control pills?

```
                           LEE COUNTY SHERIFF'S OFFICE
02/01/2006     10:38:42    MEDICAL SCREENING FORM                PAGE 2
==============================================================================
Booking No: 060000564  Date: 02/01/2006  Time: 10:29  Type: NORMAL
Agency to Bill: LEE COUNTY              Facility: COUNTY JAIL

Inmate Name: SANFORD JEFFERY BERNARD            Race: B      Sex: M
     DOB:          65 Age:  40  SSN:          5  Height: 6'01"  Weight: 255
------------------------------------------------------------------------------
```

YES 13. Have you recently been hospitalized or treated by a doctor?

YES 14. Do you currently take any non-prescription medication or medication
        prescribed by a doctor?

YES 15. Are you allergic to any medication?

N   16. Do you have any handicaps or conditions that limit activity?

N   17. Have you ever attempted suicide or are you thinking about it now?

N   18. Do you regularly use alcohol or street drugs?

N   19. Do you have any problems when you stop drinking or using drugs?

N   20. Do you have a special diet prescribed by a physician?

N   21. Do you have any problems or pain with your teeth?

YES 22. Do you have any other medical problems we should know about?

        Penicillin
        colon cancer


I HAVE READ THE ABOVE ACCOUNTING OF MY MEDICAL ASSESSMENT AND I FIND IT TO BE
TRUE AND ACCURATE.

INMATE: X_____   DATE:_____   TIME:_____

BOOK OFFICER:_____   DATE:_____   TIME:_____

```
                         LEE COUNTY SHERIFF'S OFFI
07/18/2003     14:15:28      INMATE BOOKING SHEET                    PAGE    1
================================================================================
BOOKING NO: 030003117

INMATE NAME: SANFORD JEFFERY BERNARD
       ALIAS:                                    RACE: B      SEX: M
       ALIAS:                                    HT: 6'01" HAIR: BLK
     ADDRESS: ███████████ #310                   WT: 255   EYES: BRO
 CITY/ST/ZIP: OPELIKA, AL 36801         COMPLEX:
  HOME PHONE: ███████████5                   SSN: ███████████
         DOB: ███████████ AGE:  37        DL ST: AL      DLN: 3████████
  PLCE BIRTH: INDIANAPOLLIS                  SID:
       STATE: IN                          LOCID: 3823
   M. STATUS: MARRIED
    RELIGION: CHRISTIAN
  GANG ASSOC: NONE
SCARS/TATTOOS: NONE
KNOWN ENEMIES: NONE
     REMARKS: NONE
-------------------------- NEXT OF KIN -----------------------------------
  NEXT OF KIN: BARBARA SANFORD          RELATIONSHIP: WIFE
      ADDRESS: SAA                            PHONE: 000-000-0000
  CITY/ST/ZIP: ,
      REMARKS:
-------------------------- EMPLOYER INFO ---------------------------------
     EMPLOYED: Y
EMPLOYER NAME: SANFORD& SON'S CONTRACTOR
      ADDRESS:
  CITY/ST/ZIP: OPELIKA, AL 36801
        PHONE: 334-524-7600
-------------------------- MEDICAL --------------------------------------
   HANDICAPPED: Y  NEEDS:
      GLASSES: N  SMOKE: N
MEDICAL NEEDS: N  NEEDS: N
    PHYSICIAN:                    PHONE: 000-000-0000
      REMARKS: FRACTURED WRIST,

      REMARKS: ALLERGEIC TO PENNCILLIN, WASP STINGS, BEE STINGS
      REMARKS:
-------------------------- PROPERTY -------------------------------------
         CASH:       $00.00
  DESCRIPTION:
ADD. PROPERTY: PAPERS, BLK BILLFOLDER W/CONTENTS, DU-RAG, KEYS
ADD. PROPERTY:
ADD. PROPERTY:
   BIN NUMBER: WHIT BAG
VEH IMPOUNDED:
   IMPOUND LOT:
       REMARKS:
       REMARKS:
================================================================================
HAVE READ THE ABOVE ACCOUNTING OF MY PERSONAL INFORMATION, MEDICAL
INFORMATION, MONEY, AND OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.

INMATE: X                    DATE:_____  TIME:_____

BOOK OFFICER:                DATE:_____  TIME:_____
```

```
                      LEE COUNTY SHERIFF'S OFFICE
07/18/2003    14:15:30    MEDICAL SCREENING FORM                PAGE 1
================================================================================
Booking No: 030003117  Date: 07/18/2003  Time: 13:56  Type: NORMAL
Agency to Bill: LEE COUNTY            Facility: COUNTY JAIL

Inmate Name: SANFORD JEFFERY BERNARD              Race: B        Sex: M
     DOB: ▓▓▓▓▓▓▓  Age: 37  SSN: ▓▓▓▓▓▓▓▓▓  Height: 6'01"  Weight: 255
--------------------------------------------------------------------------------
```

