# Exhibit K
# Affidavit of John McFarland, MD

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **JEFFERY B. SANFORD,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 3:06-cv-00327-MHT-DRB |
| | ) |
| **JAY JONES, et al.** | ) |
| | ) |
| **Defendants.** | ) |

### AFFIDAVIT OF JOHN MCFARLAND

**STATE OF ALABAMA**     )
                                                )
**COUNTY OF LEE**           )

**BEFORE ME**, the undersigned authority and Notary Public in and for said County and State at large, personally appeared John McFarland, who being known to me and being by me first duly sworn on oath deposes and says as follows:

1. My name is John McFarland. I am over the age of nineteen and competent to execute this affidavit.

2. I am a licensed physician serving as an emergency room doctor with East Alabama Medical Center. Also, since 1994, I have served as the treating physician for inmates at the Lee County Detention Facility.

3. I am familiar with the Plaintiff Jeffery B. Sanford due to his incarceration in the Lee County Detention Facility. Prior to coming to the Lee County Detention Facility, the Plaintiff's teeth were in poor repair and hygiene and susceptible to injury. Because of this poor condition, his tooth would have eventually chipped and required treatment despite the circumstances.

4.  I swear, to the best of my present knowledge and information that the above statements are true, that I am competent to make this affidavit and that the above statements were made by drawing from my personal knowledge of the situation

_____
JOHN MCFARLAND

**SWORN TO** and **SUBSCRIBED** before me this __1__ day of August, 2006.

_____
NOTARY PUBLIC
My Commission Expires: __2-7-09__

2