**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | |
|---|---|
| **JEFFERY B. SANFORD,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 3:06-cv-00327-MHT-DRB |
| | ) |
| **JAY JONES, et al.** | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' MOTION TO SUPPLEMENT THEIR SPECIAL REPORT WITH THE
<u>SIGNED AFFIDAVIT OF SHERIFF JAY JONES</u>**

COME NOW Sheriff Jay Jones, Major Cary Torbert, and Lieutenant Corey Welch, Defendants in the above-styled cause, and submit this Motion for Leave to Supplement their Special Report with the signed Affidavit of Jay Jones. As grounds for so moving the Defendants state as follows:

1. Defendants filed their Special Report on August 2, 2006.

2. Attached to the Special Report was the unsigned Affidavit of Jay Jones which Defendants indicated they would seek permission to supplement upon receipt of the signed Affidavit.

3. Plaintiff will not be prejudiced by this supplementation.

WHEREFORE, PREMISES CONSIDERED, Defendants respectfully request that this Honorable Court grant their Motion for Leave to Supplement the unsigned Affidavit of Jay Jones attached as an exhibit to their Special Report with the signed Affidavit of Jay Jones filed contemporaneously with this Motion.

Respectfully submitted this 8th day of August, 2006.

        **s/Amanda Kay Morgan**
AMANDA KAY MORGAN Bar No. ALL079
Attorney for Defendants Sheriff Jay Jones, Major Cary Torbert, and Lieutenant Corey Welch
WEBB & ELEY, P.C.
7475 Halcyon Pointe Drive (36117)
Post Office Box 240909
Montgomery, Alabama 36124
Telephone: (334) 262-1850
Fax: (334) 262-1889
E-mail: amorgan@webbeley.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 8th day of August, 2006, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I have mailed a true and correct copy of the foregoing by United States Mail, postage prepaid, to the following non-CM/ECF participant:

Jeffery B. Sanford
AIS # 143572
Lee County Detention Center
P.O. Box 2407
Opelika, AL 36801

        **s/Amanda Kay Morgan**
        OF COUNSEL