IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

| | | |
|---|---|---|
| JEFFERY B. SANFORD | * | |
| Plaintiff, | * | |
| v. | * | 3:06-CV-327-MHT |
| SHERIFF JAY JONES, *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER**

Upon consideration of Defendants' Motion to Supplement Special Report with the Signed Affidavit of Sheriff Jay Jones, and for good cause, it is

ORDERED that the motion (Doc. No. 18) be and is hereby GRANTED.

Done, this 14th day of August 2006.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE