IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

| | | |
|---|---|---|
| JEFFERY B. SANFORD | * | |
| Plaintiff, | * | |
| v. | * | 3:06-CV-0327-MHT |
| | | (WO) |
| SHERIFF JAY JONES, et al., | * | |
| Defendants. | * | |

_____

**JUDGMENT**

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The recommendation of the United States Magistrate Judge entered on September 5, 2006 (Doc. 20), is adopted.

(2) This case be and is hereby DISMISSED without prejudice.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 29th day of September, 2006.

                                     /s/ Myron H. Thompson
                             UNITED STATES DISTRICT JUDGE