1.  Is inmate unconscious?

2.  Does inmate have any visible signs of trauma, illness, obvious pain
    and bleeding, requiring immediate emergency or doctor's care?

3.  Is there obvious fever, swollen lymph nodes, jaundice or other
    evidence of infection that might spread through the facility?

4.  Any signs of poor skin condition, vermin, rashes or needle marks?

5.  Does inmate appear to be under the influence of drugs or alcohol?

6.  Any visible signs of alcohol or drug withdrawal?

7.  Does inmate's behavior suggest the risk of suicide or assault?

8.  Is inmate carrying any medication?

9.  Does the inmate have any physical deformities?

10. Does inmate appear to have psychiatric problems?

11. Do you have or have you ever had or has anyone in your family
    ever had any of the following?

    ___ a. Allergies      ___ f. Fainting Spells    ___ k. Seizures

    ___ b. Arthritis      ___ g. Hearing Condition  ___ l. Tuberculosis

    ___ c. Asthma         ___ h. Hepatitis          ___ m. Ulcers

    ___ d. Diabetes       ___ i. High Blood Pressure ___ n. Venereal Disease

    ___ e. Epilepsy       ___ j. Psychiatric Disorder ___ o. Other (Specify)

Other:  ~~Broken~~ Fractured wrist / rt.

    _____

    _____

12. For females only:

    ___ a. Are you pregnant?

    ___ b. Do you take birth control pills?

    ___ c. Have you recently delivered?

MEDICATION A

**MEDICATIO**

Levsin
C/V family brin

## Lee County Detention Center

# INMATE REQUEST SLIP

*F-4*
**LOCATION**

Name _Jeff Sanford_    Date _4-2-06_

☐ Telephone Call    ☐ Doctor    ☐ Dentist    ☐ Time Sheet

☐ Special Visit    ☐ Personal Problem    ☑ Other _Nurse_

Briefly Outline Your Request.  <u>Give To Jailer</u>

I really need some packs of

Triple Antibiotic Ointment to

heal a scar I have on my

leg.     Thank you!

<u>Do Not Write Below This Line</u> - For Reply Only

4/4/06  seen on sick call today

Approved _____ Denied _____ Collect Call _____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request is Directed.

☐ Lieutenant    ☐ Chief Deputy    ☐ Sheriff

Date _____ Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038 (6/99)

REORDER FROM INTEGRAL SOLUTIONS GROUP 1-800-285-0767    FORM A-55    STOCK #506423

25 26 27 28 29 30 31 (repeated)

1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31

TING FOR    THROUGH

sian
ysician _McFarland_
es

Telephone No.
Alt. Telephone

Medical Record No.

Rehabilitative Potential

icaid Number    Medicare Number    Approved By Doctor: _____    Title: _LPN_    Date: _2/8/06_
By: _____

DENT _Sanford, Jeffery_    D.O.B.    Sex    Room # _D-4_    Patient Code    Admission Date

# LEE COUNTY DETENTION CENTER
# MEDICAL CHARGE FORM
## (FORM #33)

**INMATE NAME** Sanford, Jeffery

**DATE OF BIRTH** ~~██████~~    **RACE/SEX** B/M

**SOCIAL SECURITY#** ~~██████~~    **CELL** F-4

## ***SERVICES & FEES***

☐ SICK CALL                $10.00    Flagyl
☐ DOCTOR VISIT             $10.00    Naprosyn
☐ DENTIST VISIT            $10.00
☑ PRESCRIPTION             $3.00     Flexeril
☐ FOLLOW-UP VISIT          N/A

**TOTAL OF MEDICAL SERVICES
RENDERED**    $ 9.00

# MEDICAL VERIFICATION SECTION

**Authorized Nursing Staff Signature & Date** _B Griffin    4/11/06_

**Inmate Signature & Date** _copay_

## Inmate Account Payable Clerk Signature & Date

☐ PLEASE CHECK IF INMATE IS INDIGENT TO PAY THE ABOVE CHARGES.

☐ PLEASE CHECK IF INMATE IS ABLE TO PAY THE ABOVE CHARGES.

FORM: LCS-DC33 (9/02)

Lee County Detention Center
# INMATE REQUEST SLIP

F-6
**LOCATION**

Name JEFFERY B. SANFORD          Date 5-13-06

☐ Telephone Call      ☐ Doctor          ☐ Dentist        ☐ Time Sheet

☐ Special Visit       ☐ Personal Problem    ☑ Other

Briefly Outline Your Request.  Give To Jailer

Request for Tooth-Ache med,
Please Consider, in pain.
Orgel or Ambcol
                            Thank You

Do Not Write Below This Line - For Reply Only

5/14/06  Tylenol & oragel sent

            Nurse Griffith

Approved _____ Denied _____ Collect Call_____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request is Directed.

☐ Lieutenant          ☐ Chief Deputy          ☐ Sheriff

Date _____ Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038 (6/99)

...ee County Detention Center

# INMATE REQUEST SLIP

(MS. STEWART)    F-6

**LOCATION**

Name JEFFERY B. SANFORD    Date 5-16-06

☐ Telephone Call    ☐ Doctor    ☐ Dentist    ☐ Time Sheet

☐ Special Visit    ☒ Personal Problem    ☐ Other

Briefly Outline Your Request. <u>Give To Jailer</u> (MS. ATTN: STEWART)

COULD I PLEASE HAVE SOMETHING
TO TAKE FOR A TOOTH-ACHE, PLEASE!
AS SOON AS POSSIBLE
THANK YOU.

<u>Do Not Write Below This Line</u> - For Reply Only

5/17/06 # Motrin given

M.S. Stewart

Approved _____ Denied _____ Collect Call_____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request is Directed.

☐ Lieutenant    ☐ Chief Deputy    ☐ Sheriff

Date _____ Time Received _____

...ECTION OFFICER _____

FORM: LCS-038 (6/99)

...ee County Detention Center

# INMATE REQUEST SLI...

MS. STEWART OR MS. GRIFFIN    F-6

**LOCATION**

Name JEFFERY B. SANFORD    Date 5-17-06

☐ Telephone Call    ☐ Doctor    ☐ Dentist    ☐ Time Sheet

☐ Special Visit    ☒ Personal Problem    ☐ Other

Briefly Outline Your Request.  <u>Give To Jailer</u>

MAY I PLEASE HAVE SOMETHING TODAY
TO TAKE FOR VERY BAD TOOTH ACHE,
AND AN APPOINTMENT TO SEE ONE OF
THE NURSE'S CONCERNING SOME TYPE OF
PRESCRIPTION FOR PAIN UNTIL TOOTH IS
REMOVE. PLEASE CONSIDER
                              THANK YOU.

<u>Do Not Write Below This Line</u> - For Reply Only

5/17/06   # Typ Sent You
have asked You See
the Dentist "You're Down
To See Oral Surgon !!!

_Nurse Stewart_

Approved _____ Denied _____ Collect Call_____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request is Directed.

☐ Lieutenant    ☐ Chief Deputy    ☐ Sheriff

Date _____ Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038  (6/99)